```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
                                 Motion 18-1

         Presiding Judge: Ralph R. Beistline       MJ Rule:
         Magistrate:                               MJ Stop:
```

```
CASE A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
   BY DEF UNION OIL CORP OF CALIFORNIA
   MOT for partial summary judgment re: claims relating to naturally occuring
              -DOCUMENT-    -FILED-      -DUE-
     Motion   18  - 1       08/09/05                   Pull date
 Opposition   35  - 1       09/09/05    09/09/05       U/A date    10/07/05
      Reply   47  - 1       10/07/05    10/07/05   Presiding Judge [X] RRB
        R&R                             -HEARING-  Magistrate Judge [ ]
Request O/A                                           Other Judge  [ ]
   Req O/A by                                          TRIAL DATE  not set

Order/Action                                            Disc/Sanc  [ ]
      Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
| --- | --- | --- |
| 36 - 1 | 09/09/05 | PLF 1 Notice of filing unsigned Affidavit of M. Fischbach re: oppo to DEF 1 motion for partial summary judgment re: claims relating to naturally occuring radioactive material ("norm") (18-1), PLF 1 motion (cross) for summary judgment re: claims relating to naturally occurring radioactive material ("NORM") (35-2). |
| 37 - 1 | 09/14/05 | PLF 1 Notice of filing orig declaration of M. Fischbach in support of oppo re: DEF 1 motion for partial summary judgment re: claims relating to naturally occuring radioactive material ("norm") (18-1) w/att declaration. |

**CASE MANAGEMENT TRACKING CARD NOTES**

#24, oppo due 9/7
#25, oppo due 9/9
#43, reply due 10/7

**CHAMBERS TRACKING CARD NOTES**

None found