```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
                                    Motion 19-1

            Presiding Judge: Ralph R. Beistline          MJ Rule:
                   Magistrate:                           MJ Stop:
```

```
    CASE A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
      BY DEF UNION OIL CORP OF CALIFORNIA
      MOT for summary judgment re: equitable relief
                    -DOCUMENT-    -FILED-     -DUE-
         Motion    19 -   1     08/09/05                Pull date
     Opposition    31 -   1     09/09/05    09/09/05    U/A date     10/07/05
          Reply    45 -   1     10/07/05    10/07/05    Presiding Judge  [X] RRB
            R&R                             -HEARING-   Magistrate Judge [ ]
    Request O/A                                         Other Judge      [ ]
      Req O/A by                                        TRIAL DATE    not set

    Order/Action                                        Disc/Sanc     [ ]
          Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 32 - 1 | 09/09/05 | PLF 1 Notice of filing unsigned Affidavit of L. Gurule re: oppo to DEF 1 motion for summary judgment re: equitable relief (19-1). |
| 42 - 1 | 09/16/05 | PLF 1 notice of filing original signed declaration of Leonard Gurule in support of oppo to DEF 1 motion for summary judgment re: equitable relief (19-1) |

**CASE MANAGEMENT TRACKING CARD NOTES**

#24, oppo due 9/7
#25, oppo due 9/9
#43, reply due 10/7

**CHAMBERS TRACKING CARD NOTES**

None found