```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
                                 Motion 20-1

           Presiding Judge: Ralph R. Beistline        MJ Rule:
                  Magistrate:                         MJ Stop:
```

```
 CASE A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
   BY DEF UNION OIL CORP OF CALIFORNIA
   MOT for partial summary judgment re: King Salmon Buss project
              ---DOCUMENT----   ---FILED---   ---DUE---
     Motion    20 -  1          08/09/05                    Pull date
 Opposition    33 -  1          09/09/05      09/09/05      U/A date          10/07/05
      Reply    44 -  1          10/07/05      10/07/05      Presiding Judge   [X] RRB
        R&R                                   --HEARING--   Magistrate Judge  [ ]
 Request O/A                                                Other Judge       [ ]
  Req O/A by                                                TRIAL DATE        not set

 Order/Action                                               Disc/Sanc         [ ]
      Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 34 - 1 | 09/09/05 | PLF 1 Affidavit of D. Hall re: oppo to DEF 1 motion for partial summary judgment re: King Salmon Buss project (20-1). |
| 50 - 1 | 10/11/05 | DEF 1 Errata to reply to oppo re: DEF 1 motion for partial summary judgment re: King Salmon Buss project (20-1) w/att declaration & exhs. |

**CASE MANAGEMENT TRACKING CARD NOTES**

```
#24, oppo due 9/7
#25, oppo due 9/9
#43, reply due 10/7
10/11/05: UPDATED CARD - See errata @ #50
```

**CHAMBERS TRACKING CARD NOTES**

None found