```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
                              Motion 21-1

        Presiding Judge: Ralph R. Beistline       MJ Rule:
              Magistrate:                         MJ Stop:


   CASE A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
     BY DEF UNION OIL CORP OF CALIFORNIA
     MOT to disqualify plaintiff's counsel
                  ---DOCUMENT---   ---FILED---   ---DUE---
          Motion      21 -  1      08/09/05                  Pull date
      Opposition      26 -  1      09/09/05     09/09/05     U/A date    10/07/05
           Reply      48 -  1      10/07/05     10/07/05     Presiding Judge  [X] RRB
             R&R                                 HEARING     Magistrate Judge [ ]
     Request O/A                                              Other Judge     [ ]
        Req O/A by                                             TRIAL DATE   not set

    Order/Action                                              Disc/Sanc      [ ]
          Status    PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

#24, oppo due 9/7
#25, oppo due 9/9
#43, reply due 10/7

**CHAMBERS TRACKING CARD NOTES**

None found