```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
                                   Motion 22-1

          Presiding Judge: Ralph R. Beistline        MJ Rule:
                Magistrate:                          MJ Stop:
```

```
   CASE A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
     BY DEF UNION OIL CORP OF CALIFORNIA
     MOT for partial summary judgment re: paragraph 21, failure to perform time
              -DOCUMENT-     -FILED-    -DUE-
       Motion   22 -  1     08/09/05                Pull date
   Opposition   30 -  1     09/09/05   09/09/05     U/A date    10/07/05
        Reply   46 -  1     10/07/05   10/07/05     Presiding Judge  [X] RRB
          R&R                         —HEARING—     Magistrate Judge [ ]
  Request O/A                                       Other Judge      [ ]
     Req O/A by                                     TRIAL DATE   not set

  Order/Action                                      Disc/Sanc    [ ]
       Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

#24, oppo due 9/7
#25, oppo due 9/9
#43, reply due 10/7

**CHAMBERS TRACKING CARD NOTES**

None found