```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
                                 Motion 23-1

           Presiding Judge: Ralph R. Beistline       MJ Rule:
                 Magistrate:                         MJ Stop:
```

```
 CASE A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
   BY DEF UNION OIL CORP OF CALIFORNIA
   MOT for partial summary judgment re: waiver/accord and satisfaction
                  -DOCUMENT-   -FILED-    -DUE-
         Motion    23 - 1     08/09/05              Pull date
     Opposition    27 - 1     09/09/05   09/09/05   U/A date      10/14/05
          Reply    53 - 1     10/14/05   10/14/05   Presiding Judge [X] RRB
            R&R                          -HEARING-  Magistrate Judge [ ]
    Request O/A                                     Other Judge     [ ]
     Req O/A by                                     TRIAL DATE     not set

   Order/Action                                     Disc/Sanc      [ ]
         Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 28 - 1 | 09/09/05 | PLF 1 Notice of flg unsigned declaration of Mitchell Fischback, att in support of oppo to DEF 1 motion for partial summary judgment re: waiver/accord and satisfaction (23-1). |
| 29 - 1 | 09/09/05 | PLF 1 Notice of flg unsigned declaration of James Arlington, att in support of oppo to DEF 1 motion for partial summary judgment re: waiver/accord and satisfaction w/att exhs. (23-1) |
| 38 - 1 | 09/14/05 | PLF 1 Notice of filing orig declaration of M. Fischbach in support of oppo re: DEF 1 motion for partial summary judgment re: waiver/accord and satisfaction(23-1) w/att declaration. |
| 41 - 1 | 09/16/05 | PLF 1 Notice of filing original signed declaration of James D.Arlington in support of oppo to DEF 1 motion for partial summary judgment re: waiver/accord and satisfaction (23-1). |
| 54 - 1 | 10/17/05 | DEF 1 Amended Certifcate of svc re:reply to oppo to DEF 1 motion for partial summary judgment re: waiver/accord and satisfaction(23-1), oppo to PLF 1 motion cross for partial SJ on construction of the alignment agreement (39-1). |

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA<br>A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"<br>Motion 23-1 ||
|---|---|
| Presiding Judge: Ralph R. Beistline<br>Magistrate: | MJ Rule:<br>MJ Stop: |

**CASE MANAGEMENT TRACKING CARD NOTES**

```
#24, oppo due 9/7
#25, oppo due 9/9
#43, reply due 10/7
#51, reply due 10/14
```

**CHAMBERS TRACKING CARD NOTES**

None found