```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
                                    Motion 35-2

          Presiding Judge: Ralph R. Beistline      MJ Rule:
          Magistrate:                              MJ Stop:
```

```
CASE A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
   BY PLF FOREST OIL CORP
   MOT (cross) for summary judgment re: claims relating to naturally occurrin
              -DOCUMENT-    -FILED-    -DUE-
      Motion   35 -  2    09/09/05                Pull date
  Opposition   47 -  2    10/07/05   10/07/05      U/A date   10/28/05
       Reply   57 -  1    10/28/05   10/28/05   Presiding Judge  [X] RRB
         R&R                         -HEARING-  Magistrate Judge [ ]
  Request O/A                                     Other Judge    [ ]
    Req O/A by                                    TRIAL DATE     not set

Order/Action                                       Disc/Sanc     [ ]
      Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed | Description |
|---|---|---|
| 36 - 1 | 09/09/05 | PLF 1 Notice of filing unsigned Affidavit of M. Fischbach re: oppo to DEF 1 motion for partial summary judgment re: claims relating to naturally occuring radioactive material ("norm") (18-1), PLF 1 motion (cross) for summary judgment re: claims relating to naturally occurring radioactive material ("NORM") (35-2). |

**CASE MANAGEMENT TRACKING CARD NOTES**

#43, oppo due 10/7
#52, reply due 10/21
#55, reply due 10/28

**CHAMBERS TRACKING CARD NOTES**

None found