```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
                                  Motion 39-1

         Presiding Judge: Ralph R. Beistline      MJ Rule:
              Magistrate:                         MJ Stop:
```

```
CASE A05-0078--CV (RRB) "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"
  BY PLF FOREST OIL CORP
  MOT cross for partial SJ on construction of the alignment agreement
              -DOCUMENT-   -FILED-    -DUE-
     Motion    39 - 1     09/15/05             Pull date
 Opposition    53 - 2     10/14/05   10/14/05  U/A date      10/28/05
       Reply   58 - 1     10/28/05   10/28/05  Presiding Judge [X] RRB
         R&R                         -HEARING- Magistrate Judge [ ]
  Request O/A                                  Other Judge    [ ]
    Req O/A by                                 TRIAL DATE     not set

Order/Action                                   Disc/Sanc      [ ]
      Status   PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

| Document | Filed    | Description |
|----------|----------|-------------|
| 54 - 1   | 10/17/05 | DEF 1 Amended Certifcate of svc re:reply to oppo to DEF 1 motion for partial summary judgment re: waiver/accord and satisfaction(23-1), oppo to PLF 1 motion cross for partial SJ on construction of the alignment agreement (39-1). |

**CASE MANAGEMENT TRACKING CARD NOTES**

#43, oppo due 10/7
#51, oppo due 10/14
#55, reply due 10/28

**CHAMBERS TRACKING CARD NOTES**

None found