```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0078--CV (JKS)
              "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 04/14/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                    BREACH OF CONTRACT
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 05/14/05 receipt # 00125498
          Trial by: Court
```

Parties of Record:                                Counsel of Record:

| PLF 1.1 | FOREST OIL CORP | Kyle W. Parker<br>Patton Boggs LLP<br>601 W. 5th Avenue, Suite 700<br>Anchorage, AK 99501<br>907-263-6300<br>FAX 907-263-6345 |
|---|---|---|
| DEF 1.1 | UNION OIL CORP OF CALIFORNIA | Marc D. Bond<br>909 W. 9th Avenue<br>Anchorage, AK 99501<br>907-276-7600<br>FAX 907-263-7880<br><br>Brewster H. Jamieson<br>Lane Powell et al<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0078--CV (JKS)
"FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"

For all filing dates

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 04/14/05
Closed: NO

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

Nature of Suit: (190) Other contract actions
BREACH OF CONTRACT
Origin: (1) Original Proceeding
Demand:
Filing fee: Paid $250.00 on 05/14/05 receipt # 00125498
Trial by: Court

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 04/14/05 | Complaint w/att exhs filed. (exhs located in expando file) |
| NOTE - | 1 | 04/15/05 | Issued: summons re: DEF 1. |
| 2 - | 1 | 04/20/05 | PLF 1 Return of Service Executed re: DEF 1 on 4/18/05. |
| 3 - | 1 | 05/04/05 | DEF 1 Attorney Appearance of M. Bond. |
| 4 - | 1 | 05/05/05 | DEF 1 Unopposed motion for extension of time until 6/8/05 to answer complaint. |
| 5 - | 1 | 05/09/05 | JKS Order granting unopposed motion for extension of time until 6/8/05 to answer complaint (4-1) |
| 6 - | 1 | 05/18/05 | DEF 1 Attorney Appearance of B. Jamieson as co-cnsl. |
| 7 - | 1 | 06/08/05 | DEF 1 Answer and Counterclaim. |
| 8 - | 1 | 06/09/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 9 - | 1 | 06/13/05 | DEF 1 Notice of lead counsel. |
| 10 - | 1 | 06/28/05 | PLF 1 Answer to Counterclaim. |
| 11 - | 1 | 07/05/05 | PLF 1 Unopposed motion for ext of time to 7/11 to file S&P report. |
| 12 - | 1 | 07/06/05 | PLF 1 Federal Rule 7.1 Disclosure. |
| 12 - | 2 | 07/06/05 | JKS Order grant PLF's Federal Rule 7.1 Disclosure. cc: cnsl |
| 11 - | 2 | 07/07/05 | JKS Order granting unopposed motion for ext of time to 7/11 to file S&P report (11-1). cc: cnsl |
| 13 - | 1 | 07/08/05 | PLF 1 Errata TO Federal Rule 7.1 Disclosure. |
| 14 - | 1 | 07/11/05 | DEF 1 Unopposed motion to ext time to 7/14/05 to file rule 26 report. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0078--CV (JKS)
                      "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"

                                    For all filing dates


Document #   Filed      Docket text

    15 -  1  07/13/05   JWS Order granting unopposed motion to ext time to 7/14/05 to file rule
                        26 report (14-1). cc: cnsl

    16 -  1  07/14/05   PLF 1 S&P Conference Report.

    17 -  1  07/18/05   JWS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 07/31/06; Dispositive motions deadline 08/31/06; Estimate of
                        trial 15 days; TBC. cc: cnsl

    18 -  1  08/09/05   DEF 1 motion for partial summary judgment re: claims relating to
                        naturally occuring radioactive material ("norm") w/att decl & exhs.

    19 -  1  08/09/05   DEF 1 motion for summary judgment re: equitable relief w/att exhs.

    20 -  1  08/09/05   DEF 1 motion for partial summary judgment re: King Salmon Buss project
                        w/att decl & exhs.

    21 -  1  08/09/05   DEF 1 motion to disqualify plaintiff's counsel w/att exhs.

    22 -  1  08/09/05   DEF 1 motion for partial summary judgment re: paragraph 21, failure to
                        perform timely workovers in 2004 w/att decl & exhs.

    23 -  1  08/09/05   DEF 1 motion for partial summary judgment re: waiver/accord and
                        satisfaction  w/att exhs.

