**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

FOREST OIL CORP.   v.   UNION OIL CORP. OF CALIFORNIA

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                              CASE NO. A05-0078 CV (JKS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 6, 2005

Judge Singleton hereby recuses himself from the above-referenced case. Pursuant to the system of random case assignments, this action is reassigned to Judge Ralph R. Beistline for all further proceedings. Please use the following case number on all future filings: **A05-0078 CV (RRB)**.

A05-0078--CV (RRB)   DM  12/6/05

✓ D. JAMIESON (LANE)
✓ R. PARKER (PATTON)
✓ Judge Beistline

[]{IQ2.WPD*Rev.12/96}

