Kyle W. Parker
David J. Mayberry
PATTON BOGGS LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   907-263-6300
Facsimile:    907-263-6345

*Attorneys for Plaintiff Forest Oil Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST OIL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNION OIL COMPANY OF CALIFORNIA )<br>d/b/a UNOCAL ALASKA, )<br>)<br>Defendant. )<br>) | Case No. A05-0078 CV (JKS) |

## FOREST'S MOTION FOR CLARIFICATION
## OF ORDER GRANTING MOTION TO DISQUALIFY COUNSEL

Forest Oil Corporation ("Forest") hereby respectfully requests that the Court issue

an Order clarifying the Court's Order Granting Motion To Disqualify Counsel, Docket

/ / /

Doc. 46765

No. 61 ("Order").[1]  Specifically, Forest requests clarification of two technical points, as identified below.

First, at page three of the Order, footnote number 6 appears incomplete.  Forests respectfully requests that the Court clarifying the intended content of footnote number 6.

Second, at page seven of the Order, first full paragraph, line four, Forest believes the reference to "defense counsel's" was intended to be "plaintiff counsel's."  The context suggests that *plaintiff* counsel was the intended object of that sentence.

## CONCLUSION

For the above reasons, Forest respectfully requests that the Court grant the requested clarification.

DATED at Anchorage, Alaska, this 5th day of January 2006.

        s/David J. Mayberry
        PATTON BOGGS LLP
        601 W. 5th Avenue, Suite 700
        Anchorage, Alaska 99501
        Tel: (907) 263-6335
        Fax: (907) 263-6345
        ABA No. 9611062

---

[1] Counsel understand that the Order disqualifies them from representing Forest in this matter, but do not read that decision as so sweeping as to prevent Forest, through the undersigned, from seeking clarification of that Order itself.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January 2006, I caused a true and correct copy of the foregoing document to be served electronically

on:

    Brewster H. Jamieson
    Shannon W. Martin
    LANE POWELL LLC
    301 W. Northern Lights Blvd., Suite 301
    Anchorage, Alaska 99503-2648
    Email: jamiesonb@lanepowell.com
    *Lead Counsel for Unocal*


    s/Maribel Webber
    PATTON BOGGS LLP
    601 W. 5th Avenue, Suite 700
    Anchorage, Alaska 99501
    Tel: (907) 263-6335
    Fax: (907) 263-6345