Kyle W. Parker
David J. Mayberry
PATTON BOGGS LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:   907-263-6300
Facsimile:    907-263-6345

*Attorneys for Plaintiff Forest Oil Corporation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST OIL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNION OIL COMPANY OF CALIFORNIA ) <br> d/b/a UNOCAL ALASKA, ) <br> ) <br> Defendant. ) <br> ) | Case No. A05-0078 CV (JKS) |

### [PROPOSED] ORDER GRANTING CLARIFICATION

Upon consideration of the motion for clarification of the Order Granting Motion to Disqualify Counsel filed by Forest Oil Corporation ("Forest"), and the opposition to the same, if any, and the Court otherwise being duly apprised in the premises,

**IT IS THEREFORE ORDERED:**

Forest's motion is **GRANTED**. The Court will enter an Order clarifying the points requested by Forest.

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

Doc. 46765

DATED:_____                    _____
                                         Hon. Ralph R. Beistline
                                         United States District Judge

**PATTON BOGGS LLP**
Law Offices
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

[PROPOSED] ORDER GRANTING CLARIFICATION
*Forest Oil Corp. v. Union Oil Co. of California*, Case No. A05-0078 CI (RRB)
Page 2
Doc. 46765