UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


FOREST OIL CORPORATION   v.   UNION OIL COMPANY

DATE:   January 9, 2006        CASE NO.   A05-0078 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING CLARIFICATION**

---

      Plaintiff's Motion for Clarification of Order at Docket 62 is hereby **GRANTED**. An Amended Order Granting Motion to Disqualify Counsel shall be issued.