Jeffrey Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         feldman@frozenlaw.com
                   orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNION OIL COMPANY OF CALIFORNIA ) <br> d/b/a UNOCAL ALASKA, ) <br> ) <br> Defendant. ) <br> _____) | Case No. A05-0078 CV (RRB) <br><br><br><br> **ENTRY OF APPEARANCE** |

The law firm of Feldman Orlansky & Sanders hereby enters its appearance in this matter as counsel for plaintiff Forest Oil Corporation.  Please serve copies of all pleadings pertaining to the above-captioned matter on Jeffrey Feldman and Susan Orlansky, Feldman Orlansky & Sanders, 500 L Street, Suite 400, Anchorage, Alaska 99501.

Dated this 26th day of January, 2006, at Anchorage, Alaska.

By:   s/Jeffrey Feldman
      s/Susan Orlansky

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501
Phone: (907) 272-3538
Fax:  (907) 274-0819
Email:  feldman@frozenlaw.com
Email:  orlansky@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8106042]

**Certificate of Service**

I hereby certify that on January 26, 2006, a copy of the
foregoing Entry of Appearance was served electronically on:

Brewster H. Jamieson
Marc D. Bond

s/Susan Orlansky