*Forest Oil Corporation v. Union Oil Company of California d/b/a Unocal Alaska*
Case No. 3:05-cv-00078-RRB

Exhibits in Support of Defendant's Motion for Partial
Summary Judgment Re: Paragraph 22, Tool Rental

# TABLE OF CONTENTS

The Trading Bay Unit Operating Agreement ("TBUOA") ................................................................. A

The Trading Bay Field Operating Agreement ("TBFOA") ............................................................... B

The Unit Agreement for the Development and Operation of the Trading Bay Unit
Area, State of Alaska ("TB Unit Agreement") ................................................................................ C

The Alignment Agreement Trading Bay Field / Trading Bay Unit ................................................ D

Declaration of Donald A. Page with Exhibits E-1 and E-2 ............................................................ E

Declaration of Timothy C. Brandenburg ........................................................................................ F