Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:   feldman@frozenlaw.com
         orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,  )<br>                                                    )<br>         Plaintiff,                            )<br>                                                    )<br>   v.                                            )<br>                                                    )<br> UNION OIL COMPANY OF CALIFORNIA  )<br> d/b/a UNOCAL ALASKA,            )<br>                                                    )<br>         Defendant.                         )<br> _____) | Case No. A05-0078 CV (RRB)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

   Plaintiff Forest Oil Company moves that the time for its opposition to Union Oil Company of California d/b/a Unocal Alaska's Motion for Partial Summary Judgment Re: Paragraph 22, Tool Rental be extended to April 28, 2006.  This motion is not opposed by the defendant.

Dated: March 31, 2006.    By:    s/ Jeffrey M. Feldman
                                 s/ Susan Orlansky

                                 FELDMAN ORLANSKY & SANDERS
                                 500 L Street, Suite 400
                                 Anchorage, AK  99501
                                 Phone: (907) 272-3538
                                 Fax:    (907) 274-0819
                                 Email:  feldman@frozenlaw.com
                                 Email:  orlansky@frozenlaw.com
                                 [Alaska Bar No. 7605029]
                                 [Alaska Bar No. 8106042]

Certificate of Service

I hereby certify that on March 31, 2006, a copy of the foregoing Unopposed Motion for Extension of Time was served electronically on:

Marc D. Bond
Brewster H. Jamieson

s/ Susan Orlansky

*Forest Oil Corporation v. Union Oil Company of California*
Case No. A05-0078 CV (RRB)
Unopposed Motion for Extension of Time
Page 2 of 2