Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNION OIL COMPANY OF CALIFORNIA ) <br> d/b/a UNOCAL ALASKA, ) <br> ) <br> Defendant. ) <br> _____) | Case No. A05-0078 CV (RRB) <br><br> *(PROPOSED)* <br> **ORDER GRANTING** <br> **EXTENSION OF TIME** |

IT IS ORDERED that plaintiff Forest Oil Company may have until the close of business on April 28, 2006, within which to file its opposition to Union Oil Company of California d/b/a Unocal Alaska's Motion for Partial Summary Judgment Re: Paragraph 22, Tool Rental.

DATED this ____ day of _____, 2006

_____
Ralph R. Beistline
United States District Court Judge

Certificate of Service

I hereby certify that on March 31, 2006, a copy of
the foregoing (proposed) Order Granting Extension
of Time was served electronically on:

Brewster H. Jamieson
Marc D. Bond

s/Susan Orlansky