Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:      feldman@frozenlaw.com
            orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A05-0078 CV (RRB) |
| ) | |
| UNION OIL COMPANY OF CALIFORNIA ) | |
| d/b/a UNOCAL ALASKA, ) | ~~(PROPOSED)~~ |
| ) | **ORDER GRANTING** |
| Defendant. ) | **EXTENSION OF TIME** |
| ) | |

IT IS ORDERED that plaintiff Forest Oil Company may have until the close of business on April 28, 2006, within which to file its opposition to Union Oil Company of California d/b/a Unocal Alaska's Motion for Partial Summary Judgment Re: Paragraph 22, Tool Rental.

DATED this 2 day of April, 2006

_____
Ralph R. Beistline
United States District Court Judge

*Forest Oil Corporation v. Union Oil Company of California*
Case No. A05-0078 CV (RRB)
*(Proposed)* Order Granting Extension of Time
Page 2 of 2