Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,           )<br>                                   )<br>         Plaintiff,               )<br>                                   )<br>     v.                            )<br>                                   )<br> UNION OIL COMPANY OF CALIFORNIA   )<br> d/b/a UNOCAL ALASKA,              )<br>                                   )<br>         Defendant.                )<br>_____) | Case No. 3:05-cv-00078-RRB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff Forest Oil Company moves that the time for its opposition to Union Oil Company of California d/b/a Unocal Alaska's Motion for Partial Summary Judgment Re: Paragraph 22, Tool Rental be extended to May 31, 2006. This motion is not opposed by the defendant.

| | | |
|---|---|---|
| Dated: April 27, 2006. | By: | s/ Jeffrey M. Feldman |
| | | s/ Susan Orlansky |

                                                       FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501
Phone: (907) 272-3538
Fax:    (907) 274-0819
Email:  feldman@frozenlaw.com
Email:  orlansky@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8106042]

Certificate of Service

I hereby certify that on April 27, 2006, a copy of the foregoing Unopposed Motion for Extension of Time was served electronically on:

Marc D. Bond
Brewster H. Jamieson

s/ Jeffrey M. Feldman

*Forest Oil Corporation v. Union Oil Company of California*
Case No. 3:05-cv-00078 -RRB
Unopposed Motion for Extension of Time
Page 2 of 2