Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-00078-RRB |
| ) | |
| UNION OIL COMPANY OF CALIFORNIA ) | |
| d/b/a UNOCAL ALASKA, ) | ***(PROPOSED)*** |
| ) | **ORDER GRANTING** |
| Defendant. ) | **EXTENSION OF TIME** |
| _____) | |

IT IS ORDERED that plaintiff Forest Oil Company may have until the close of business on May 31, 2006, within which to file its opposition to Union Oil Company of California d/b/a Unocal Alaska's Motion for Partial Summary Judgment Re: Paragraph 22, Tool Rental.

DATED this \_\_\_\_ day of _____, 2006

_____
Ralph R. Beistline
United States District Court Judge

Certificate of Service

I hereby certify that on April 27, 2006, a copy of
the foregoing (proposed) Order Granting Extension
of Time was served electronically on:

Brewster H. Jamieson
Marc D. Bond

s/Jeffrey M. Feldman