Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          feldman@frozenlaw.com
                    orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,            )<br>                                                          )<br>           Plaintiff,                              )<br>                                                          )<br>    v.                                               )<br>                                                          )<br>UNION OIL COMPANY OF CALIFORNIA )<br>d/b/a UNOCAL ALASKA,             )<br>                                                          )<br>           Defendant.                         )<br>_____ ) | Case No. 3:05-cv-00078-RRB<br><br>~~(PROPOSED)~~<br>**ORDER GRANTING<br>EXTENSION OF TIME** |

IT IS ORDERED that plaintiff Forest Oil Company may have until the close of business on May 31, 2006, within which to file its opposition to Union Oil Company of California d/b/a Unocal Alaska's Motion for Partial Summary Judgment Re: Paragraph 22, Tool Rental.

DATED this 28 day of April, 2006

Ralph R. Beistline
United States District Court Judge

*Forest Oil Corporation v. Union Oil Company of California*
Case No. 3:05-cv-00078-RRB
*(Proposed)* Order Granting Extension of Time
Page 2 of 2