Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| FOREST OIL CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA,<br><br>                    Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**ORDER<br>GRANTING RECONSIDERATION** |
|---|---|

THIS COURT, having considered defendant's Motion for Reconsideration of the Court's Order Denying Unocal's Motion for Summary Judgment re Equitable Relief (Docket No. 71), as well as applicable law;

IT IS ORDERED that defendant's motion for reconsideration is GRANTED.

DATED this ____ day of May/June, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on May 1, 2006, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

    s/ Brewster H. Jamieson
017351.0040/154934.1