UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FOREST OIL CORPORATION   v.   UNION OIL COMPANY

DATE:   May 1, 2006      CASE NO.   3:05-CV-0078-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING RECONSIDERATION**

---

The Court is in receipt of Defendant's Motion for Reconsideration at Docket 74. Pursuant to D. Ak. LR 59.1(d), Plaintiff has until the close of business on **May 15, 2006,** in which to file a response to Defendant's motion, after which the Court will take the matter under advisement.