Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         feldman@frozenlaw.com
                  orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| FOREST OIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-cv-00078-RRB |
| | ) | |
| UNION OIL COMPANY OF CALIFORNIA | ) | |
| d/b/a UNOCAL ALASKA, | ) | |
| | ) | **STIPULATION** |
| Defendant. | ) | **RE: PRETRIAL DEADLINES** |
| _____ | ) | |

The parties, Forest Oil Corporation and Union Oil Company of California,

stipulate and agree that all pretrial deadlines, including the date for disclosure of their

principal experts and exchange of expert reports, should be postponed until after this court has ruled on all of the pending motions for partial summary judgment . The court's rulings on these motions may assist the parties in selecting experts and targeting their discovery to the issues remaining for trial. The parties will meet and confer after the court has ruled on the pending partial summary judgment motions and agree upon proposed new pretrial deadlines.


Dated:  May 3, 2006.                    By:  ___s/ Jeffrey M. Feldman_____

                                        FELDMAN ORLANSKY & SANDERS
                                        500 L Street, Suite 400
                                        Anchorage, AK  99501
                                        Phone: (907) 272-3538
                                        Fax:     (907) 274-0819
                                        Email:  feldman@frozenlaw.com
                                        Email:  orlansky@frozenlaw.com
                                        [Alaska Bar No. 7605029]
                                        [Alaska Bar No. 8106042]


Dated:  May 3, 2006                     By:  ___s/  Brewster H. Jamieson (Consent)___

                                        LANE POWELL LLC
                                        301 West Northern Lights Boulevard, Suite 301
                                        Anchorage, Alaska  99503-2648
                                        Phone:  (907) 277-9511
                                        Fax:     (907) 276-2631
                                        Email:  jamiesonb@lanepowell.com
                                        [Alaska Bar No. 8411122]

Certificate of Service

I hereby certify that on May 3, 2006, a copy of the foregoing Stipulation Re: Pretrial Deadlines was served electronically on:

Marc D. Bond
Brewster H. Jamieson

s/ Jeffrey M. Feldman