Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:      feldman@frozenlaw.com
            orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-00078-RRB |
| ) | |
| UNION OIL COMPANY OF CALIFORNIA ) | |
| d/b/a UNOCAL ALASKA, ) | ~~(PROPOSED)~~ |
| ) | **ORDER GRANTING** |
| Defendant. ) | **STIPULATION** |
| ) | **RE: PRETRIAL DEADLINES** |

IT IS ORDERED that the Stipulation Re: Pretrial Deadlines filed by the parties is

GRANTED. All pretrial deadlines are postponed until after this court rules on all pending

motions for partial summary judgment. The parties are ordered to meet within ten (10) days

after the court has ruled on all pending partial summary judgment motions and file a stipulation with new pretrial deadlines.

DATED this 4 day of May, 2006

_____
Ralph R. Beistline
United States District Court Judge