UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>Forest Oil Corp.</u>   v.   <u>Union Oil Co. of California d/b/a Unocal Alaska</u>

THE HONORABLE RALPH R. BEISTLINE

LAW CLERK                                          CASE NO.  <u>A05-0078 CV (RRB)</u>

<u>Marika Athens</u>                                   DATE: May 16, 2006

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **DENYING MOTION FOR RECONSIDERATION**

---

      Before the Court is Defendant's Motion for Reconsideration (Docket 74) and Plaintiff's Opposition (Docket 78). The Court hereby **DENIES** the motion.

M.O. DENYING MOTION FOR RECONSIDERATION