Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA,<br><br>                    Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

Defendant, by and through counsel, moves for an extension of time until June 23, 2006, to file its Reply re its Motion For Partial Summary Judgment Re: Paragraph 22, Tool Rental. Counsel for plaintiff was consulted and indicated he had no opposition to this motion for an extension of time.

DATED this 9th day of June, 2006.

LANE POWELL LLC
Attorneys for Defendant

By   s/ Brewster H. Jamieson
     Brewster H. Jamieson, ASBA No. 8411122
     301 West Northern Lights Boulevard, Suite 301
     Anchorage, Alaska  99503-2648
     Tel:    907-277-9511
     Fax:    907-276-2631
     Email: jamiesonb@lanepowell.com

I certify that on June 9, 2006, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

  s/ Brewster H. Jamieson
017351.0040/155489.1