Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

FOREST OIL CORPORATION,

            Plaintiff,

v.

UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,

           Defendant.

Case No. 3:05-cv-00078-RRB

**ORDER GRANTING<br>EXTENSION OF TIME**

THIS COURT, having considered defendant's Unopposed Motion for Extension of Time to file its Reply re its Motion For Partial Summary Judgment Re: Paragraph 22, Tool Rental (Docket No. 66).

IT IS ORDERED that defendant's motion is GRANTED. Defendant shall file its reply on or before June 23, 2006.

DATED this ____ day of June, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on June 9, 2006, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

   s/ Brewster H. Jamieson
017351.0040/155490.1