Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| FOREST OIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**ORDER GRANTING<br>EXTENSION OF TIME** |
|---|---|

THIS COURT, having considered defendant's Unopposed Motion for Extension of Time to file its Reply re its Motion For Partial Summary Judgment Re: Paragraph 22, Tool Rental (Docket No. 66).

IT IS ORDERED that defendant's motion is GRANTED. Defendant shall file its reply on or before June 23, 2006.

DATED this 12 day of June, 2006.

The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on June 9, 2006, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

s/ Brewster H. Jamieson
017351.0040/155490.1