Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA,<br><br>                    Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

  Defendant, by and through counsel, moves for an extension of time until June 30, 2006, to file its Reply re its Motion For Partial Summary Judgment Re: Paragraph 22, Tool Rental (Docket No. 66). Counsel for plaintiff was consulted and indicated he had no opposition to this motion for an extension of time.

  DATED this 20th day of June, 2006.

            LANE POWELL LLC
            Attorneys for Defendant


            By   s/ Brewster H. Jamieson
             Brewster H. Jamieson, ASBA No. 8411122
             301 West Northern Lights Boulevard, Suite 301
             Anchorage, Alaska 99503-2648
             Tel:   907-277-9511
             Fax:   907-276-2631
             Email: jamiesonb@lanepowell.com

I certify that on June 20, 2006, a copy of the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

 s/ Brewster H. Jamieson
017351.0040/155489.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631