Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA,<br><br>　　　　　　　Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**UNOPPOSED MOTION FOR<br>LEAVE TO FILE LATE REPLY** |

　　　　Defendant, by and through counsel, moves for leave to file its late-filed Reply re its Motion For Partial Summary Judgment Re: Paragraph 22, Tool Rental (Docket No. 66). Counsel for plaintiff was consulted and indicated he had no opposition to this motion.

　　　　DATED this 6th day of July, 2006.

　　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant


　　　　　　　　　　　　　　　　　　　By   s/ Brewster H. Jamieson
　　　　　　　　　　　　　　　　　　　　　Brewster H. Jamieson, ASBA No. 8411122
　　　　　　　　　　　　　　　　　　　　　301 West Northern Lights Boulevard, Suite 301
　　　　　　　　　　　　　　　　　　　　　Anchorage, Alaska  99503-2648
　　　　　　　　　　　　　　　　　　　　　Tel:　　907-277-9511
　　　　　　　　　　　　　　　　　　　　　Fax:　　907-276-2631
　　　　　　　　　　　　　　　　　　　　　Email: jamiesonb@lanepowell.com

I certify that on July 6, 2006, a copy of the
foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

　　s/ Brewster H. Jamieson
017351.0040/155716.1