Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA,<br><br>  Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**ORDER GRANTING**<br>**LEAVE TO FILE LATE REPLY** |

THIS COURT, having considered defendant's unopposed motion for leave to file its Reply re its Motion For Partial Summary Judgment Re: Paragraph 22, Tool Rental (Docket No. 66).

IT IS ORDERED that defendant's motion is GRANTED. Defendant's Reply is accepted for late filing. Defendant is directed to file its Reply electronically.

DATED this ____ day of June, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on July 30, 2006, a copy of the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

  s/ Brewster H. Jamieson
017351.0040/155717.1