Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:       jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,<br><br>                                    Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA,<br><br>                                    Defendant. | Case No. 3:05-cv-00078-RRB<br><br><br>**ORDER<br>GRANTING RECONSIDERATION** |

THIS COURT, having considered defendant's Motion for Reconsideration of the Court's order at Docket No. 90 (Order Denying Defendant's Motion for Partial Summary Judgment at Docket No. 23, and Granting Plaintiff's Motion for Partial Summary Judgment at Docket No. 39) (the "Order"), as well as applicable law;

IT IS ORDERED that defendant's motion for reconsideration is GRANTED, and the Court shall reconsider the Order.

DATED this _____ day of July/August, 2006.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on July 14, 2006, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

   s/ Brewster H. Jamieson
_____

017351.0040/155883.1

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631