Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

FOREST OIL CORPORATION,

                                      Plaintiff,

v.

UNION OIL COMPANY OF CALIFORNIA          Case No. 3:05-cv-00078-RRB
d/b/a UNOCAL ALASKA,

                                      Defendant.          **ORDER**

          THIS COURT, having considered defendant's Alternative Motion for Certification of
Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(B) of the Order at Docket No. 90, as well as
applicable law;

          IT IS ORDERED that defendant's motion is GRANTED.  The Court is of the opinion that
the Order at Docket No. 90, and the issues addressed therein, (1) involves a controlling question of
law, (2) as to which there is substantial ground for difference of opinion, and (3) that an immediate
appeal may materially advance the ultimate termination of the litigation.  Therefore, the Court hereby
certifies the Order at Docket No. 90 for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

          DATED this ____ day of August/September, 2006.


                                      _____
                                      The Honorable Ralph R. Beistline
                                      United States District Court Judge

I certify that on July 14, 2006, a copy of

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

  s/ Brewster H. Jamieson
017351.0040/155884.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

{Click F11}
*Forest Oil Corporation v. Unocal Alaska* **(Case No. 3:05-cv-00078-RRB)**                    **Page 2 of 2**