UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


FOREST OIL CORP.    v.    UNION OIL COMPANY OF CALIFORNIA

DATE:   July 17, 2006    CASE NO:    3:05-cv-0078-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RE RECONSIDERATION**

---

       The Court is in receipt of Unocal's Motion for Reconsideration filed at Docket 91. Pursuant to D. Ak. LR 59.1(d), Forest Oil has until the close of business on **Wednesday, July 26, 2006,** in which to file a response to Unocal's motion, after which the Court will take the matter under advisement.

ORDER RE RECONSIDERATION