Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:         feldman@frozenlaw.com
               orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| FOREST OIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-cv-00078-RRB |
| | ) | |
| UNION OIL COMPANY OF CALIFORNIA | ) | |
| d/b/a UNOCAL ALASKA, | ) | |
| | ) | **UNOPPOSED MOTION FOR** |
| Defendant. | ) | **EXTENSION OF TIME** |
| _____ | ) | |

Plaintiff Forest Oil Corporation moves that the time for its opposition to Union Oil

Company of California d/b/a Unocal Alaska's Alternative Motion for Certification of

Interlocutory Appeal Pursuant To 28 U.S.C. §1292(B) Of The Order At Docket No. 90 be

extended to August 11, 2006 – ten days from this Court's denial of Unocal's Motion For

Reconsideration Of Order At Docket No. 90.  This motion is not opposed by the defendant.

Dated:  August 1, 2006.                    By:     s/ Jeffrey M. Feldman
                                                    s/ Susan Orlansky

                                           FELDMAN ORLANSKY & SANDERS
                                           500 L Street, Suite 400
                                           Anchorage, AK  99501
                                           Phone: (907) 272-3538
                                           Fax:    (907) 274-0819
                                           Email:  feldman@frozenlaw.com
                                           Email:  orlansky@frozenlaw.com
                                           [Alaska Bar No. 7605029]
                                           [Alaska Bar No. 8106042]


Certificate of Service

I hereby certify that on August 1, 2006, a copy of the
foregoing Unopposed Motion for Extension of Time was
served electronically on:

Marc D. Bond
Brewster H. Jamieson

s/ Jeffrey M. Feldman

*Forest Oil Corporation v. Union Oil Company of California*
Case No. 3:05-cv-00078 -RRB
Unopposed Motion for Extension of Time
Page 2 of 2