Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,              ) | |
|                                      ) | |
|        Plaintiff,                    ) | |
|                                      ) | |
|        v.                            ) | Case No. 3:05-cv-00078-RRB |
|                                      ) | |
| UNION OIL COMPANY OF CALIFORNIA      ) | |
| d/b/a UNOCAL ALASKA,                 ) | *(PROPOSED)* |
|                                      ) | **ORDER GRANTING** |
|        Defendant.                    ) | **EXTENSION OF TIME** |
| _____ ) | |

IT IS ORDERED that plaintiff Forest Oil Company may have until the close of business on August 11, 2006, within which to file its opposition to Union Oil Company of California d/b/a Unocal Alaska's Alternative Motion for Certification Of Interlocutory Appeal Pursuant To 28 U.S.C. §1292(B) Of The Order At Docket No. 90.

DATED this \_\_\_\_ day of _____, 2006

_____
Ralph R. Beistline
United States District Court Judge

Certificate of Service

I hereby certify that on August 1, 2006, a copy of the foregoing (proposed) Order Granting Extension of Time was served electronically on:

Brewster H. Jamieson
Marc D. Bond

s/Jeffrey M. Feldman