UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>FOREST OIL CORPORATION</u>   v.   <u>UNION OIL COMPANY</u>

DATE:   <u>August 2, 2006</u>        CASE NO.   <u>3:05-CV-0078-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

---

The Plaintiff's Unopposed Motion for Extension of Time at Docket 96 is hereby **GRANTED**. The Plaintiff's opposition to Defendant's Motion for Certification of Interlocutory Appeal is due on or before the close of business on **August 11, 2006.**

M.O. GRANTING EXTENSION