Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA,<br><br>                    Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

Defendant, by and through counsel, moves for an extension of time until August 23, 2006, to file its Reply re Alternative Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(B) of the Order at Docket 90 (Docket No. 92).

The undersigned certifies that counsel for plaintiff was consulted and indicated he had no opposition to this motion for an extension of time.

DATED this 18th day of August, 2006.

> LANE POWELL LLC
> Attorneys for Defendant
>
> By  s/ Brad E. Ambarian
>   Brad E. Ambarian, ASBA No. 8711072
>   301 West Northern Lights Boulevard, Suite 301
>   Anchorage, Alaska 99503-2648
>   Tel: 907-277-9511
>   Fax: 907-276-2631
>   Email: jamiesonb@lanepowell.com

I certify that on August 20, 2006, a copy of the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

   s/ Brewster H. Jamieson

017351.0040/155489.1

**LANE POWELL LLC**
301 WestNorthern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631