Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA No. 0105028
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,<br><br>                                Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA,<br><br>                                Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**ORDER GRANTING<br>EXTENSION OF TIME** |

       THIS COURT, having considered defendant's Unopposed Motion for Extension of Time to file its Reply re its Alternative Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(B) of the Order at Docket 90 (Docket No. 92).

       IT IS ORDERED that defendant's motion is GRANTED. Defendant shall file its reply on or before August 23, 2006.

       DATED this 18th day of August, 2006.

                                          The Honorable Ralph R. Beistline
                                          United States District Court Judge

I certify that on August 18, 2006, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

   s/ Brewster H. Jamieson
017351.0040/155490.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631