*Forest Oil Company v. Union Oil Company of California d/b/a Unocal Alaska*
Case No. 3:05-cv-00078-RRB

**MOTION TO JOIN FOREST ALASKA OPERATING LLC AS PARTY PLAINTIFF**

TABLE OF EXHIBITS

Exhibit A:   Delaware Certificate of Formation for Forest Alaska Operating LLC/ Delaware Certificate of Formation and Certificate of Amendment for Forest Alaska Holding LLC

Exhibit B:   Operating Agreements for Forest Alaska Holding LLC and Forest Alaska Operating LLC

Exhibit C:   Assignments of Interest in Oil and Gas Lease

Exhibit D:   Master Conveyance, dated November 1, 2006, between Forest Oil Corporation and Forest Alaska Holding LLC

Exhibit E:   Master Conveyance, dated November 1, 2006, between Forest Alaska Holding LLC and Forest Alaska Operating LLC

Exhibit F:   News Articles dated May 29, 2007

017351.0040/161007.1