A
L
A
S
K
A

**2006-083965-0**

Recording Dist: 301 - Anchorage
12/13/2006  3:19 PM  Pages: 1 of 4



DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18777__                            _Cc_
EFFECTIVE DATE
OF LEASE _9-01-1962_
Is this lease producing? _X_ yes ____no

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ___Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000___ percent of the lease's working interest (See attached **Exhibit A**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___50.00000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__, R __13 W__, __Seward__ Meridian

**(See attached Exhibit "A" for complete description.)**

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _1_ OF _92_                    **FOC 000753**

_(signature)_

Date: 10/31/06

__Assignor's Signature__

__Glen J. Mizenko, Vice President__

Assignor's Name (Print or Type) & Title

__Forest Oil Corporation__

Company Name

THE UNITED STATES OF AMERICA )

)SS.

STATE OF __COLORADO__ )

Qualification File # ____1641____

This certifies that on the __31st__ day of __October__, 2006, before me, a notary public in and for the State of __Colorado__, duly commissioned and sworn, personally appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation__, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_(signature)_ Deborah S. Pottenger

Notary Public

My Commission expires __5-11-08__

Date: 10/31/06

__Assignee's Signature__

__Cyrus D. Marter IV, Vice President and Secretary__

Assignee's Name (Print or Type) & Title

__Forest Alaska Holding LLC__

Company Name

THE UNITED STATES OF AMERICA )

)SS.

STATE OF __COLORADO__ )

Qualification File # ____2308____

This certifies that on the __31st__ day of __October__, 2006, before me, a notary public in and for the State of __Colorado__, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC__, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

APPROVAL

_(signature)_ Deborah S. Pottenger

Notary Public

My Commission expires __5-11-08__

EXHIBIT __C__

PAGE __2__ OF __92__

2 of 4
2006-083965-0

FOC 000754

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18777
ASSIGNOR:   FOREST OIL CORPORATION
ASSIGNEE:   FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 17

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1:   As to a 50.00000% working interest in 1,106.00 acres, more or less, and described as follows:

Section 7:       All g.a.
                 SE4, 632.00 acres;
Section 18:      N2, SW4, 474.00 acres;

Pertains to all depths.

Segment 2:   As to a 46.80000% working interest in 796.00 acres, more or less, and described as follows:

Section 18:      SE4, 160.00 acres;
Section 19:      All, 636.00 acres;

Pertains to all land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment A:   As to a 50.00000% working interest in 796.00 acres, more or less, and described as follows:

Section 18:      SE4, 160.00 acres;
Section 19:      All, 636.00 acres;

Pertains to the Grayling Gas Sands defined as the interval in the Trading Bay Unit K-2 well between the measured depths of 1,780 feet and 10,128 feet or its stratigraphic equivalent.

Segment B:   As to a 46.80000% working interest in 796.00 acres, more or less, and described as follows:

EXHIBIT    C
PAGE 3   OF 92

3 of 4
2006-083965-0

FOC 000755

Section 18:    SE4, 160.00 acres;
Section 19:    All, 636.00 acres;

Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _____ / Page _____
*Lease not yet recorded*

4 of 4
2006-083965-0

EXHIBIT _C_
PAGE _4_ OF _92_

A
L
A
S
K
A

# 2006-083988-0



Recording Dist: 301 - Anchorage
12/13/2006  3:32 PM  Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __21068_____
EFFECTIVE DATE
    OF LEASE __07-01-1963_____
Is this lease producing? __X__ yes _____no

*CC*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202____,

1. ___46.80000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___9 N___, R___14 W___, ___Seward___ Meridian

__(See attached Exhibit "A" for complete description.)__
containing 160 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

EXHIBIT ___C___
PAGE __5__ OF __92__

FOC 000749

_____    October 31, 2006 _____
Assignor's Signature                         Date

___ Cyrus D. Marter IV, Vice President and Secretary ___    ___ Forest Alaska Holding LLC _____
Assignor's Name (Print or Type) & Title      Company Name

THE UNITED STATES OF AMERICA    )           Qualification File # ___ 2308 ___
                                )SS.
STATE OF__ COLORADO _____  )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____ Colorado _____, duly commissioned and sworn, personally
appeared _ Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC _____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                                             _____
                                             Notary Public
                                             My Commission expires __2/29/07__

