_____

Assignor's Signature

__10/31/06__
Date

__Glen J. Mizenko, Vice President__
Assignor's Name (Print or Type) & Title

__Forest Oil Corporation__
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF __COLORADO__           )

Qualification File # ____1641____

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation__, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_Deborah S. Pottenger_
Notary Public
My Commission expires __5-11-08__

_____

Assignee's Signature

__10/31/06__
Date

__Cyrus D. Marter IV, Vice President and Secretary__
Assignee's Name (Print or Type) & Title

__Forest Alaska Holding LLC__
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF __COLORADO__           )

Qualification File # ____2308____

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC__, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_Deborah S. Pottenger_
Notary Public
My Commission expires __5-11-08__

APPROVAL

2 of 3
2006-083959-0

EXHIBIT __C__
PAGE __32__ OF __72__

FOC 000655

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____ for          NOV 0 1 2006
William D. Van Dyke, Acting Director          _____
Division of Oil and Gas, DNR, State of Alaska          Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18716
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 9

T. 8 N., R. 13 W., Seward Meridian, Alaska

Section 19:    N2, SE4 462.50 acres;

Segment 3:

Pertaining to land from the surface to a depth of 1,780 feet MD or its stratigraphic equivalent in the Trading Bay Unit K-2 well .

Segment C:

Pertaining to land below 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

AFTER RECORDING, RETURN TO:          Record in Anchorage RD
                                                              Lease Recorded at
Forest Alaska Holding LLC                    Book _____ / Page _____
707 Seventeenth Street, Suite 3600        Lease not yet recorded
Denver, Colorado 80202
Attention: Land Administration



3 of 3
2006-083959-0

EXHIBIT    C
PAGE 33 OF 92

FOC 000656

A
L
A
S
K
A

**2006-083982-0**



Recording Dist: 301 - Anchorage
12/13/2006  3:29 PM  Pages: 1 of 5

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18729__
EFFECTIVE DATE
OF LEASE __10-01-1962__
Is this lease producing? __X__ yes _____no

*CC*

## STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202____,

as owner of ____46.80000 & 50.00000____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ____Forest Alaska Operating LLC____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202____,

1. ____46.80000 & 50.00000____ percent working interest (See attached **Exhibit "A"**);

2. ____zero____ percent overriding royalty interest.

3. The assignor is retaining ____zero____ percent of the lease's working interest.

4. The assignor is retaining ____zero____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __8 N__ , R __13 W__ , ____Seward____ Meridian

__(See attached Exhibit "A" for complete description.)__
containing 1,365 acres more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name ____Forest Alaska Operating LLC____
Attn: __Land Administration__          Address __707 Seventeenth Street, Suite 3600__
_____ City, State, Zip __Denver, Colorado 80202__

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** __C__
PAGE __34__ OF __92__

FOC 000649

_____     October 31, 2006 _____
Assignor's Signature                                Date

__Cyrus D. Marter IV, Vice President and Secretary__     ___Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title                 Company Name

THE UNITED STATES OF AMERICA     )          Qualification File # ____2308_____
                                 )SS.
STATE OF__COLORADO_____   )

This certifies that on the ___31st____ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared__Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

                                              _____
                                              Notary Public
                                              My Commission expires _____

_____     _____10/31/06_____
Assignee's Signature                                Date

__Leonard C. Gurule, President__         ___Forest Alaska Operating LLC_____
Assignee's Name (Print or Type) & Title      Company Name

THE UNITED STATES OF AMERICA     )          Qualification File # ____2307_____
                                 )SS.
STATE OF__ALASKA_____     )

This certifies that on the ___31st____ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared __Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

                                              _____
                                              Notary Public
                                              My Commission expires _3/9/2010_

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

EXHIBIT ___C___
PAGE __35_ OF __92__

2 of 5
2006-083982-0

FOC 000650

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

EXHIBIT _C_
PAGE _36_ OF _92_

FOC 000651

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18729
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 10

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 2:   As to a 46.80000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:      W2, SE4, 442.00 acres;
Section 8:      S2, 320.00 acres;
Section 18:     All, 603.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 Well or its stratigraphic equivalent.

