**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
Effective Date of Assignment

3 of 4
2006-083985-0

EXHIBIT C
PAGE 63 OF 92

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18758
ASSIGNOR: FOREST ALASKA HOLDING LLC
ASSIGNEE: FOREST ALASKA OPERATING LLC

# EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 13

T. 9 N., R. 14 W., Seward Meridian, Alaska

Segment 1: As to a 70.00000% working interest in 400.00 acres, more or less, and described as follows:

Section 35: SE4SE4, 40.00 acres;
Section 36: S2, SE4NW4, 360.00 acres;

Pertains to all depths.

Segment 3: As to a 46.80000% working interest in ~~640.00~~ 480.00 g.a. acres, more or less, and described as follows:

Section 25: E2, 320.00 acres;
Section 36: NE4, 160.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

Segment B: As to a 46.80000% working interest in ~~640.00~~ 480.00 g.a. acres, more or less, and described as follows:

Section 25: E2, 320.00 acres;
Section 36: NE4, 160.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 3441 / Page 384

4 of 4
2006-083985-0

EXHIBIT C
PAGE 64 OF 92



2006-083963-0

A
L
A
S
K
A

Recording Dist: 301 - Anchorage
12/13/2006 3:17 PM Pages: 1 of 4

cc

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL 18758
EFFECTIVE DATE
OF LEASE 09-01-1962
Is this lease producing? X yes ____ no

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor Forest Oil Corporation,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado 80202,

as owner of 70.00000 & 46.80000 percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to Forest Alaska Holding LLC, the assignee,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202,

1. 70.00000 & 46.80000 percent working interest (See attached **Exhibit "A"**);
2. zero percent overriding royalty interest.
3. The assignor is retaining zero percent of the lease's working interest.
4. The assignor is retaining zero percent of overriding royalty interest.
5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

**T** 9 N, **R** 14 W, Seward Meridian

**(See attached Exhibit "A" for complete description.)**
containing 880 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name Forest Alaska Holding LLC
Attn: Land Administration Address 707 Seventeenth Street, Suite 3600
City, State, Zip Denver, Colorado 80202

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

Assignor's Signature

10/31/06
Date

Glen J. Mizenko, Vice President
Assignor's Name (Print or Type) & Title

Forest Oil Corporation
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 1641

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Glen J. Mizenko, Vice President of Forest Oil Corporation, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires 5-11-08

Assignee's Signature

10/31/06
Date

Cyrus D. Marter IV, Vice President and Secretary
Assignee's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 2308

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires 5-11-08

APPROVAL

2 of 4
2006-083963-0

EXHIBIT C
PAGE 66 OF 92

FOC 000620

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 [illegible] 2006
Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18758
ASSIGNOR: FOREST OIL CORPORATION
ASSIGNEE: FOREST ALASKA HOLDING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 13

T. 9 N., R. 14 W., Seward Meridian, Alaska

Segment 1: As to a 70.00000% working interest in 400.00 acres, more or less, and described as follows:

Section 35: SE4SE4, 40.00 acres;
Section 36: S2, SE4NW4, 360.00 acres;

Pertains to all depths.

Segment 3: As to a 46.80000% working interest in ~~640~~.00 480.00 g.a. acres, more or less, and described as follows:

Section 25: E2, 320.00 acres;
Section 36: NE4, 160.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

Segment B: As to a 46.80000% working interest in ~~640.00~~ 480.00 g.a. acres, more or less, and described as follows:

Section 25: E2, 320.00 acres;
Section 36: NE4, 160.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

3 of 4
2006-083963-0

EXHIBIT C
PAGE 67 OF 92

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 3441 / Page 384

4 of 4
2006-083963-0

EXHIBIT 6
PAGE 68 OF 92



ALASKA

2006-083986-0

Recording Dist: 301 - Anchorage
12/13/2006 3:31 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL 18772
EFFECTIVE DATE
OF LEASE 9-01-1962
Is this lease producing? X yes ___ no