    24 -  1  08/23/05   PLF 1 unopposed motion to ext time to respond to pending motions.

    24 -  2  08/24/05   JKS Order granting unopposed motion to ext time to 9/7/05 to respond to
                        pending motions (24-1). cc: cnsl

    25 -  1  09/07/05   PLF 1 Unopposed motion to ext time to respond to pending motions.

    25 -  2  09/07/05   JKS Order granting unopposed motion to ext time to 9/9/05 to respond to
                        pending motions (25-1). cc: cnsl

    26 -  1  09/09/05   PLF 1 opposition to DEF 1 motion to disqualify plaintiff's counsel
                        (21-1) w/att exhs.

    27 -  1  09/09/05   PLF 1 opposition to DEF 1 motion for partial summary judgment re:
                        waiver/accord and satisfaction (23-1) w/att decl & exhs.

    28 -  1  09/09/05   PLF 1 Notice of flg unsigned declaration of Mitchell Fischback, att in
                        support of oppo to DEF 1 motion for partial summary judgment re:
                        waiver/accord and satisfaction (23-1).

    29 -  1  09/09/05   PLF 1 Notice of flg unsigned declaration of James Arlington, att in
                        support of oppo to DEF 1 motion for partial summary judgment re:
                        waiver/accord and satisfaction  w/att exhs. (23-1)

    30 -  1  09/09/05   PLF 1 opposition to DEF 1 motion for partial summary judgment re:
                        paragraph 21, failure to perform timely workovers in 2004 (22-1) w/att
                        exh.

    31 -  1  09/09/05   PLF 1 opposition to DEF 1 motion for summary judgment re: equitable
                        relief (19-1) w/att decla.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0078--CV (JKS)
                         "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"

                                      For all filing dates


 Document #    Filed      Docket text

    32 -   1   09/09/05   PLF 1 Notice of filing unsigned Affidavit of L. Gurule re: oppo to DEF 1
                          motion for summary judgment re: equitable relief (19-1).

    33 -   1   09/09/05   PLF 1 opposition to DEF 1 motion for partial summary judgment re: King
                          Salmon Buss project (20-1).

    34 -   1   09/09/05   PLF 1 Affidavit of D. Hall re: oppo to DEF 1 motion for partial summary
                          judgment re: King Salmon Buss project (20-1).

    35 -   1   09/09/05   PLF 1 opposition to DEF 1 motion for partial summary judgment re: claims
                          relating to naturally occuring radioactive material ("norm") (18-1)
                          w/att decla & exhs. (original in folder behind file)

    35 -   2   09/09/05   PLF 1 motion (cross) for summary judgment re: claims relating to
                          naturally occurring radioactive material ("NORM") w/att decla & exhs.
                          (original in folder behind file)

    36 -   1   09/09/05   PLF 1 Notice of filing unsigned Affidavit of M. Fischbach re: oppo to
                          DEF 1 motion for partial summary judgment re: claims relating to
                          naturally occuring radioactive material ("norm") (18-1), PLF 1 motion
                          (cross) for summary judgment re: claims relating to naturally occurring
                          radioactive material ("NORM") (35-2).

    37 -   1   09/14/05   PLF 1 Notice of filing orig declaration of M. Fischbach in support of
                          oppo re: DEF 1 motion for partial summary judgment re: claims relating
                          to naturally occuring radioactive material ("norm") (18-1) w/att
                          declaration.

    38 -   1   09/14/05   PLF 1 Notice of filing orig declaration of M. Fischbach in support of
                          oppo re: DEF 1 motion for partial summary judgment re: waiver/accord and
                          satisfaction(23-1) w/att declaration.

    39 -   1   09/15/05   PLF 1 motion cross for partial SJ on construction of the alignment
                          agreement.

    40 -   1   09/16/05   DEF 1 Unopposed motion for ext of time to 10/7 to file replies &/or
                          oppos to  18-1 thru 23-1.

    41 -   1   09/16/05   PLF 1 Notice of filing original signed declaration of James D.Arlington
                          in support of oppo to DEF 1 motion for partial summary judgment re:
                          waiver/accord and satisfaction (23-1).