_____    ___ 10/31/06 _____
Assignee's Signature                         Date

___ Leonard C. Gurule, President _____    ___ Forest Alaska Operating LLC _____
Assignee's Name (Print or Type) & Title      Company Name

THE UNITED STATES OF AMERICA    )           Qualification File # ___ 2307 ___
                                )SS.
STATE OF__ ALASKA _____  )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____ Alaska _____, duly commissioned and sworn, personally
appeared ___ Leonard C. Gurule, President of Forest Alaska Operating LLC ___, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

                                             _____
                                             Notary Public
                                             My Commission expires __3/9/2010__

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

2 of 4
2006-083988-0

EXHIBIT _C_
PAGE _6_ OF _92_

FOC 000750

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____          NOV **01** 2006
William D. Van Dyke, Acting Director          _____
Division of Oil and Gas, DNR, State of Alaska          Effective Date of Assignment

3 of 4

**2006-083988-0**

EXHIBIT _C_
PAGE _7_ OF _92_

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-21068
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 18

T. 9 N., R. 14 W., Seward Meridian, Alaska

Section 24:    SE4 160.00 acres;

Segment 1:

Pertains to land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:

Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Record in Anchorage RD
Lease Recorded at.
Book _68_ / Page _151_

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

4 of 4
2006-083988-0

EXHIBIT _C_
PAGE _8_ OF _12_

FOC 000752

A
L
A
S
K
A

**2006-083966-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:20 PM Pages: 1 of 3



DO&G 25-84                                    LEASE ADL __21068_____      *cc*
(LEASE ASSIGNMENT)                            EFFECTIVE DATE
Revised 12/01                                     OF LEASE __07-01-1963_____
DNR #10-113                                   Is this lease producing? __X__ yes _____no

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. __46.80000_____ percent working interest;

2. __zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__, R__14 W__, ___Seward_____ Meridian

__(See attached Exhibit "A" for complete description.)__
containing 160 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** *C*
**PAGE** *1* **OF** *92*                                   FOC 000746

_(signature)_          10/31/06

Assignor's Signature                      Date

   Glen J. Mizenko, Vice President         Forest Oil Corporation

Assignor's Name (Print or Type) & Title       Company Name

THE UNITED STATES OF AMERICA     )       Qualification File # _____ 1641 _____

                              )SS.

STATE OF __ COLORADO _____     )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

        **Deborah S. Pottenger**
           **Notary Public**
        **State of Colorado**
    **My Commission Expires:**      _Deborah S. Pottenger_
         **May 11, 2008**          Notary Public
                             My Commission expires _5-11-08_

_(signature)_             10/31/06

Assignee's Signature                      Date

   Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC

Assignee's Name (Print or Type) & Title      Company Name

THE UNITED STATES OF AMERICA     )       Qualification File # _____ 2308 _____

                              )SS.

STATE OF __COLORADO _____     )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written. Deborah S. Pottenger

         **Notary Public**
        **State of Colorado**
    **My Commission Expires:**      _Deborah S. Pottenger_
         **May 11, 2008**        Notary Public
                             My Commission expires _5-11-08_

**APPROVAL**



2 of 3
2006-083966-0

**EXHIBIT** _C_
**PAGE** _10_ **OF** _92_



FOC 000747

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

NOV 0 1 2006

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

Effective Date of Assignment

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-21068**
**ASSIGNOR: FOREST OIL CORPORATION**
**ASSIGNEE: FOREST ALASKA HOLDING LLC**

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 18

T. 9 N., R. 14 W., Seward Meridian, Alaska

Section 24:    SE4 160.00 acres;

Segment 1:

Pertains to land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:

Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 68 / Page 151

**EXHIBIT** _C_
**PAGE** 11 **OF** 92

3 of 3
2006-083966-0

FOC 000748



2006-083979-0

Recording Dist: 301 - Anchorage
12/13/2006 3:28 PM Pages: 1 of 4

A
L
A
S
K
A

DO&G 25-84                                    LEASE ADL __17597_____        _C̲U̲_
(LEASE ASSIGNMENT)                     EFFECTIVE DATE
Revised 12/01                                      OF LEASE __03-01-1962_____
DNR #10-113                               Is this lease producing? __X__ yes _____no

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___50.00000_____ percent of the lease's working interest,

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___50.00000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___10 N_, R__13 W_, ____Seward_____ Meridian
(See attached Exhibit "A" for complete description.)
containing approximately 4,560 acres, more or less.