Segment A:   As to a 46.80000% working interest in 3,085.00 acres, more or less, and described as follows:

Section 5:      All;
Section 6:      All;
Section 7:      All;
Section 8:      All;
Section 18:     All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:   As to a 50.00000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:      W2, SE4 442.00 acres;
Section 8:      S2 320.00 acres;
Section 18:     All, 603.00 acres;

containing 1,365 acres more or less. Pertains the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay unit K-2 well or its stratigraphic equivalent.

4 of 5
2006-083982-0

EXHIBIT  C
PAGE 37 OF 92

FOC 000652

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book III / Page 229

EXHIBIT _C_
PAGE _38_ OF _92_



5 of 5
2006-083982-0

FOC 000653

2006-083960-0

DO&G 25-84                                         LEASE ADL __18729_____        *cc*
(LEASE ASSIGNMENT)                         EFFECTIVE DATE
Revised 12/01                                       OF LEASE __10-01-1962_____
DNR #10-113                                       Is this lease producing? __X__ yes ____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)
T__8 N__, R__13 W__, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 1,365 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

**EXHIBIT** _B_
**PAGE** _39_ **OF** _92_

FOC 000645

_____          __10/31/06_____
Assignor's Signature                        Date

__Glen J. Mizenko, Vice President____        __Forest Oil Corporation_____
Assignor's Name (Print or Type) & Title      Company Name

THE UNITED STATES OF AMERICA     )           Qualification File # ____1641____
                                 )SS.
STATE OF__COLORADO__             )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation___, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_____          Notary Public
                                            My Commission expires __5-11-08__

_____          __10/31/06_____
Assignee's Signature                        Date

Cyrus D. Marter IV, Vice President and Secretary     Forest Alaska Holding LLC_____
Assignee's Name (Print or Type) & Title      Company Name

THE UNITED STATES OF AMERICA     )           Qualification File # ____2308____
                                 )SS.
STATE OF__COLORADO__             )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

APPROVAL

Notary Public
My Commission expires __5-11-08__

EXHIBIT __C__
PAGE __40__ OF __92__

2 of 4
2006-083960-0

FOC 000646

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

NOV 0 1 2006

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18729
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:   FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 10

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 2:   As to a 46.80000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:       W2, SE4, 442.00 acres;
Section 8:       S2, 320.00 acres;
Section 18:     All, 603.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 Well or its stratigraphic equivalent.

Segment A:   As to a 46.80000% working interest in 3,085.00 acres, more or less, and described as follows:

Section 5:       All;
Section 6:       All;
Section 7:      ·All;
Section 8:       All;
Section 18:     All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:   As to a 50.00000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:       W2, SE4 442.00 acres;
Section 8:       S2 320.00 acres;
Section 18:     All, 603.00 acres;

EXHIBIT
PAGE 41 OF 72   C

3 of 4
2006-083960-0

FOC 000647

containing 1,365 acres more or less. Pertains the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay unit K-2 well or its stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 111 / Page 229

4 of 4
2006-083960-0

**EXHIBIT** _C_
**PAGE** _42_ **OF** _92_

FOC 000648

2006-083983-0

A
L
A
S
K
A

Recording Dist: 301 - Anchorage
12/13/2006  3:30 PM  Pages: 1 of 5

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18730_____
EFFECTIVE DATE
    OF LEASE __10-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___9 N__, R__13 W__, ___Seward____ Meridian
(See attached Exhibit "A" for complete description)
containing approximately 2,880 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name ____Forest Alaska Operating LLC_____
Attn: ___Land Administration_____ Address ___707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip ___Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** 43 **OF** 92

FOC 000640

_(signature)_

_____
Assignor's Signature

October 31, 2006
Date

_Cyrus D. Marter IV, Vice President and Secretary_
Assignor's Name (Print or Type) & Title