CC

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor Forest Alaska Holding LLC,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado 80202,

as owner of 46.80000 percent of the lease's working interest,

does hereby assign to Forest Alaska Operating LLC, the assignee,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202,

1. 46.80000 percent working interest;
2. zero percent overriding royalty interest.
3. The assignor is retaining zero percent of the lease's working interest.
4. The assignor is retaining zero percent of overriding royalty interest.
5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

**T** 9 N, **R** 13 W, Seward Meridian

**(See attached Exhibit "A" for complete description.)**
Containing 1,600 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name Forest Alaska Operating LLC
Attn: Land Administration Address 707 Seventeenth Street, Suite 3600
City, State, Zip Denver, Colorado 80202

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** C
**PAGE** 69 **OF** 92

Assignor's Signature — October 31, 2006 Date

Cyrus D. Marter IV, Vice President and Secretary
Assignor's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 2308

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

STATE OF COLORADO

Notary Public
My Commission expires 2/29/09

Assignee's Signature — 10/31/06 Date

Leonard C. Gurule, President
Assignee's Name (Print or Type) & Title

Forest Alaska Operating LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF ALASKA )

Qualification File # 2307

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Alaska, duly commissioned and sworn, personally appeared Leonard C. Gurule, President of Forest Alaska Operating LLC, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

Notary Public
My Commission expires 3/9/2010

APPROVAL

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
Effective Date of Assignment

3 of 4
2006-083986-0

EXHIBIT C
PAGE 71 OF 92

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18772
ASSIGNOR: FOREST ALASKA HOLDING LLC
ASSIGNEE: FOREST ALASKA OPERATING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 14

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 2: As to 1,600.00 acres, more or less, and described as follows:

Section 15: All;
Section 22: All;
Section 23: W1/2;

Pertaining to land from the surface to the top of the Grayling Gas Sands.

Segment B: As to 1,600.00 acres, more or less, and described as follows:

Section 15: All;
Section 22: All;
Section 23: W1/2;

Pertaining to land below the Grayling Gas Sands.

Record in Anchorage RD
Lease Recorded at
MISC Book 54 / Page 63

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

4 of 4
2006-083986-0

EXHIBIT C
PAGE 72 OF 92

2006-083964-0

A
L
A
S
K
A

Recording Dist: 301 - Anchorage
12/13/2006 3:18 PM Pages: 1 of 3

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL 18772
EFFECTIVE DATE
OF LEASE 9-01-1962
Is this lease producing? X yes ____ no

cc

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor Forest Oil Corporation,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado 80202,

as owner of 46.80000 percent of the lease's working interest,

does hereby assign to Forest Alaska Holding LLC, the assignee,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202,

1. 46.80000 percent working interest;

2. zero percent overriding royalty interest.

3. The assignor is retaining zero percent of the lease's working interest.

4. The assignor is retaining zero percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

**T** 9 N, **R** 13 W, Seward Meridian

**(See attached Exhibit "A" for complete description.)**
Containing 1,600 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name Forest Alaska Holding LLC
Attn: Land Administration Address 707 Seventeenth Street, Suite 3600
City, State, Zip Denver, Colorado 80202

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

Assignor's Signature

10/31/06
Date

Glen J. Mizenko, Vice President
Assignor's Name (Print or Type) & Title

Forest Oil Corporation
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 1641

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Glen J. Mizenko, Vice President of Forest Oil Corporation, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires 5-11-08

DEBORAH S. POTTENGER NOTARY PUBLIC STATE OF COLORADO

Assignee's Signature

10/31/06
Date

Cyrus D. Marter IV, Vice President and Secretary
Assignee's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 2308

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires 5-11-08

DEBORAH S. POTTENGER NOTARY PUBLIC STATE OF COLORADO

APPROVAL

2 of 3
2006-083964-0

EXHIBIT C
PAGE 74 OF 92

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18772
ASSIGNOR: FOREST OIL CORPORATION
ASSIGNEE: FOREST ALASKA HOLDING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 14

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 2: As to 1,600.00 acres, more or less, and described as follows:

Section 15: All;
Section 22: All;
Section 23: W1/2;

Pertaining to land from the surface to the top of the Grayling Gas Sands.