    42 -   1   09/16/05   PLF 1 notice of filing original signed declaration of Leonard Gurule in
                          support of oppo to DEF 1 motion for summary judgment re: equitable
                          relief (19-1)

    43 -   1   09/19/05   JKS Order granting unopposed motion for ext of time to 10/7/05 to file
                          replies &/or oppos to doc nos. 18-23 (40-1). cc: cnsl

    44 -   1   10/07/05   DEF 1 reply to opposition to DEF 1 motion for partial summary judgment
                          re: King Salmon Buss project (20-1).

    45 -   1   10/07/05   DEF 1 reply to opposition to DEF 1 motion for summary judgment re:
                          equitable relief (19-1).

    46 -   1   10/07/05   DEF 1 reply to opposition to DEF 1 motion for partial summary judgment
                          re: paragraph 21, failure to perform timely workovers in 2004 (22-1).

 ACRS: R_VDSDX                   As of 12/01/05 at 3:25 PM by GARRY                      Page 3
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0078--CV (JKS)
                         "FOREST OIL CORP V UNION OIL CO OF CALIFORNIA"

                                      For all filing dates

 Document #   Filed      Docket text

    47 -  1   10/07/05   DEF 1 reply to opposition to DEF 1 motion for partial summary judgment
                         re: claims relating to naturally occuring radioactive material ("norm")
                         (18-1).

    47 -  2   10/07/05   DEF 1 opposition to PLF 1 motion (cross) for summary judgment re: claims
                         relating to naturally occurring radioactive material ("NORM") (35-2).

    48 -  1   10/07/05   DEF 1 reply to opposition to DEF 1 motion to disqualify plaintiff's
                         counsel (21-1).

    49 -  1   10/07/05   DEF 1 Unopposed motion for ext of time to 10/14 to file reply to oppo to
                         mot  for partila SJ re: waiver/accord & satisfaction (23-1).

    50 -  1   10/11/05   DEF 1 Errata to reply to oppo re: DEF 1 motion for partial summary
                         judgment re: King Salmon Buss project (20-1) w/att declaration & exhs.

    51 -  1   10/12/05   JKS Minute Order granting unopposed motion for ext of time to 10/14 to
                         file relevant oppo & reply briefs (49-1). cc: cnsl

    52 -  1   10/13/05   PLF 1 Unopposed motion for ext of time to 10/21 to file reply to oppo to
                         x-mot for SJ.

    53 -  1   10/14/05   DEF 1 reply to opposition to DEF 1 motion for partial summary judgment
                         re: waiver/accord and satisfaction (23-1) w/att exhs.

    53 -  2   10/14/05   DEF 1 opposition to PLF 1 motion cross for partial SJ on construction of
                         the alignment agreement (39-1) w/att exhs.

    52 -  2   10/17/05   JWS Order granting unopposed motion for ext of time to 10/21 to file
                         reply to oppo to x-mot for SJ (52-1). cc: cnsl

    54 -  1   10/17/05   DEF 1 Amended Certifcate of svc re:reply to oppo to DEF 1 motion for
                         partial summary judgment re: waiver/accord and satisfaction(23-1), oppo
                         to PLF 1 motion cross for partial SJ on construction of the alignment
                         agreement (39-1).

    55 -  1   10/20/05   PLF 1 Unopposed motion for ext of time to 10/28 to file reply to oppo to
                         x-mot for for SJ for claims relating to NORM by by Unocal & until 10/28
                         to file reply to oppo to motion for part SJ on construction of the
                         alignment agreement by Unocal.

    55 -  2   10/25/05   JWS Order granting unopposed motion for ext of time to 10/28 to file
                         reply to oppo to x-mot for for SJ for claims relating to NORM by by
                         Unocal & until 10/28 to file reply to oppo to motion for part SJ on
                         construction of the alignment agreement by Unocal (55-1). cc: cnsl

    56 -  1   10/27/05   PLF 1; DEF 1 motion (joint) for court to enter confidentiality order.

    57 -  1   10/28/05   PLF 1 reply to opposition to PLF 1 motion (cross) for summary judgment
                         re: claims relating to naturally occurring radioactive material ("NORM")
                         (35-2).

    58 -  1   10/28/05   PLF 1 reply to opposition to PLF 1 motion cross for partial SJ on
                         construction of the alignment agreement (39-1).

    59 -  1   11/01/05   JWS Order governing confidential material. cc: cnsl
```