_____

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600___
_____ City, State, Zip __Denver, Colorado 80202_____

_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

EXHIBIT ___C___
PAGE _12_ OF _92_                                    FOC 000672

_____        October 31, 2006_____
Assignor's Signature                    Date

__Cyrus D. Marter IV, Vice President and Secretary__        __Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title        Company Name

THE UNITED STATES OF AMERICA        )        Qualification File #____2308_____
                                    )SS.
STATE OF__COLORADO_____        )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared__Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                                        _____
                                        Notary Public
                                        My Commission expires __2/29/07__

_____        __10/31/06_____
Assignee's Signature                    Date

__Leonard C. Gurule, President__        __Forest Alaska Operating LLC____
Assignee's Name (Print or Type) & Title        Company Name

THE UNITED STATES OF AMERICA        )        Qualification File #____2307_____
                                    )SS.
STATE OF__ALASKA_____        )

This certifies that on the __31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Alaska_____, duly commissioned and sworn, personally
appeared____Leonard C. Gurule, President of Forest Alaska Operating LLC____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

                                        _____
                                        Notary Public
                                        My Commission expires __3/9/2010__

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

EXHIBIT __C__
PAGE __13__ OF __72__

2 of 4
2006-083979-0

FOC 000673

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____     NOV 01 2006
William D. Van Dyke, Acting Director     _____
Division of Oil and Gas, DNR, State of Alaska     Effective Date of Assignment

3 of 4
2006-083979-0

EXHIBIT  _C_
PAGE _14_ OF _92_

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17597
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit

T. 10 N., R. 13 W., Seward Meridian, Alaska

Segment 1:   2,560.00 acres, more or less, and described as follows:

Section 14:      All, 640 acres;
Section 15:      All, 640 acres;
Section 22:      All, 640 acres;
Section 23:      All, 640 acres;

Segment 2:   2,000.00 acres, more or less, and described as follows:

Section 27:      N2NE4, W1/2, 400.00 acres;
Section 28:      All, 640.00 acres;
Section 33:      All, 640.00 acres;
Section 34:      W1/2, 320.00 acres;

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _43_ / Page _32_

4 of 4
2006-083979-0

EXHIBIT _C_
PAGE _15_ OF _92_

FOC 000675



Recording Dist: 301 - Anchorage
12/13/2006 3:13 PM Pages: 1 of 3

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __17597__     CC
EFFECTIVE DATE
OF LEASE __03-01-1962__
Is this lease producing? __X__ yes _____no

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___50.00000___ percent of the lease's working interest,

does hereby assign to ___Forest Alaska Holding LLC___, the assignee,

whose address is ___707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202___,

1. ___50.00000___ percent working interest;

2. ___zero___ percent overriding royalty interest.

3. The assignor is retaining ___zero___ percent of the lease's working interest.

4. The assignor is retaining ___zero___ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)
T __10 N__, R __13 W__, __Seward__ __Meridian
(See attached Exhibit "A" for complete description.)
containing approximately 4,560 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600__
_____ City, State, Zip __Denver, Colorado 80202__

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _16_ **OF** _92_

FOC 000669

_____          __10/31/06_____
Assignor's Signature                     Date

__Glen J. Mizenko, Vice President___     __Forest Oil Corporation_____
Assignor's Name (Print or Type) & Title  Company Name

THE UNITED STATES OF AMERICA    )        Qualification File # ___1641___
                                )SS.
STATE OF__COLORADO_____      )

This certifies that on the ___31st___ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation___, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

**Deborah S. Pottenger**
**Notary Public**
**State of Colorado**
**My Commission Expires:**
**May 11, 2008**

_____          Notary Public
Assignee's Signature                     My Commission expires_5-11-06_

__Cyrus D. Marter IV, Vice President and Secretary__     __10/31/06_____
Assignee's Name (Print or Type) & Title  Date

                                         __Forest Alaska Holding LLC_____
                                         Company Name

THE UNITED STATES OF AMERICA    )        Qualification File # ___2308___
                                )SS.
STATE OF__COLORADO_____      )

This certifies that on the ___31st_____ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

**Deborah S. Pottenger**
**Notary Public**
**State of Colorado**
**My Commission Expires:**
**May 11, 2008**

                                         Notary Public
                                         My Commission expires _5-11-08_