_Forest Alaska Holding LLC_
Company Name

THE UNITED STATES OF AMERICA        )
                                                                    )SS.
STATE OF____COLORADO_____     )

Qualification File #  ____2308____

This certifies that on the ___31st___ day of ___October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

_(notary seal: STATE OF COLORADO)_

_(signature)_
_____
Notary Public
My Commission expires __5/29/07__

_(signature)_

_____
Assignee's Signature

__10/31/06__
Date

_Leonard C. Gurule, President_
Assignee's Name (Print or Type) & Title

_Forest Alaska Operating LLC_
Company Name

THE UNITED STATES OF AMERICA        )
                                                                    )SS.
STATE OF___ALASKA_____     )

Qualification File #  ____2307____

This certifies that on the ___31st___ day of ___October_____, 2006, before me, a notary public in and for the State of _____Alaska_____, duly commissioned and sworn, personally appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

_(notary stamp: Notary Public REBEKAH J. HAYNES State of Alaska My Commission Expires Mar. 9, 2010)_

_(signature)_
_____
Notary Public
My Commission expires __3/9/2010__

_(barcode)_
2 of 5
2006-083983-0

**EXHIBIT** _C_
**PAGE** 44 **OF** 72

FOC 000641

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

EXHIBIT ___*c*___
PAGE _45_ OF _22_



3 of 5
2006-083983-0

FOC 000642

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18730
ASSIGNOR:   FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 11

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment A:   As to a 46.80000% working interest in 2,880.00 acres, more or less, and described as follows:

Section 26:    W1/2;
Section 27:    All;
Section 28:    All;
Section 33:    All;
Section 34:    All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:   As to a 50.00000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:    W2, 320.00 acres;
Section 27:    E2, 320.00 acres;
Section 34:    E2, SW4, 480.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 2:   As to a 46.80000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:    W2, 320.00 acres;
Section 27:    E2, 320.00 acres;
Section 34:    E2, SW4, 480.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 3:   As to a 50.00000% working interest in 960.00 acres, more or less, and described as follows:

EXHIBIT   C
PAGE 46 OF 92

FOC 000643


4 of 5
2006-083983-0

Section 26:    E2, 320.00 acres;
Section 35:    All, 640.00 Acres

Pertains to all depths.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _III_ / Page _220_



2006-08396L-0

A
L
A
S
K
A

Recording Dist: 301 - Anchorage
12/13/2006 3:17 PM Pages: 1 of 4

DO&G 25-84                                        LEASE ADL __18730_____
(LEASE ASSIGNMENT)                    EFFECTIVE DATE
Revised 12/01                                        OF LEASE __10-01-1962_____
DNR #10-113                                     Is this lease producing? __X__ yes _____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____·_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)
**T** __9 N__, **R** __13 W__, ___Seward____ Meridian
(See attached **Exhibit "A"** for complete description.)
containing approximately 2,880 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT ____C____
PAGE __48__ OF __92__

FOC 000636

_____          10/31/06
Assignor's Signature             Date

 Glen J. Mizenko, Vice President      Forest Oil Corporation
Assignor's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )      Qualification File # ____1641____
                                )SS.
STATE OF__COLORADO__            )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation__, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires 5-11-08

_____          10/31/06
Assignee's Signature             Date

 Cyrus D. Marter IV, Vice President and Secretary      Forest Alaska Holding LLC
Assignee's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )      Qualification File # ____2308____
                                )SS.
STATE OF__COLORADO__            )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC__, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires 5-11-08

APPROVAL

EXHIBIT __C__
PAGE __49__ OF __92__

2 of 4
2006-083961-0

FOC 000637

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18730
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 11

T. 9 N., R. 13 W., Seward Meridian. Alaska

Segment A:  As to a 46.80000% working interest in 2,880.00 acres, more or less, and described as follows:

Section 26:     W1/2;
Section 27:     All;
Section 28:     All;
Section 33:     All;
Section 34:     All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:  As to a 50.00000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:     W2, 320.00 acres;
Section 27:     E2, 320.00 acres;
Section 34:     E2, SW4, 480.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 2:  As to a 46.80000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:     W2, 320.00 acres;

3 of 4
2006-083961-0

EXHIBIT
PAGE 50 OF 92

FOC 000638

Section 27:    E2, 320.00 acres;
Section 34:    E2, SW4, 480.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment 3</u>:    As to a 50.00000% working interest in 960.00 acres, more or less, and described as follows:

Section 26:    E2, 320.00 acres;
Section 35:    All, 640.00 Acres

Pertains to all depths.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 111 / Page 220

4 of 4
2006-083961-0

EXHIBIT _C_
PAGE _51_ OF _92_

FOC 000639



2006-083984-0

Recording Dist: 301 - Anchorage
12/13/2006 3:30 PM Pages: 1 of 5

A
L
A
S
K
A

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18731_____
EFFECTIVE DATE
OF LEASE __10-01-1962_____
Is this lease producing? __X__ yes ____no

*Cc*

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____50.00000 & 46.80000____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____.

1. ___50.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__, R__13 W__, __Seward____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 3,840 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT   *C*
PAGE *52* OF *92*

FOC 000631

_____          October 31, 2006_____
Assignor's Signature                      Date

__Cyrus D. Marter IV, Vice President and Secretary__          __Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA     )        Qualification File # ____2308____
                                 )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

                                          _____
                                          Notary Public
                                          My Commission expires 2/27/07

_____          __10/31/06_____
Assignee's Signature                      Date

__Leonard C. Gurule, President___         __Forest Alaska Operating LLC____
Assignee's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA     )        Qualification File # ____2307____
                                 )SS.
STATE OF__ALASKA_____    )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared __Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

                                          _____
                                          Notary Public
                                          My Commission expires 3/9/2010

EXHIBIT   C
PAGE 53 OF 72

FOC 000632

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

3 of 5
2006-083984-0

EXHIBIT ___C___
PAGE _54_ OF _72_                    FOC 000633

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18731
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 12

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1:    As to a 46.8000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:       All 640.00 acres;
Section 4:       All 640.00 acres;
Section 5:       All 640.00 acres;
Section 8:       All 640.00 acres;
Section 9:       All 640.00 acres;
Section 10:      All 640.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment A:    As to a 50.00000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:       All 640.00 acres;
Section 4:       All 640.00 acres;
Section 5:       All 640.00 acres;
Section 8:       All 640.00 acres;
Section 9:       All 640.00 acres;
Section 10:      All 640.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:    As to a 46.80000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:       All 640.00 acres;
Section 4:       All 640.00 acres;
Section 5:       All 640.00 acres;
Section 8:       All 640.00 acres;
Section 9:       All 640.00 acres;
Section 10:      All 640.00 acres;



Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _109_ / Page _10_

5 of 5
2006-083984-0

EXHIBIT _C_
PAGE _56_ OF _92_

FOC 000635



Recording Dist: 301 - Anchorage
12/13/2006  3:17 PM  Pages: 1 of 4

A
L
A
S
K
A

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18731_____
EFFECTIVE DATE
OF LEASE __10-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____50.00000 & 46.80000____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___50.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. __zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___9 N___, R___13 W___, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 3,840 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

**EXHIBIT** __C__
**PAGE**__57__ **OF** __92__

FOC 000627

_(signature)_                              10/31/06
_____           _____
Assignor's Signature                      Date

  Glen J. Mizenko, Vice President         Forest Oil Corporation
_____           _____
Assignor's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )         Qualification File #    1641
                                )SS.
STATE OF  COLORADO              )

This certifies that on the    31st    day of   October           , 2006, before me, a notary public in and for
the State of                  Colorado                   , duly commissioned and sworn, personally
appeared   Glen J. Mizenko, Vice President of Forest Oil Corporation    , to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