Segment B: As to 1,600.00 acres, more or less, and described as follows:

Section 15: All;
Section 22: All;
Section 23: W1/2;

Pertaining to land below the Grayling Gas Sands.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Misc Book 54 / Page 63

3 of 3
2006-083964-0

EXHIBIT C
PAGE 75 OF 92

A
L
A
S
K
A

2006-083978-0
Recording Dist: 301 - Anchorage
12/13/2006 3:27 PM Pages: 1 of 5

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL 17594
EFFECTIVE DATE
OF LEASE 03-01-1962
Is this lease producing? X yes ____ no

cc

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor Forest Alaska Holding LLC,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado 80202,

as owner of 46.80000 & 50.00000 percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to Forest Alaska Operating LLC, the assignee,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202,

1. 46.80000 & 50.00000 percent working interest (See attached **Exhibit "A"**);
2. zero percent overriding royalty interest.
3. The assignor is retaining zero percent of the lease's working interest.
4. The assignor is retaining zero percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

**T** 9 N, **R** 13 W, Seward Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,396 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name Forest Alaska Operating LLC
Attn: Land Administration Address 707 Seventeenth Street, Suite 3600
City, State, Zip Denver, Colorado 80202

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** C
**PAGE** 76 **OF** 92

Assignor's Signature — October 31, 2006
Date

Cyrus D. Marter IV, Vice President and Secretary
Assignor's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 2308

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

STATE OF COLORADO

Notary Public
My Commission expires 2/29/07

Assignee's Signature — 10/31/06
Date

Leonard C. Gurule, President
Assignee's Name (Print or Type) & Title

Forest Alaska Operating LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF ALASKA )

Qualification File # 2307

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Alaska, duly commissioned and sworn, personally appeared Leonard C. Gurule, President of Forest Alaska Operating LLC, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

Notary Public
My Commission expires 3/9/2010

2 of 5
2006-083978-0

EXHIBIT C
PAGE 77 OF 92

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
Effective Date of Assignment

3 of 5
2006-083978-0

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17594
ASSIGNOR: FOREST ALASKA HOLDING LLC
ASSIGNEE: FOREST ALASKA OPERATING LLC

# EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 3

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1: As to a 46.80000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16: W2, NE4, 480.00 acres;
Section 17: S2, NE4, 480.00 acres;
Section 20: W2, NE4 480.00 acres;
Section 30: All, 637.00 acres;
Section 31: W2, 319.00 acres;

Pertains to land within the Trading Bay Unit Tract 3 and from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 3: As to a 50.00000% working interest in 160.00 acres, more or less, and described as follows.

Section 17: NW4, 160.00 acres;

Pertains to all depths.

Segment A: As to a 46.80000% working interest in 4,956.00 acres, more or less, and described as follows:

Section 16: All;
Section 17: S1/2, NE1/4;
Section 20: All;
Section 21: All;
Section 29: All;
Section 30: All;
Section 31: All;
Section 32: All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

4 of 5
2006-083978-0

EXHIBIT C
PAGE 79 OF 92

Segment B: As to a 50.00000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16: W2, NE4, 480.00 acres;
Section 17: S2, NE4, 480.00 acres;
Section 20: W2, NE4 480.00 acres;
Section 30: All 637.00 acres;
Section 31: W2 319.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2, or its stratigraphic equivalent. Contains 2,396 acres, more or less.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 111 / Page 237

5 of 5
2006-083978-0

**EXHIBIT** C
**PAGE** 80 **OF** 92



A L A S K A

2006-083956-0
Recording Dist: 301 - Anchorage
12/13/2006 3:13 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL 17594
EFFECTIVE DATE
OF LEASE 03-01-1962
Is this lease producing? X yes ____ no

cc

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor Forest Oil Corporation,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado 80202,

as owner of 46.80000 & 50.00000 percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to Forest Alaska Holding LLC, the assignee,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202,