**APPROVAL**

2 of 3
2006-083957-0

EXHIBIT ___C___
PAGE _17_ OF _92_

FOC 000670

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_William D. Van Dyke, Acting Director_
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
_____
Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17597
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit

T. 10 N., R. 13 W., Seward Meridian, Alaska

Segment 1:  2,560.00 acres, more or less, and described as follows:

Section 14:   All, 640 acres;
Section 15:   All, 640 acres;
Section 22:   All, 640 acres;
Section 23:   All, 640 acres;

Segment 2:  2,000.00 acres, more or less, and described as follows:

Section 27:   N2NE4, W1/2, 400.00 acres;
Section 28:   All, 640.00 acres;
Section 33:   All, 640.00 acres;
Section 34:   W1/2, 320.00 acres;

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book  43  / Page  32



3 of 3
2006-083957-0

FOC 000671

EXHIBIT  _C_
PAGE _18_ OF _92_



Recording Dist: 301 - Anchorage
12/13/2006 3:28 PM Pages: 1 of 4

DO&G 25-84                                         LEASE ADL __17602_____        *cc*
(LEASE ASSIGNMENT)                          EFFECTIVE DATE
Revised 12/01                                        OF LEASE __02-01-1962_____
DNR #10-113                                      Is this lease producing? __X__ yes _____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of _____70.00000 & 46.80000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1.   ___70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2.   __zero_____ percent overriding royalty interest.

3.  The assignor is retaining ___zero_____ percent of the lease's working interest.

4.  The assignor is retaining ___zero_____ percent of overriding royalty interest.

5.  **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __8 N__, R __14 W__, ___Seward___ Meridian

(See attached Exhibit "A" for complete description.)
containing 1,920 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _19_ **OF** _92_

FOC 000665

_____     October 31, 2006 _____
Assignor's Signature                 Date

__Cyrus D. Marter IV, Vice President and Secretary__     __Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title                 Company Name

THE UNITED STATES OF AMERICA     )                      Qualification File # ____2308_____
                                 )SS.
STATE OF __COLORADO_____    )

This certifies that on the ___31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                                                     _____
                                                     Notary Public
                                                     My Commission expires __2/29/07___

_____     __10/31/06_____
Assignee's Signature                 Date

__Leonard C. Gurule, President__     __Forest Alaska Operating LLC____
Assignee's Name (Print or Type) & Title     Company Name

THE UNITED STATES OF AMERICA     )                      Qualification File # ____2307_____
                                 )SS.
STATE OF __ALASKA_____   )

This certifies that on the ___31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

                                                     _____
                                                     Notary Public
                                                     My Commission expires __3/9/2010__

EXHIBIT ___C___
PAGE __20__ OF __92__

2 of 4
2006-083980-0

FOC 000666

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____    NOV 0 1 2006
William D. Van Dyke, Acting Director    _____
Division of Oil and Gas, DNR, State of Alaska    Effective Date of Assignment

3 of 4
2006-083980-0

EXHIBIT  _C_
PAGE _21_ OF _92_

FOC 000667

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17602
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 6

<u>T. 8 N., R. 14 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:   As to a 70.00000% working interest in 1,280.00 acres, more or less, and described as follows:

Section 2:      All, 640.00 acres;
Section 11:     All, 640.00 acres;

Pertains to all depths.

<u>Segment 3</u>:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:      E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent.

<u>Segment B</u>:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:      E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well of the stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _42_ / Page _273_

EXHIBIT _C_
PAGE _22_ OF _97_



4 of 4
2006-083980-0

FOC 000668



A
L
A
S
K
A

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL  17602
EFFECTIVE DATE
OF LEASE  02-01-1962
Is this lease producing?  X  yes ____ no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____70.00000 & 46.80000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ____zero_____ percent of the lease's working interest.