       Deborah S. Pottenger              _(signature)_ Deborah S Pottenger
        Notary Public                    _____
       State of Colorado                 Notary Public
    My Commission Expires:               My Commission expires 5-11-08
       May 11, 2008

                                         10/31/06
_____           _____
Assignee's Signature                      Date

  Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC
_____           _____
Assignee's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )         Qualification File #    2308
                                )SS.
STATE OF  COLORADO              )

This certifies that on the   31st    day of   October           , 2006, before me, a notary public in and for
the State of                  Colorado                   , duly commissioned and sworn, personally
appeared    Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC    , to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

    Deborah S. Pottenger                 _(signature)_ Deborah S Pottenger
      Notary Public                      _____
    State of Colorado                    Notary Public
  My Commission Expires:                 My Commission expires 5-11-08
     May 11, 2008
                                         APPROVAL

                                         |||||||||||||||||||||||||
                                              2 of 4
                                         2006-083962-0

EXHIBIT    C
PAGE  58  OF  92                          FOC 000628

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____          _____NOV 0 1 2006_____
William D. Van Dyke, Acting Director          Effective Date of Assignment
Division of Oil and Gas, DNR, State of Alaska

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18731**
**ASSIGNOR:  FOREST OIL CORPORATION**
**ASSIGNEE:  FOREST ALASKA HOLDING LLC**

**EXHIBIT "A"**

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 12

<u>T. 9 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:   As to a 46.8000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:      All 640.00 acres;
Section 4:      All 640.00 acres;
Section 5:      All 640.00 acres;
Section 8:      All 640.00 acres;
Section 9:      All 640.00 acres;
Section 10:     All 640.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment A</u>:   As to a 50.00000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:      All 640.00 acres;
Section 4:      All 640.00 acres;
Section 5:      All 640.00 acres;
Section 8:      All 640.00 acres;
Section 9:      All 640.00 acres;
Section 10:     All 640.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment B</u>:   As to a 46.80000% working interest in 3,840.00 acres, more or less, and described as follows:

EXHIBIT       *C*
PAGE 54 OF 92



FOC 000629

| | |
|---|---|
| Section 3: | All 640.00 acres; |
| Section 4: | All 640.00 acres; |
| Section 5: | All 640.00 acres; |
| Section 8: | All 640.00 acres; |
| Section 9: | All 640.00 acres; |
| Section 10: | All 640.00 acres; |

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 109 / Page 10

4 of 4
**2006-083962-0**

EXHIBIT _____
PAGE _60_ OF _92_

FOC 000630



2006-083985-0

Recording Dist: 301 - Anchorage
12/13/2006 3:31 PM Pages: 1 of 4

A
L
A
S
K
A

DO&G 25-84                                          LEASE ADL __18758_____
(LEASE ASSIGNMENT)                                 EFFECTIVE DATE
Revised 12/01                                      OF LEASE __09-01-1962_____
DNR #10-113                                        Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____70.00000 & 46.80000____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ____Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__, R __14 W__, __Seward__ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 880 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** *C*
**PAGE** *101* **OF** *92*

FOC 000623

_____    October 31, 2006_____
Assignor's Signature                Date

  Cyrus D. Marter IV, Vice President and Secretary_____    Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title                Company Name

THE UNITED STATES OF AMERICA    )            Qualification File # ____2308_____
                                )SS.
STATE OF___COLORADO_____     )

This certifies that on the ___31st_____ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                                    _____
                                    Notary Public
                                    My Commission expires __2/29/09___

_____    __10/31/06_____
Assignee's Signature                Date

  Leonard C. Gurule, President            Forest Alaska Operating LLC_____
Assignee's Name (Print or Type) & Title        Company Name

THE UNITED STATES OF AMERICA    )            Qualification File # ____2307_____
                                )SS.
STATE OF__ALASKA_____    )

This certifies that on the ___31st_____ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

                                    _____
                                    Notary Public
                                    My Commission expires _3/9/2010___

EXHIBIT ___C___
PAGE _62_ OF _92_

2 of 4
2006-083985-0

FOC 000624