1. 46.80000 & 50.00000 percent working interest (See attached **Exhibit "A"**);
2. zero percent overriding royalty interest.
3. The assignor is retaining zero percent of the lease's working interest.
4. The assignor is retaining zero percent of overriding royalty interest.
5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

**T** 9 N, **R** 13 W, Seward Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,396 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name Forest Alaska Holding LLC
Attn: Land Administration Address 707 Seventeenth Street, Suite 3600
City, State, Zip Denver, Colorado 80202

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** C
**PAGE** 81 **OF** 92

10/31/06

Assignor's Signature

Date

Glen J. Mizenko, Vice President
Assignor's Name (Print or Type) & Title

Forest Oil Corporation
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 1641

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Glen J. Mizenko, Vice President of Forest Oil Corporation, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Deborah S Pottenger
Notary Public
My Commission expires 5-11-08

DEBORAH S. POTTENGER NOTARY PUBLIC STATE OF COLORADO

10/31/06

Assignee's Signature

Date

Cyrus D. Marter IV, Vice President and Secretary
Assignee's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 2308

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Deborah S Pottenger
Notary Public
My Commission expires 5-11-06

DEBORAH S. POTTENGER NOTARY PUBLIC STATE OF COLORADO

APPROVAL

2 of 4
2006-083956-0

EXHIBIT C
PAGE 82 OF 92

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
Effective Date of Assignment

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17594**
**ASSIGNOR: FOREST OIL CORPORATION**
**ASSIGNEE: FOREST ALASKA HOLDING LLC**

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 3

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1: As to a 46.80000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16: W2, NE4, 480.00 acres;
Section 17: S2, NE4, 480.00 acres;
Section 20: W2, NE4 480.00 acres;
Section 30: All, 637.00 acres;
Section 31: W2, 319.00 acres;

Pertains to land within the Trading Bay Unit Tract 3 and from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 3: As to a 50.00000% working interest in 160.00 acres, more or less, and described as follows:

Section 17: NW4, 160.00 acres;

Pertains to all depths.

Segment A: As to a 46.80000% working interest in 4,956.00 acres, more or less, and described as follows:

Section 16: All;
Section 17: S1/2, NE1/4;
Section 20: All;
Section 21: All;

3 of 4
2006-083956-0

Section 29: All;
Section 30: All;
Section 31: All;
Section 32: All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B: As to a 50.00000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16: W2, NE4, 480.00 acres;
Section 17: S2, NE4, 480.00 acres;
Section 20: W2, NE4 480.00 acres;
Section 30: All 637.00 acres;
Section 31: W2 319.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2, or its stratigraphic equivalent. Contains 2,396 acres, more or less.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 111 / Page 237

4 of 4
2006-083956-0

**EXHIBIT** C
**PAGE** 84 **OF** 92



ALASKA
Recording Dist: 301 - Anchorage
12/13/2006 3:27 PM Pages: 1 of 4

CC

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL 17579
EFFECTIVE DATE
OF LEASE 02-01-1962
Is this lease producing? X yes ____ no

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor Forest Alaska Holding LLC,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado 80202,

as owner of 46.80000 percent of the lease's working interest

does hereby assign to Forest Alaska Operating LLC, the assignee,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202,

1. 46.80000 percent working interest;
2. zero percent overriding royalty interest.
3. The assignor is retaining zero percent of the lease's working interest.
4. The assignor is retaining zero percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

**T** 8 N, **R** 13 W, Seward Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,240 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name Forest Alaska Operating LLC
Attn: Land Administration Address 707 Seventeenth Street, Suite 3600
City, State, Zip Denver, Colorado 80202

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** C
**PAGE** 85 **OF** 92

Assignor's Signature

October 31, 2006
Date

Cyrus D. Marter IV, Vice President and Secretary
Assignor's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 2308

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC, to me known and ~~known~~ to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

[Seal: STATE OF COLORADO]

Notary Public
My Commission expires 2/29/09

Assignee's Signature

10/31/06
Date

Leonard C. Gurule, President
Assignee's Name (Print or Type) & Title

Forest Alaska Operating LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF ALASKA )