4. The assignor is retaining ____zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T ___8 N__, R __14 W__, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 1,920 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** ___C___
**PAGE** _23_ OF _92_

FOC 000661

_____     10/31/06 _____
Assignor's Signature                Date

  Glen J. Mizenko, Vice President        Forest Oil Corporation _____
Assignor's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA     )        Qualification File # ____1641____
                                 )SS.
STATE OF__COLORADO_____     )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

        Deborah S. Pottenger
          Notary Public                  _Deborah S Pottenger_
        State of Colorado                Notary Public
      My Commission Expires:             My Commission expires _5-11-08_
          May 11, 2008

_____     _10/31/06_____
Assignee's Signature                Date

  Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC _____
Assignee's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA     )        Qualification File # ____2308____
                                 )SS.
STATE OF__COLORADO_____     )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

        Deborah S. Pottenger
          Notary Public                  _Deborah S Pottenger_
        State of Colorado                Notary Public
      My Commission Expires:             My Commission expires _5-11-08_
          May 11, 2008
                        APPROVAL

EXHIBIT __C__
PAGE _24_ OF _92_                      FOC 000662

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17602
### ASSIGNOR:  FOREST OIL CORPORATION
### ASSIGNEE:  FOREST ALASKA HOLDING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 6

<u>T. 8 N., R. 14 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:   As to a 70.00000% working interest in 1,280.00 acres, more or less, and described as follows:

Section 2:      All, 640.00 acres;
Section 11:     All, 640.00 acres;

Pertains to all depths.

<u>Segment 3</u>:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:      E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent.

<u>Segment B</u>:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:      E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well of the stratigraphic equivalent.

EXHIBIT ___C___
PAGE _25_ OF _92_


3 of 4
2006-083958-0

FOC 000663

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _42_ / Page _273_



4 of 4
**2006-083958-0**

EXHIBIT _C_
PAGE _26_ OF _92_

FOC 000664



2006-083981-0

Recording Dist: 301 - Anchorage
12/13/2006 3:28 PM Pages: 1 of 4

DO&G 25-84                                    LEASE ADL __18716_____        *CC*
(LEASE ASSIGNMENT)                            EFFECTIVE DATE
Revised 12/01                                   OF LEASE _09-01-1962_____
DNR #10-113                                   Is this lease producing? __X__ yes ____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___8 N__, R__13 W__, ___Seward___ Meridian

__(See attached Exhibit "A" for complete description.)__
containing 462.50 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

EXHIBIT __C__
PAGE __27__ OF __92__                                    FOC 000657

_____    October 31, 2006_____
Assignor's Signature                Date

__Cyrus D. Marter IV, Vice President and Secretary___    ___Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title                Company Name

THE UNITED STATES OF AMERICA    )        Qualification File # ___2308_____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

                                _____
                                Notary Public
                                My Commission expires __2/27/07____

_____    _10/31/06_____
Assignee's Signature                Date

__Leonard C. Gurule, President___    ___Forest Alaska Operating LLC____
Assignee's Name (Print or Type) & Title                Company Name

THE UNITED STATES OF AMERICA    )        Qualification File # ___2307_____
                                )SS.
STATE OF__ALASKA_____    )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for the State of _____Alaska_____, duly commissioned and sworn, personally appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

                                _____
Notary Public                    Notary Public
REBEKAH J. HAYNES                My Commission expires _3/9/2010_____
State of Alaska
My Commission Expires Mar. 9, 2010

2 of 4
2006-083981-0

EXHIBIT ___C____
PAGE __28__ OF __92__

FOC 000658

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_William D. Van Dyke, Acting Director_
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006

Effective Date of Assignment

3 of 4
2006-083981-0

**EXHIBIT** _C_
**PAGE** 29 **OF** 92

FOC 000659

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18716
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 9

<u>T. 8 N., R. 13 W., Seward Meridian, Alaska</u>

Section 19:    N2, SE4 462.50 acres;

<u>Segment 3</u>:

Pertaining to land from the surface to a depth of 1,780 feet MD or its stratigraphic equivalent in the Trading Bay Unit K-2 well .

<u>Segment C</u>:

Pertaining to land below 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Record in Anchorage RD
Lease Recorded at
Book _____ / Page _____
*Lease not yet recorded*

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

4 of 4
2006-083981-0

EXHIBIT  *C*
PAGE *30* OF *22*

FOC 000660



**2006-083959-0**

Recording Dist: 301 - Anchorage
12/13/2006  3:15 PM  Pages: 1 of 3

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18716_____
EFFECTIVE DATE
OF LEASE __09-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1.  __46.80000_____ percent working interest;

2.  ___zero_____ percent overriding royalty interest.

3.  The assignor is retaining ___zero_____ percent of the lease's working interest.

4.  The assignor is retaining ___zero_____ percent of overriding royalty interest.

5.  **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

**T**__8 N__, **R**__13 W__, ___Seward_____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 462.50 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** ___C___
**PAGE** _31_ **OF** _22_

**FOC 000654**