Qualification File # 2307

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Alaska, duly commissioned and sworn, personally appeared Leonard C. Gurule, President of Forest Alaska Operating LLC, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

Notary Public
My Commission expires 3/9/2010

2 of 4
2006-083977-0

EXHIBIT C
PAGE 86 OF 92

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
Effective Date of Assignment

3 of 4
2006-083977-0

EXHIBIT C
PAGE 87 OF 92

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17579
ASSIGNOR: FOREST ALASKA HOLDING LLC
ASSIGNEE: FOREST ALASKA OPERATING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 2

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 1: As to 2,240.00 acres, more or less, and described as follows:

Section 4: All;
Section 9: W1/2;
Section 16: NW1/4;
Section 17: All;
Section 20: N1/2, SW1/4;

Pertains to land from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B: As to 2,240.00 acres, more or less, and described as follows:

Section 4: All;
Section 9: W1/2;
Section 16: NW1/4;
Section 17: All;
Section 20: N1/2, SW1/4;

Pertains to land below the Grayling Gas Sands or 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Record in Anchorage RD
Lease Recorded at
Book 42 / Page 323

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

4 of 4
2006-083977-0

EXHIBIT C
PAGE 88 OF 92



ALASKA
Recording Dist: 301 - Anchorage
12/13/2006 3:12 PM Pages: 1 of 4

CC

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL 17579
EFFECTIVE DATE
OF LEASE 02-01-1962
Is this lease producing? X yes ___ no

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor Forest Oil Corporation,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado 80202,

as owner of 46.80000 percent of the lease's working interest

does hereby assign to Forest Alaska Holding LLC, the assignee,

whose address is 707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202,

1. 46.80000 percent working interest;
2. zero percent overriding royalty interest.
3. The assignor is retaining zero percent of the lease's working interest.
4. The assignor is retaining zero percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

**T** 8 N, **R** 13 W, Seward Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,240 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name Forest Alaska Holding LLC
Attn: Land Administration Address 707 Seventeenth Street, Suite 3600
City, State, Zip Denver, Colorado 80202

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** C
**PAGE** 89 **OF** 92

Assignor's Signature

10/31/06
Date

Glen J. Mizenko, Vice President
Assignor's Name (Print or Type) & Title

Forest Oil Corporation
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 1641

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Glen J. Mizenko, Vice President of Forest Oil Corporation, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Deborah S. Pottenger
Notary Public
My Commission expires 5-11-08

DEBORAH S. POTTENGER NOTARY PUBLIC STATE OF COLORADO

Assignee's Signature

10/31/06
Date

Cyrus D. Marter IV, Vice President and Secretary
Assignee's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA )
)SS.
STATE OF COLORADO )

Qualification File # 2308

This certifies that on the 31st day of October, 2006, before me, a notary public in and for the State of Colorado, duly commissioned and sworn, personally appeared Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Deborah S. Pottenger
Notary Public
My Commission expires 5-11-08

DEBORAH S. POTTENGER NOTARY PUBLIC STATE OF COLORADO

APPROVAL

2 of 4
2006-083955-0

EXHIBIT C
PAGE 90 OF 92

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
Effective Date of Assignment

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17579**
**ASSIGNOR: FOREST OIL CORPORATION**
**ASSIGNEE: FOREST ALASKA HOLDING LLC**

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 2

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 1: As to 2,240.00 acres, more or less, and described as follows:

Section 4: All;
Section 9: W1/2;
Section 16: NW1/4;
Section 17: All;
Section 20: N1/2, SW1/4;

Pertains to land from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B: As to 2,240.00 acres, more or less, and described as follows:

Section 4: All;
Section 9: W1/2;
Section 16: NW1/4;
Section 17: All;
Section 20: N1/2, SW1/4;

Pertains to land below the Grayling Gas Sands or 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 42 / Page 323

4 of 4
2006-083955-0

EXHIBIT C
PAGE 92 OF 92