Exhibit A-1 Oil & Gas Leases

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

BLM Leases, MMS Leases, and State of Alaska Leases

| LESSOR | LEASE CASE SERIAL # | LESSEE | LEASE DATE | RECORDING INFORMATION BOOK | PAGE | SERIAL # | DISTRICT | DESCRIPTION |
|--------|---------------------|--------|-----------|----------------------------|------|----------|----------|-------------|
| STATE OF ALASKA ADL 18731 | | UNION OIL COMPANY & THE OHIO OIL COMPANY | 10/1/1962 | 109 | 10 | 10 | ANCHORAGE | Trading Bay Unit, Tract 12

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1: As to a 46.8000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3: All 640.00 acres;
Section 4: All 640.00 acres;
Section 5: All 640.00 acres;
Section 8: All 640.00 acres;
Section 9: All 640.00 acres;
Section 10: All 640.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment A: As to a 50.00000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3: All 640.00 acres;
Section 4: All 640.00 acres;
Section 5: All 640.00 acres;
Section 8: All 640.00 acres;
Section 9: All 640.00 acres;
Section 10: All 640.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B: As to a 46.8000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3: All 640.00 acres;
Section 4: All 640.00 acres;
Section 5: All 640.00 acres;
Section 8: All 640.00 acres;
Section 9: All 640.00 acres;
Section 10: All 640.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent. |

Exhibit A-1 Oil & Gas Leases

FOC 000454

EXHIBIT _D_
PAGE _22_ OF _42_

Exhibit A-1 Oil & Gas Leases
Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

BLM Leases, MMS Leases, and State of Alaska Leases

| LESSOR | LESSEE | LEASE SERIAL # | RECORDING INFORMATION | | DISTRICT | DESCRIPTION |
|--------|--------|----------------|------|------|----------|-------------|
| | | | BOOK | PAGE | | |
| | | | LEASE DATE | | | |

| LESSOR | LESSEE | LEASE DATE | BOOK | PAGE | SERIAL # | DISTRICT | DESCRIPTION |
|--------|--------|-----------|------|------|----------|----------|-------------|
| STATE OF ALASKA ADL 18758 | SHELL OIL COMPANY | 9/1/1982 | 3441 | 384 | | ANCHORAGE | Segment B: As to a 46.800000% working interest in 3,840.00 acres, more or less, and described as follows:<br><br>Section 3: All 640.00 acres;<br>Section 4: All 640.00 acres;<br>Section 5: All 640.00 acres;<br>Section 8: All 640.00 acres;<br>Section 9: All 640.00 acres;<br>Section 10: All 640.00 acres;<br><br>Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.<br><br>Trading Bay Field, Tract 13<br><br>T. 9 N., R. 14 W., Seward Meridian, Alaska<br><br>Segment 1: As to a 70.000000% working interest in 400.00 acres, more or less, and described as follows:<br><br>Section 35: SE4SE4, 40.00 acres;<br>Section 36: S2, SE4NW4, 360.00 acres;<br><br>Pertains to all depths.<br><br>Segment 3: As to a 46.800000% working interest in 640.00 acres, more or less, and described as follows:<br><br>Section 25: E2, 320.00 acres;<br>Section 36: NE4, 160.00 acres;<br><br>Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.<br><br>Segment B: As to a 46.800000% working interest in 640.00 acres, more or less, and described as follows:<br><br>Section 25: E2, 320.00 acres;<br>Section 36: NE4, 160.00 acres;<br><br>Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent. |

Page 15 of 16

Exhibit A-1 Oil & Gas Leases

FOC 000455

EXHIBIT    D
PAGE 23 OF 42

Exhibit A-1 Oil & Gas Leases

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

BLM Leases, MMS Leases, and State of Alaska Leases

| LESSOR | LESSEE | LEASE DATE | RECORDING INFORMATION BOOK | PAGE | SERIAL # | DISTRICT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| STATE OF ALASKA ADL 359111 | RICHARD E WAGNER | 12/1/1983 | 1952 | 446 | | ANCHORAGE | West McArthur River Unit, Tract 1 |
| | | | | | | | T. 8 N., R. 14W., Seward Meridian, Alaska |
| | | | | | | | Section 3: Protracted, All; 640.00 acres; |
| | | | | | | | Section 4: Protracted, All; 640.00 acres; |
| | | | | | | | Section 5: Unsurveyed, All tide & submerged lands; 465.00 acres; |
| | | | | | | | Section 8: Unsurveyed, All tide & submerged lands; 130.00 acres; |
| | | | | | | | Section 9: Unsurveyed, All tide & submerged lands; 630.00 acres; |
| | | | | | | | Section 10: Protracted, All; 640.00 acres; |
| | | | | | | | Section 15: Protracted, All; 640.00 acres; |
| | | | | | | | Section 16: Unsurveyed, All tide & submerged lands; 390.00 acres; |
| | | | | | | | containing 4,175.00 acres, more or less. |
| STATE OF ALASKA ADL 359112 | RICHARD E WAGNER | 12/1/1983 | 1952 | 464 | | ANCHORAGE | West McArthur River Unit, Tract 2 |
| | | | | | | | T. 8 N., R. 14W., Seward Meridian, Alaska |
| | | | | | | | Section 21: Unsurveyed, All tide and submerged lands, 125.00 acres; |
| | | | | | | | Section 22: Unsurveyed, All tide and submerged lands, 635.00 acres; |
| | | | | | | | Section 23: Protracted, All; 640.00 acres; |
| | | | | | | | Section 27: Unsurveyed, All tide and submerged lands, 495.00 acres; |
| | | | | | | | Section 34: Unsurveyed, All tide and submerged lands, 260.00 acres; |
| | | | | | | | containing 2,155.00 acres, more or less. |

Exhibit A-1 Oil & Gas Leases

FOC 000456

EXHIBIT D

PAGE 24 OF 42

Exhibit A-2 State ROW's
Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

Right-of-ways & Water Rights

| LESSOR | LESSEE | LEASE DATE | BOOK | PAGE | SERIAL # | DISTRICT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| STATE RIGHT OF WAYS, SURFACE LEASES, WATER RIGHTS | | | | | | | |
| STATE OF ALASKA WATER RIGHTS | | | | | | | |
| STATE OF ALASKA WATER FEES LAS 21452 | FOREST OIL CORPORATION | 3/1/2003 | | | | ANCHORAGE | |
| STATE OF ALASKA WATER FEES TWP A2001-42 | FOREST OIL CORPORATION | 3/1/2003 | | | | ANCHORAGE | |
| STATE OF ALASKA ADL 35400 ROW | MARATHON OIL COMPANY | 4/12/1968 | 3502 | 993-999 | | ANCHORAGE | Right-of-way extending a width of 50 feet on either side of the centerline and 28,578.59 feet in length located in Sections 1, 2, 3, 4 and 5, Township 8 North, Range 14 West and Section 6, Township 8 North, Range 13 West, Seward Meridian containing approximately 65.52 acres. |
| STATE OF ALASKA ADL 227854 ROW | FOREST OIL COMPANY | 5/1/2003 | | | | KENAI | A Right-of-way located within Sections 10, 11 & 14, Township 7 North, Range 14 West, Seward Meridian, containing approximately 21.33 acres. |
| STATE OF ALASKA ADL 228217 ROW | FOREST OIL CORPORATION | 3/1/2004 | | | | KENAI | An area of tide and submerged land within Section 10, 11, and 14, Township 7 North, Range 14 West, Seward Meridian, off the West Foreland, Cook Inlet 9,290 feet long by 100 feet wide, containing approximately 21.33 acres. |
| STATE OF ALASKA ADL 34813 ROW | ATLANTIC RICHFIELD CO | 6/7/1988 | 3215 | 672 | | ANCHORAGE | Right-of-way of varying width and 36,840.78 feet in length located within Sections 4 & 5, Township 8 North, Range 14 West; Sections 25, 26, 34 and 35, Township 9 North, Range 14 West; and Sections 17, 19, 20 and 30, Township 9 North, Range 13 West, Seward Meridian, containing 82.51 acres |
| STATE OF ALASKA ADL 32549 ROW, AMENDED 1/23/02 | UNOCAL CORPORATION | 6/13/1996 | 3260 | 899 | | ANCHORAGE | Alaska Tideland Survey (ATS) 857 containing 165.2 acres, more or less, located within Sections 32 and 33, Township 9 North, Range 14 West, Seward Meridian, recorded in the Anchorage Recording District on August 23, 2000 as Plat 2004-95. Alaska Tideland Survey (ATS) 1818 containing 5.00 acres, more or less, located within Section 32, Township 9 North, Range 14 West recorded in the Anchorage Recording District on October 24, 2002 as Plat 2002-132. |
| STATE OF ALASKA ADL 224467 ROW | MARATHON OIL COMPANY | 2/16/1990 | 2040 | 181 | | ANCHORAGE | A Right-of-way located in Sections 3, 4 and 5, Township 9 North, Range 14 West, Seward Meridian, commencing at the mean high water line and extending seaward 12,565.10 feet in length and 100 feet in width, 50 feet each side of the centerline of the pipe, containing approximately 28.95 acres. |
| STATE OF ALASKA ADL 221085 ROW | MARATHON OIL COMPANY | 5/10/1988 | 332 | 379 | | ANCHORAGE | A Right-of-way for two 10 3/4" gas pipelines and one 8 5/8" oil pipeline and the average encompassing the Steelhead Platform lying within Sections 2,3,4 & 5, T8N, R14W; Sections 31,31 & 33, T8N, R15W; and Section 36, T9N, R14W, Seward Meridian, running 34,248 feet in length and shall extend a width of 60 feet containing approximately 47.40 acres. |
| STATE OF ALASKA ADL 42914 ROW | MARATHON OIL COMPANY | 10/20/1970 | 196 | 63 | | ANCHORAGE | A drilled well, 116 feet deep, within NW1/4SW1/4 Protracted Section 5, Township 8 North, Range 14 West, Seward Meridian. The location to which this water right appertains is: A parcel of land lying within the Anchorage Recording District, Third Judicial District, State of Alaska, and within the NW 1/4 of Protracted Section 5 of Cadastral Survey Township 8 North, Range 14 West, Survey of State Land ADL No. 32200. |
| STATE OF ALASKA ADL 33216 ROW | UNION OIL COMPANY OF CALIFORNIA | 7/22/1966 | 3253 | 183 | | ANCHORAGE | A Right-of-way extending a width of 50 feet on either side of the centerline and undetermined length located within Sections 29, 31 and 32, Township 9 North, Range 13 West; Sections 3, 4 and 5, Township 8 North, Range 14 West and Sections 35 and 36, Township 9 North, Range 14 West, Seward Meridian, containing approximately 71.51 acres. |
| STATE OF ALASKA ADL 220602 | MARATHON OIL COMPANY | 1/1/1994 | 2574 | 560 | | ANCHORAGE | A Right-of-way located within S1/2 Sec 32, T8N, R14W, Seward Meridian, running 1320 feet in length, extending a width of approximately 400 feet containing approximately 12.10 acres, further described as in the Marathon Oil Company plat for application of Right-of-way permit dated November 1984 at a scale of 1"=400'. |

FOC 000457

EXHIBIT D
PAGE 25 OF 42

Exhibit A-3 Other ROWs

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

**Right-of-ways and Easements**

| FOC NUMBER | GRANTOR | GRANTEE | DATE | BOOK | PAGE | RECORDING REFERENCE | RECORDING DISTRICT | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 00571-990003 | COOK INLET REGION INC | FOREST OIL CORP. | 12/5/2002 | | | 2003 042310-0 | ANCHORAGE | A STRIP EASEMENT, ONE HUNDRED TEN (110 FEET WIDE OVER SECTIONS 9 AND 10, T7N, R14E, KENAI PENINSULA BOROUGH, ANCHORAGE RECORDING DISTRICT, SEWARD MERIDIAN, LYING FIFTY FIVE (55) FEET ON EACH SIDE OF THE FOLLOWING DESCRIBED EASEMENT CENTERLINE:<br><br>Beginning at the northeast corner of United States Survey No. 4526, corner 2, marked by a 3-1/4" brass capped monument, thence; Course: N42-05-10 W Length: 207.44' to the point of intersection of this centerline description and a line between two 3" aluminum capped monuments, set, one bearing N40-33-34 E208.20' and the other bearing S 40-33-34 W 331.11', Thence; Course: N 42-05-10 W Length: 565.42' to a point at which a 3-1/4" brass capped monument, found, corner 2 of United States Survey 4526 bears S 47-54-50 W 158.22'; Thence; Course: N 42-05-10 W Length: 1103.10' to a 2-1/2" aluminum monument, set, marked STA 118+78.80, Thence; Course: N 52-50-24 W Length: 349.07', Thence; Course: N 38-38-51 W Length: 476.43', Thence; Course: S 89-02-47 W Length: 1122.66', Thence; Course: N 81-18-25 W Length: 1041.07', Thence; Course: N 69-53-36 W Length: 418.55', Thence; Course: S 86-12-52 W Length: 371.35',<br><br>Thence; Course: N 89-38-41 W Length: 84.40' to the point of intersection of this centerline description and the south property line of United States Survey No. 4527 Lot 1, the end of this centerline description, marked by a 2-1/2" aluminum monument marked STA 152+04.65, set, from which a 3-1/4" aluminum monument, found, corner 11 of United States Survey 4527 Lot 1 bears N 60-22-39 E 718.50'.<br><br>AND<br><br>A STRIP EASEMENT, 30' ON EITHER SIDE OF THE FOLLOWING DESCRIBED CENTERLINE:<br><br>Beginning at a BLM brass capped monument at the northeast corner of Lot 2 of USS Survey No. 12121, corner 2, found, thence; S 88-28-58 E 878.43' to a 2-1/2" aluminum monument, set, marked STA 224+23.12 at the intersection of this centerline description and the north boundary of USS No. 12121, the point of beginning of this description, Thence; Course: N 09-54-45 E Length: 1109.85'; Thence; Course: N 01-20-27 W Length: 209.85'; Thence; Course: N 09-25-37 W Length: 380.81'; Thence; Course: N 00-39-21 E Length: 201.14'; Thence; Course: N 22-57-11 E Length: 179.90', Thence; Course: N 33-31-58 E Length: 175.78'; Thence; Course: N 39-42-16 E Length: 170.17', Thence; Course: N 27-09-45 E Length: 217.02', Thence; Course: N 18-51-43 E Length: 167.49', Thence; Course: N 13-19-47 E Length: 313.18', Thence; Course: N 01-21-09 E Length: 226.45', Thence; Course: N 09-05-31 W Length: 407.01, Thence; Course: N 17-42-13 W Length: 107.72', Thence; Course: N 23-06-38 W Length: 292.63', Thence; Course: N 00-11-54 E Length: 212.24', Thence; Course: N 34-57-46 E Length: 213.60', Thence; Course: N 45-21-14 E Length: 767.85', Thence; Course: N 46-54-35 E Length: 480.37' to a 2-1/2" aluminum monument, set, marked STA 282+77.55, Thence; Course: N 24-34-41 E Length: 116.24', Thence; Course: N 05-22-43 E Length: 183.91', Thence; Course: N 55-44 W Length: 161.52', Thence; Course: N 37-02-12 W Length: 277.99', Thence; Course: N 38-40-05 W Length: 250.32', Thence; Course: N 14-45-47 W Length: 162.62', Thence; Course: N 04-40-27 E Length: 112.95', Thence; Course: N 26-24-58 E Length: 1173.00', Thence; Course: N 33-16-05 E Length: 366.93', Thence; Course: N 42-00-35 E Length: 213.79', Thence; Course: N 50-38-22 E Length: 231.42', Thence; Course: N 30-50-13 E Length: 129.53', Thence; Course: N 19-01-25 E Length: 1047.26', Thence; Course: N 16-38-44 E Length: 1167.08' to a 2-1/2" aluminum monument, set, marked STA 338+89.56, Thence; Course: N 21-28-23 E Length: 362.69', Thence; Course: marked STA 30-33-13 E Length: 465.01', Thence; Course: N 28-17-24 E Length: 464.43'. |

Exhibit A-3 Other ROWs

FOC 000458

EXHIBIT D<br>PAGE 26 OF 42

Exhibit A-3 Other ROWs
Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

Right-of-ways and Easements

| FOC NUMBER | GRANTOR | GRANTEE | DATE | RECORDING BOOK PAGE | REFERENCE | RECORDING DISTRICT | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | Thence; Course: N 03-39-56 E Length: 101.82' Thence; Course: N 18-39-35 W Length: 1285.87' Thence; Course: N 06-23-18 W Length: 160.76' Thence; Course: N 26-05-04 E Length: 144.50' Thence; Course: N 12-43-58 W Length: 175.22' Thence; Course: N 40-10-59 W Length: 574.25' Thence; Course: N 46-51-15 W Length: 151.77' Thence; Course: N 59-12-41 W Length: 143.69' Thence; Course: N 70-44-23 W Length: 196.57' Thence; Course: N 65-00-03 W Length: 460.31' Thence; Course: N 63-30-04 W Length: 222.32' to the intersection of this centerline description and the south boundary of United States Survey No. 11865 Thence; excepting out that portion of this description which crosses said United States Survey 11865, Course: N 64-51-11 W Length: 93.34' to the intersection of this centerline description and the west boundary of United States Survey No. 11865 Thence; Course: N 57-25-38 W Length: 161.80' to a 2½" aluminum monument, set, marked STA. 389+94.88 Thence; Course: N 32-45-58 W Length: 629.71' Thence; Course: N 20-55-55 W Length: 92.38' Thence; Course: N 00-47-56 E Length: 222.07' Thence; Course: N 06-00-17 W Length: 298.13'; Thence; Course: N 06-00-17 W Length: 197.13' E Length: 328.38' Thence; Course: N 02-15-52 E Length: 181.10' Thence; Course: N 15-36-23 E Length: 127.78' Thence; Course: N 25-42-51 E Length: 296.29' Thence; Course: N 21-22-53 E Length: 328.38' Thence; Course: N 10-45-20 E Length: 183.51' Thence; Course: N 12-07-59 W Length: 94.39' Thence; Course: N 30-27-23 W Length: 218.07' Thence; Course: N 34-00-19 W Length: 488.39' Thence; Course: N 27-25-34 W Length: 191.80' Thence; Course: N 35-09-33 W Length: 92.96' Thence; Course: N 44-19-05 W Length: 304.34' Thence; Course: N 51-26-28 W Length: 788.65' Thence; Course: N 47-02-39 W Length: 119.82' Thence; Course: N 35-08-14 W Length: 442.88' to a 2½" aluminum monument, set, marked STA. 442+92.53 Thence; Course: N 01-20-43 E Length: 153.82' Thence; Course: N 24-18-12 E Length: 316.76' Thence; Course: N 54-23-46 E Length: 232.76' Thence; Course: N 45-40-05 E Length: 92.29' Thence; Course: N 26-03-33 E Length: 86.09' Thence; Course: N 07-33-28 E Length: 135.30' Thence; Course: N 16-31-37 W Length: 354.70' Thence; Course: N 22-11-46 E Length: 111.53' Thence; Course: N 03-22-08 E Length: 227.51' Thence; Course: N 47-08-56 W Length: 121.06' Thence; Course: N 00-03-04 E Length: 49.91' Thence; Course: N 45-05-52 E Length: 78.33' Thence; Course: N 43-59-50 W Length: 454.67' Thence; Course: N 65-46-34 W Length: 75.22' Thence; Course: N 44-22-33 W Length: 386.21' Thence; Course: N 45-32-47 W Length: 649.22' Thence; Course: N 60-02-46 W Length: 84.41' Thence; Course: N 78-46-50 W Length: 88.61' Thence; Course: S 85-54-07 W Length: 189.43' Thence; Course: N 72-38-19 W Length: 103.46' Thence; Course: N 45-49-49 W Length: 111.12' Thence; Course: N 21-17-49 W Length: 55.39' Thence; Course: N 06-54-56 W Length: 111.24' Thence; Course: N 15-09-43 W Length: 147.78' Thence; Course: N 28-14-45 W Length: 258.61' Thence; Course: N 34-45-11 W Length: 158.95' Thence; Course: N 41-55-10 W Length: 294.75' to a 2½" aluminum monument, set, marked STA 494+68.06 Thence; Course: N 38-04-48 W Length: 399.53' Thence; Course: N 22-18-00 W Length 611.68' |

Page 2 of 9

FOC 000459

Exhibit A-3 Other ROWs

EXHIBIT D
PAGE 27 OF 42

Exhibit A-3 Other ROWs

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

Right-of-ways and Easements

| FOC NUMBER | GRANTOR | GRANTEE | DATE | RECORDING BOOK | RECORDING PAGE | REFERENCE | RECORDING DISTRICT | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|

Thence; Course: N 32-55-23 W Length: 246.66' Thence; Course: N 24-42-49 W
Length: 139.29' Thence; Course: N 14-55-27 W Length: 176.02' Thence; Course: N
03-52-02 W Length: 59.18' Thence; Course: N 09-02-17 E Length: 91.15' Thence;
Course: N 33-01-58 E Length: 159.60' Thence; Course: N 56-30-12 E Length:
116.44' Thence; Course: N 62-13-57 E Length: 161.21' Thence; Course: N 50-41-
37 E Length: 117.31' Thence; Course: N 41-29-51 E Length: 303.33' Thence;
Course: N 29-16-58 E Length: 76.88' Thence; Course: N 07-47-43 W Length:
40.91' Thence; Course: N 33-14-63 W Length: 453.79' Thence; Course: N 35-64-
12 W Length: 212.63' Thence; Course: N 30-19-35 W Length: 265.24' Thence;
Course: N 34-12-47 W Length: 170.43' Thence; Course: N 45-58-44 W Length:
185.88' Thence; Course: N 59-18-34 W Length: 199.44' Thence; Course: N 36-39-
15 W Length: 190.18' Thence; Course: N 33-43-19 W Length: 170.67' Thence;
Course: N 31-44-33 W Length: 264.28' Thence; Course: N 13-24-43 W Length:
338.27' to a 2½" diameter aluminum capped monument, set, marked STA
549+34.54

Thence; Course: N 30-12-26 W Length: 172.17' Thence; Course: N 34-17-62 W
Length: 174.56' Thence; Course: N 17-59-55 W Length: 46.22' from which a 3¼"
brass capped BLM monument, found, marking the northwest corner of Lot 2 United
States Survey No. 3974, Corner 2 bears N 72-00-05 E 84.96' Thence; Course: N
17-59-55 W Length: 222.84' Thence; Course: N 11-01-18 W Length: 207.01'
Thence; Course: N 16-34-13 W Length: 52.85' from which a 3¼" brass capped
BLM monument, found, marking the northwest corner of Lot 1 United States Survey
No. 3974, Corner 3 bears N 73-25-47 E 101.51' Thence; Course: N 16-34-13 W
Length: 645.68' Thence; Course: N 17-21-59 W Length: 1029.96' to the intersection
of this centerline description and the south boundary of United States Survey No.
4520 Amended, from which a 3¼" brass capped BLM monument, found, the
WCMC on the south boundary of United States Survey No. 4520 Amended, Corner
1 bears N 65-44-47 E 300.47' Thence; Course: N 39-26-58 W Length: 85.65'
Thence; Course: N 73-28-48 W Length: 111.20' Thence; Course: N 85-59-40 W
Length: 460.27' Thence; Course: N 49-18-23 W Length: 92.16'
Thence; Course: N 22-22-00 W Length: 2046.37' to a 2½" diameter aluminum
capped monument, set, marked STA 603+34.61 Thence; Course: N 68-48-29 E
Length: 67.47' Thence; Course: N 19-26-00 W Length: 144.55' Thence; Course: N
66-30-25 E Length: 165.12' Thence; Course: N 23-29-35 W Length: 30.00' to the
intersection of this centerline description and the north boundary of United States
Survey No. 4520 Amended marked by a 2½" diameter aluminum capped
monument, set, marked STA 603+50.34, the end of this centerline description from
which a 3¼" diameter brass capped BLM monument, found, the WCMC on the
north boundary of United States Survey No. 4520 Amended, Corner 8 bears N 66-
30-25 E 530.36, the sideline of the above described strip of land shall be extended
and shortened to terminate at the north boundary of said United States Survey No.
4520 Amended. The above described strip easement contains 52.082 acres more
or less.
The basis of bearings for this description is GPS derived and all bearings and
distances shown hereon are grid (AK State Plane Zone 4 NAD 27).

FOC 000460

EXHIBIT    D
PAGE 28 OF 42

Exhibit A-3 Other ROW's

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

**Right-of-ways and Easements**

| FOC NUMBER | GRANTOR | GRANTEE | DATE | RECORDING BOOK | PAGE | REFERENCE | RECORDING DISTRICT | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 00571-890004 | SALAMATOF NATIVE ASSOCIATION INC | FOREST OIL CORPORATION | 8/1/2002 | | | 2003 0423094-0 | ANCHORAGE | T8N    R14W Sec 8:  A DEPLETED GRAVEL PIT WHICH IS PART OF THE SURFACE ESTATE OF SALAMATOF WITHIN THAT CERTAIN +- FIVE ACRE UNSURVEYED PARCEL OF REAL PROPERTY LOCATED IN THE NW/4, HEREIN REFERRED TO AS THE LEASED PREMISES. FOREST USES THIS LAND TO STORE EQUIPMENT AND THE COST IS SPLIT BETWEEN WEST MCARTHUR RIVER AND REDOUBT UNIT. |
| 00573-890003 | LORENCE B SNODGRASS ET UX | STEWART PETROLEUM COMPANY | 11/6/1992 | 234 | 115 | | ANCHORAGE | T8N    R14W Sec 5:  PROTRACTED Sec 8:  PROTRACTED PIPELINE ROW CONSISTING OF A STRIP OF LAND 30' WIDE AND 80' IN AVERAGE LENGTH RUNNING IN A NORTH-SOUTH DIRECTION AND CROSSING THE WESTERLY CORNER OF LOT 1 OF U S SURVEY NO 3974 IN PROTRACTED SECTIONS 5 & 8, 8N - 14W, SEWARD MERIDIAN, AS FURTHER DESCRIBED IN LEASE. |
| 00573-890007 | SALAMATOF NATIVE ASSOCIATION | MARATHON OIL COMPANY | 1/1/2000 | | | | ANCHORAGE | T8N    R14W Sec 6:  A PARCEL OF LAND LYING WITHIN THE SE/4 AS MORE FULLY DESCRIBED IN LEASE, UPON WHICH AN AIRSTRIP IS CONSTRUCTED AND USED FOR REMOTE OIL PRODUCTION FACILITY 8N-14W-SEC. 6: PARCEL IN SE/4 (AIRSTRIP) |
| 00573-890008 | LORENCE SNODGRASS AND NINA SNODGRASS | MARATHON OIL COMPANY | 5/23/1978 | 803 | 369 | | ANCHORAGE | T8N    R14W Sec 8:  RIGHT-OF-WAY COMPRISING A STRIP OF LAND 30 FEET WIDE AND APPROXIMATELY 145 FEET IN LENGTH, RUNNING IN A NORTH-SOUTH DIRECTION AND CROSSING THE WESTERLY CORNER OF LOT 1, MORE FULLY DESCRIBED IN LEASE. |

Exhibit A-3 Other ROW's

FOC 000461

EXHIBIT D
PAGE 29 OF 42

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

Exhibit A-3 Other ROWs

Right-of-ways and Easements

| FOC NUMBER | GRANTEE | GRANTOR | DATE | RECORDING BOOK PAGE | RECORDING REFERENCE | RECORDING DISTRICT | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 00573-950012 | FOREST OIL COMPANY | UNION OIL COMPANY OF CALIFORNIA | 9/29/2005 | | 2005 074585-0 | ANCHORAGE | Seward Meridian T8N  R1W |

Se5: A STRIP OF LAND 30 FT. IN WIDTH WITHIN SECTION
5 AND SECTION 6, WITHIN ADL NO. 32299 FILED AS
PLAT NO. 67-9 ANCHORAGE RECORDING DISCRICT AND
ADL 37596 AMENDED FILED AS PLAT NO. 74-5 KENAI
RECORDING DISTRICT, THE KENAI PENINSULA BOROUGH
AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCING AT ADL 32299 W.C.M.C. 4 IDENTICAL TO
U.S. SURVEY NO. 4520 AMENDED DS1 1 W.C.M.C.
MARKED A BRASS CAPPED SURVEY MONUMENT FOUND;
THENCE S 66°30'25" W 682.57 FT. ALONG THE
COMMON PROPERTY LINE WITH ADL 32299 AND LOT 1
U.S. SURVEY NO. 4520 AMENDED (ALL BEARING AND
DISTANCES WITHIN THIS DESCRIPTION REFER TO
A.S.P. ZONE 4 NAD27 GRID), THENCE N 23°29'35" W
15 FT. ALONG A LINE PERPENDICULAR TO SAID
PROPERTY LINE TO THE CENTERLINE OF THE FOC 6"
DIAMETER PIPELINE EASEMENT BEING THE POINT OF
BEGINNING FOR THIS DESCRIPTION;
THENCE S 66°30'25" W 288.25 FT. ALONG THE
CENTERLINE OF THE 30' FOC 6" DIAMETER PIPELINE
EASEMENT BEING PARALLEL AND OFFSET 15 FT.
NORTHERLY OF SAID PROPERTY LINE TO PROPOSED
PIPELINE STA. 3+08.47;
THENCE N 20°27'05" W 370.67 FT. ALONG
CENTERLINE OF THE 30' FOC 6" DIAMETER PIPELINE
EASEMENT TO PROPOSED PIPELINE STA. 6+79.13;
THENCE N 65°21'06" W 84.27 FT. ALONG CENTERLINE
OF THE 30' FOC 6" DIAMETER PIPELINE EASEMENT TO
PROPOSED PIPELINE CENTERLINE TO STA. 7+63.40;
THENCE N 83°14'42" W 102.27 FT. ALONG
CENTERLINE OF THE 30' FOC 6" DIAMETER PIPELINE
EASEMENT TO PROPOSED PIPELINE CENTERLINE TO
STA. 8+65.67;
THENCE N 61°47'47" W 35.17 FT. ALONG CENTERLINE
OF THE 30' FOC 6" DIAMETER PIPELINE EASEMENT TO
PROPOSED PIPELINE CENTERLINE TO STA. 9+00.84;
THENCE N 23°19'07" W 47.83 FT. ALONG CENTERLINE
OF THE 30' FOC 6" DIAMETER PIPELINE EASEMENT TO
PROPOSED PIPELINE CENTERLINE TO STA. 9+48.68,
THE DIGGSITE IN POINT, BEING THE POINT OF
TERMINATION OF THIS DESCRIPTION WITHIN NE¼
(FRACIONAL) OF SAID SECTION 6 AND ADL 37596
AMENDED THUS EMBRACING 27,884 SQUARE FEET OR
0.64 ACRES MORE OR LESS
See 6;

Exhibit A-3 Other ROW's

FOC 000462

EXHIBIT _D_
PAGE 30 OF 42

Exhibit A-3 Other ROWs

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

Right-of-Ways and Easements

| FOC NUMBER | GRANTOR | GRANTEE | DATE | RECORDING BOOK | PAGE | REFERENCE | RECORDING DISTRICT | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 00575-990001 | COOK INLET REGION INC | STEWART PETROLEUM COMPANY | 1/1/1990 | 2019 | 708 | | ANCHORAGE | T8N   R14W Sec 28: COMMENCING AT A POINT IN THE SW/CORNER OF THE AIRSTRIP LOCALLY KNOWN AS THE PAN AMERICAN PETROLEUM AIRSTRIP (ABANDONED), SAID CORNER BEING THE TRUE POINT OF BEG; TH N 48 DEG 30'W, APPROXIMATELY 1,800'TH N 52 DEG 45' E, APPROXIMATELY 1,300' TO THE MEAN HIGH WATER LINE OF THE COOK INLET; TH IN A SELY DIRECTION ALONG THE THE MEAN HIGH WATER LINE OF COOK INLET, APPROXIMATELY 3,750'; TH N 48 DEG 30'W, APPROXIMATELY 1,300'TO THE TRUE POINT OF BEG, ALL LOCATED WITHIN THE ANCHORAGE RECORDING DISTRICT, THIRD JUDICIAL DISTRICT, STATE OF ALASKA. THE SUBSURFACE ESTATE TO A DEPTH OF 2,000 FEET FROM THE EXISTING SURFACE CONTOUR IN THE ABOVE DESC. PROPERTY SEWARD MERIDIAN ALASKA THIS IS AN EASEMENT FEE |
| 00575-990002 | SALAMATOF NATIVE ASSOC INC | STEWART PETROLEUM COMPANY | 1/1/1990 | 2019 | 706 | | ANCHORAGE | T8N   R14W Sec 5: (FRACTIONAL), EXCLUDING TRACT A OF US SURVEY 383, US SURVEY 3974, LOTS 1 & 2, US SURVEY 4666 AND THOSE LANDS DESCRIBED IN ALASKA STATE PATENT NO. 700 TO THE KENAI PENINSULA BOROUGH DATED 1-12-88. Sec 8: (FRACTIONAL), E2, NW/4, NE/4SW/4, EXCLUDING US SURVEY 3974, LOTS 1, 2 Sec 9: (FRACTIONAL) Sec 16: (FRACTIONAL), NW/4, N/2SW/4; Sec 17: N/2NE/4, SE/4NE/4 SEWARD MERIDIAN ALASKA SURFACE LEASE EASEMENT CONTAINING APPROXIMATELY 700 ACRES |
| 00575-990005 | BUREAU OF INDIAN AFFAIRS ON BEHALF OF JOSEPH C. MOSQUITO | UNOCAL | 8/11/1986 | 1487 | 675 | | ANCHORAGE | A 60 FOOT WIDE ROW, LOT 1 OF THE LAND EMBRACED IN AMENDED U.S. SURVEY 4020, ALASKA, SITUATED ON THE WESTERLY SHORE OF COOK INLET, APPROXIMATELY 7 MILES NORTHWESTERLY OF WEST FORELAND. |
| 00575-990006 | COOK INLET REGION INC | STEWART PETROLEUM COMPANY | 3/31/1995 | | | 2003 042309-0 | ANCHORAGE | SUBSURFACE EASEMENT, 20' IN WIDTH, TO A DEPTH OF 25' BELOW THE NATURAL SURFACE CONTOUR, BENEATH REAL ESTATE LOCATED IN THE KENAI PENINSULA BOROUGH, STATE OF ALASKA, 3RD JUDICIAL DISTRICT, ANCHORAGE RECORDING DISTRICT. THE EASEMENT IS MORE PARTICULARLY DESCRIBED IN EXHIBIT A, ATTACHED TO AND MADE PART OF THE EASEMENT. |

FOC 000463
EXHIBIT D
PAGE 31 OF 42

Exhibit A-3 Other ROWs

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

Right-of-ways and Easements

| FOC NUMBER | GRANTOR | GRANTEE | DATE | RECORDING BOOK | PAGE | REFERENCE | RECORDING DISTRICT | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 00576-890010 | RONALD T DOLCHOK AND SHERIAN E MARVIN REPRESENTED BY THE BUREAU OF INDIAN AFFAIRS | FOREST OIL CORPORATION | 9/4/2002 | | | 2002-058638-0 | ANCHORAGE | Seward Meridian T8N   R14W Sec 21: COMMENCING AT A BLM BRASS CAPPED MONUMENT, CORNER 4, THE SOUTHWEST CORNER OF SAID UNITED STATES SURVEY 11885, DATED 1996; THE POINT OF BEGINNING OF THIS DESCRIPTION: THENCE ALONG THE WEST BOUNDARY OF SAID UNITED STATES SURVEY COURSE: N 00 DEGREES 00'0"E, A DISTANCE OF 110.54 FEET; THENCE COURSE: S 65 DEGREES 00'14"E, A DISTANCE OF 261.99 FEET TO THE SOUTH BOUNDARY OF SAID UNITED STATES SURVEY 11885; THENCE ALONG SAID SOUTH BOUNDARY COURSE: N 90 DEGREES 00'00"W, A DISTANCE OF 237.09 FEET TO THE POINT OF BEGINNING THUS EMBRACING AN AREA CONTAINING 0.30 ACRES (13,104 SQ. FT.), MORE OR LESS. AN EASEMENT FOR RIGHT-OF-WAY FOR THE USE, INSTALLATION, CONSTRUCTION AND MAINTENANCE OF AN EXISTING ROADWAY AND A 6" GAS PIPELINE, AND AN 8" OIL PIPELINE, AND RELATED PIPELINE POWER CABLES AND PIPELINE TELECOMMUNICATION CABLES OVER AND ACROSS THOSE CERTAIN LANDS DESCRIBED AS FOLLOWS: A 13,104 SQ. FT. AREA LOCATED IN PROTRACTED SECTION 21, T8N, R14W, SEWARD MERIDIAN, DEPICTED ON THE SURVEY DATED AUGUST 28, 2002, ATTACHED TO LEASE AS EXHIBIT A, AND MORE SPECIFICALLY DESCRIBED ABOVE. |

Exhibit A-3 Other ROWs

FOC 000464

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2005 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

Exhibit A-3 Other ROWs

Right-of-ways and Easements

| FOC NUMBER | GRANTOR | GRANTEE | DATE | RECORDING BOOK | PAGE | REFERENCE | RECORDING DISTRICT | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 00575-990011 | BARBARA M STEVENS A.47826 BY THE BUREAU OF INDIAN AFFAIRS | FOREST OIL CORPORATION | 11/19/2002 | | | 2003 021223-0 | ANCHORAGE | Seward Meridian T8N R14W Sec 5: COMMENCING AT CORNER 6, A WCMC, LOT 1, U.S. SURVEY 4520, ALASKA; THENCE S66 DEGREES 28'08"W, 476.11 FT, ALONG THE NORTH BOUNDARY OF LOT 1, U.S. SURVEY 4520, TO CORNER 1, THE POINT OF BEGINNING (P.O.B.); THENCE S22 DEGREES 12'30"E, 48.35 FT, TO CORNER 2; THENCE S66 DEGREES 28'07"W, 191.26 FT TO CORNER 3; THENCE S22 DEGREES 12'30"E, 131.83 FT, TO CORNER 4; THENCE S66 DEGREES 28'07"W, 15 FT, TO CORNER 5; THENCE S22 DEGREES 12'30"E, 220.33 DFT, TO CORNER 6; THENCE S49 DEGREES 20'40"E, 44.71 FT, TO CORNER 7; THENCE S89 DEGREES 13'50"E, 437.96 FT, TO CORNER 8; THENCE S73 DEGREES 29'07"E, 150.41 FT, TO CORNER 9; THENCE S59 DEGREES 28'25"E, 127.17 FT, TO THE SOUTH BOUNDARY OF LOT 1,M U.S. SURVEY 4520 TO CORNER 10; THENCE ALONG SAID BOUNDARY S66 DEGREES 32'29"W, 98.84 FT, TO CORNER 11; THENCE N39 DEGREES 28'25"W, 70.85 FT, TO CORNER 12;THENCE N73 DEGREES 29'07"W, 108.22 FT, TO CORNER 13; THENCE N89 DEGREES 13'50"W, 459.30 FT, TO CORNER 14; THENCE N49 DEGREES 20'40"W, 102.11 FT, TO CORNER 15; THENCE N22 DEGREES 12'30"W, 2.22224 FT, TO CORNER 16; THENCE N 66 DEGREES 28'07"E, 301.29 FT, TO CORNER 1, THE P.O.B., CONTAINING 6.73 ACRES MORE OR LESS. SEE EXHIBIT 8, WHICH IS ATTACHED AND MADE A PART OF THE R-O-W. EASEMENT FOR R-O-W FOR SPECIFIC USE, OPERATION AND MAINTENANCE OF AN EXISTING ROADWAY BETWEEN THE WEST MCARTHUR RIVER UNIT FACILITY AND THE TRADING BAY PRODUCTION FACILITY; TWO OIL PIPELINES; TWO NATURAL GAS PIPELINES; ONE COMMUNICATIONS CABLE AND THE MOSQUITO STATION TANK FARM, AS DEFINED IN EXHIBIT A, WHICH IS ATTACHED AND MADE A PART OF THE LEASE, ACROSS THE ABOVE DESCRIBED LAND. |
| 00584-990001 | JOHN ROBERT HANSEN AND VIOLA HANSEN | PHILLIPS ALASKA, INC. | 5/16/2001 | 309 | 885 | | HOMER | T4S    R15W Sec 1: W/2SW/4 Sec 2: NE/4SE/4, LOT 4 |
| 00584-990002 | COLASKA INC FKA/A SECON INC | PHILLIPS ALASKA, INC. | 7/1/2001 | 318 | 322 | | HOMER | T4S - R15W  S.M. SEC. 2: SESE SEC. 11: NENE SEC. 12: NWNW CONTAINING 120.00 ACRES, M/L. |

Exhibit A-3 Other ROWs

EXHIBIT D
PAGE 33 OF 42
FOC 000465

Exhibit A-3 Other ROWs

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

Right-of-ways and Easements

| FOC NUMBER | GRANTOR | GRANTEE | DATE | RECORDING BOOK | RECORDING PAGE | RECORDING REFERENCE | RECORDING DISTRICT | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 00820-990001 | SALAMATOF NATIVE ASSOCIATION | FORCENERGY INC | 6/27/1999 | | | | ANCHORAGE | T7N    R14W<br>Sec 3:  RIGHT & PRIVILAGE OVER THESE LANDS<br>Sec 4:  RIGHT & PRIVILAGE OVER THESE LANDS<br>Sec 9:  RIGHT & PRIVILAGE OVER THESE LANDS<br>Sec 10: RIGHT & PRIVILAGE OVER THESE LANDS<br>T8N    R14W<br>Sec 16: RIGHT & PRIVILAGE OVER THESE LANDS<br>Sec 21: RIGHT & PRIVILAGE OVER THESE LANDS<br>Sec 28: RIGHT & PRIVILAGE OVER THESE LANDS<br>Sec 33: RIGHT & PRIVILAGE OVER THESE LANDS<br>Sec 34: RIGHT & PRIVILAGE OVER THESE LANDS<br>RIGHT & PRIVILAGE OF ACCESS OVER & ACROSS LANDS<br>OWNED BY SALAMATOF NATIVE ASSOC TO FORCE<br>FACILITIES & LEASES AND TO SURVEY, CLEAR,<br>EXCAVATE FOR, CONSTRUCT, OPERATE, MAINTAIN,<br>PROTECT A 50 FT WIDE TRANSPORTATION CORRIDOR,<br>COMPRISING APPROX. 80 ACS<br><br>SEWARD MERIDIAN<br>KENAI PENINSULA BOROUGH |

FOC 000466

EXHIBIT    D
PAGE 34 OF 42

Exhibit A-4 Other Land
Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

| FOREST LEASE NO. | LESSOR or GRANTOR | LESSEE or GRANTEE | LEASE DATE | RECORDING DISTRICT | PROSPECT NAME | RECORDING BOOK | PAGE |
|---|---|---|---|---|---|---|---|
| 00584-990001 | JOHN ROBERT HANSEN AND VIOLA HANSEN | PHILLIPS ALASKA, INC. | 5/16/2001 | ANCHORAGE | COSMOPOLITAN (Cape Starichikov) | 309 | 885 |
| 00584-990002 | COLASKA, INC. F/K/A SECON, INC | PHILLIPS ALASKA, INC. | 7/1/2001 | ANCHORAGE | COSMOPOLITAN (Cape Starichikov) | 318 | 322 |
| 00573-990012 | UNION OIL COMPANY OF CALIFORNIA | FOREST OIL COMPANY | 9/29/2005 | ANCHORAGE | TRADING BAY | | |
| 00573-SD0001 | STATE OF ALASKA ADL 37596 FEE | FORCENERGY INC | 12/30/1996 | ANCHORAGE | TRADING BAY | 3015 | 107 |
| 00573-SD0002 | MARATHON OIL COMPANY | FORCENERGY INC | 12/30/1996 | ANCHORAGE | TRADING BAY | 3015 | 109 |
| 00573-SD0003 | KUSTATAN WASTE DISPOSAL | MARATHON OIL COMPANY | 10/1/1996 | ANCHORAGE | TRADING BAY | 3066 | 361 |
| 00571-SD0001 | FRED H ELVSAAS | FORCENERGY INC | 4/20/2000 | ANCHORAGE | REDOUBT SHOAL | 975 | 678 |
| 00571-SD0002 | FRED H ELVSAAS | FORCENERGY INC | 1/28/2000 | ANCHORAGE | REDOUBT SHOAL | 975 | 662 |
| 00571-SD0003 | FRED H ELVSAAS | FORCENERGY INC | 11/13/1998 | ANCHORAGE | REDOUBT SHOAL | 3364 | 205 |

Page 1 of 1

Exhibit A-4 Other Land

FOC 000467

EXHIBIT ___D___
PAGE 35 OF 42

Exhibit B-1 Platforms & Wells

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

## WELL SUMMARY - McARTHUR RIVER FIELD

### Dolly Varden Platform

| Well | Type | Status |
|---|---|---|
| D-1 | Oil | Producing |
| D-2ARD | Oil | Producing |
| D-3RD2 | Oil | Producing |
| D-4RD | Oil | Producing |
| D-5RD | Oil | Producing |
| D-6RD | Oil | Shut-in |
| D-7RD2 | Oil | Shut-in |
| D-8RD | Oil | Producing |
| D-9RD | Water Inj. | Injecting |
| D-11 | Oil | Producing |
| D-12RD | Oil | Producing |
| D-14RD | Water Inj. | Injecting |
| D-15RD2 | Water Inj. | Injecting |
| D-16RD | Water Inj. | Shut-in |
| D-17RD | Oil | Producing |
| D-18 | Gas | Shut-in |
| D-20 | Oil | Shut-in |
| D-22 | Water Inj. | Shut-in |
| D-24A | Water Inj. | Injecting |
| D-25RD | Oil | Producing |
| D-26RD | Oil | Producing |
| D-27 | Oil | Shut-in |
| D-28 | Oil | Shut-in |
| D-29RD | Water Inj. | Injecting |
| D-30RD2 | Oil | Shut-in |
| D-31RD | Oil | Producing |
| D-32 | Oil | Shut-in |
| D-34A | Water Inj. | Injecting |
| D-40RD | Oil | Shut-in |
| D-41 | Water Inj. | Injecting |
| D-42 | Oil | Shut-in |
| D-43RD | Oil | Producing |
| D-45 | Water Inj. | Injecting |
| D-46 | Oil | Producing |
| D-47 | Oil | Producing |
| D-48 | Oil | Producing |

### Grayling Platform

| Well | Type | Status |
|---|---|---|
| G-1 | Oil | Producing |
| G-2 | Oil | Producing |
| G-3RD2 | Oil | Shut-in |
| G-4RD | Oil | Producing |
| G-5 | Water Inj. | Shut-in |
| G-6RD | Oil | Producing |
| G-7 | Oil | Producing |
| G-8 | Oil | Shut-in |
| G-9 | Water Inj. | Shut-in |
| G-10 | Oil | Shut-in |
| G-11 | Water Inj. | Injecting |
| G-12RD3 | Oil | Producing |
| G-13 | Oil | Producing |
| G-14 | Water Inj. | Injecting |
| G-15 | Oil | Producing |
| G-16 | Water Inj. | Shut-in |
| G-17RD | Oil | Producing |
| G-19 | Water Inj. | Shut-in |
| G-20 | Oil | Producing |
| G-21RD | Oil | Producing |
| G-22 | Water Inj. | Injecting |
| G-23 | Water Inj. | Injecting |
| G-24 | Oil | Shut-in |
| G-25 | Oil | Producing |
| G-27 | Water Inj. | Injecting |
| G-26RD | Oil | Injecting |
| G-28RD | Oil | Producing |
| G-29RD | Water Inj. | Producing |
| G-30 | Oil | Shut-in |
| G-31 | Oil | Producing |
| G-32 | Oil | Producing |
| G-33 | Oil | Producing |
| G-34 | Oil | Producing |
| G-36 | Water Inj. | Shut-in |
| G-40 | Water Inj. | Injecting |

### King Salmon Platform

| Well | Type | Status |
|---|---|---|
| K-1RD2 | Oil | Producing |
| K-2RD | Water Inj. | Injecting |
| K-3RD | Oil | Producing |
| K-4RD | Water Inj. | Injecting |
| K-6RD | Oil | Shut-in |
| K-7 | Water Inj. | Shut-in |
| K-9 | Oil | Shut-in |
| K-10RD | Oil | Producing |
| K-11 | Water Inj. | Injecting |
| K-12RD | Oil | Producing |
| K-13RD2 | Oil | Producing |
| K-15 | Water Inj. | Injecting |
| K-18RD | Oil | Producing |
| K-19 | Oil | Producing |
| K-21 | Oil | Shut-in |
| K-22 | Water Inj. | Injecting |
| K-23 | Oil | Shut-in |
| K-24RD2 | Water Inj. | Injecting |
| K-25 | Oil | Producing |
| K-26RD | Oil | Producing |
| K-30 | Oil | Shut-in |

### Steelhead Platform

| Well | Type | Status |
|---|---|---|
| M-25 | Oil | Producing |
| M-27 | Water Inj. | Injecting |
| M-28 | Oil | Producing |
| M-29 | Oil | Producing |
| M-30 | Water Inj. | Injecting |
| M-31 | Oil | Producing |
| M-32RD | Oil | Producing |

Exhibit B-1 Platforms & Wells

FOC 000468
EXHIBIT D
PAGE 30 OF 42

Exhibit B-1 Platforms & Wells
Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

## WELL SUMMARY - TRADING BAY FIELD

## WELL SUMMARY - NORTH TRADING BAY FIELD

**Spurr Platform**

| Well | Type | Status |
|------|------|--------|
| None | | |

**Monopod Platform**

| Well | Type | Status |
|------|------|--------|
| A-1RD | Oil | Producing |
| A-2 | Oil | Producing |
| A-3 | Oil | Producing |
| A-4 | Oil | Shut-in |
| A-6 | Oil | Producing |
| A-7 | Oil | Producing |
| A-8 | Water Inj. | Injecting |
| A-9RD | Oil | Producing |
| A-10 | Oil | Shut-in |
| A-11 | Oil | Producing |
| A-13 | Oil | Shut-in |
| A-14 | Oil | Producing |
| A-15RD2 | Oil | Producing |
| A-16RD | Oil | Producing |
| A-17RD | Oil | Producing |
| A-18 | Oil | Shut-in |
| A-19 | Water Inj. | Shut-in |
| A-20RD | Oil | Shut-in |
| A-21 | Oil | Producing |
| A-22 | Oil | Producing |
| A-23 | Oil | Shut-in |
| A-24RD | Oil | Producing |
| A-25 | Water Inj. | Injecting |
| A-27RD1 | Oil | Producing |
| A-28RD | Oil | Producing |
| A-29 | Water Inj. | Injecting |
| A-30 | Oil | Shut-in |
| A-32 | Oil | Producing |

Exhibit B-1 Platforms & Wells

Exhibit B-1 Platforms & Wells

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

## WELL SUMMARY - REDOUBT SHOAL FIELD

Osprey Platform

| Well | Type | Status |
|------|------|--------|
| RU-1 | Oil | Producing |
| RU-2 | Oil | Shut-in |
| RU-3ST | Gas | Shut-in |
| RU-4 | Dry | P&A |
| RU-5 | Oil | Producing |
| RU-6 | Water Inj. | Injecting |
| RU-7 | Oil | Producing |

## WELL SUMMARY - WEST McARTHUR RIVER FIELD

| Well | Type | Status |
|------|------|--------|
| 1A | Oil | Shut-in |
| 2A | Oil | Shut-in |
| 3ST | Oil | P&A |
| 4D | Water Disp. | Injecting |
| 5 | Oil | Producing |
| 6 | Oil | Producing |
| 7A | Oil | Shut-in |

## WELL SUMMARY - WEST FORELAND

| Well | Type | Status |
|------|------|--------|
| 1 | Gas | Producing |
| 2 | Gas | Producing |

## WELL SUMMARY - THREE MILE CREEK

| Well | Type | Status |
|------|------|--------|
| 1 | Gas | Producing |
| 2 | Gas | Producing |

## WELL SUMMARY - KUSTATAN

| Well | Type | Status |
|------|------|--------|
| 1 | Gas | Producing |

## WELL SUMMARY - COSMOPOLITAN

| Well | Type | Status |
|------|------|--------|
| Starichkof State #1 | | Suspended |
| Hansen #1 | | P&A |
| Hansen #1A | Oil | Suspended |

Page 3 of 3

Exhibit B-1 Platforms & Wells

FOC 000470

EXHIBIT  D
PAGE 38 OF 42

Exhibit B-2 Rolling Equipment

Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

| E# | item | Equipment Name | Model# | Serial# |
|---|---|---|---|---|
| A19 | 1 | Motor grader | Caterpillar 14G | 96U05980 |
| A11 | 2 | Motor grader | Caterpillar 14G | 96U705 |
| A12 | 3 | Crawler | Caterpillar D-6 | 04X08385 |
| A22 | 4 | Crawler | Caterpillar D-7H LGP | 7ME00676 |
| A13 | 5 | Bucket Loader | Caterpillar 966C | 76J2806 |
| A24 | 6 | Bucket Loader | Caterpillar 966F | 1SL01399 |
| A14 | 7 | Skid steer Loader | Bobcat 863 | 514414261 |
| A26 | 8 | Skid steer Loader | Bobcat S250 | 521313258 |
| A27 | 31 | Snow blower | | N/A |
| A29 | 40 | Sander | Boss | 00-06-7399 |
| A30 | 42 | Diesel man lift | JLG 450AJ | 300046524 |
| A31 | 43 | Electric scissor lift | JLG 2646E2 | 200067236 |
| A32 | 46 | #1Portable housing unit | 2 bedroom + office | N/A |
| A33 | 47 | #2Portable housing unit | 2 bedroom + office | N/A |
| A34 | 48 | Atco portable | tools storage | N/A |
| A35 | 34 | replacement Excavator | Hitachi EX150 | 1333489 |
| A36 | 15 | #1 Kawasaki Mule 4X4 | KAF950A3 2510 Diesel | JK1AFDA152B508080 |
| A37 | 16 | #2 Kawasaki Mule 4X4 | KAF950A3 2510 Diesel | JK1AFDA182B508073 |
| A38 | 17 | #3 Kawasaki Mule 4X4 | KAF950A3 2510 Diesel | JK1AFDA112B508075 |
| A39 | 18 | #4 Kawasaki Mule 4X4 | KAF950A3 2510 Diesel | JK1AFDA172B508081 |
| A40 | 19 | Honda ATV | Rubicon | 47BTE260314029254 |
| A09 | 20 | Honda ATV | Fourtrax | 47BTE2243X4004503 |
| A10 | 21 | Snow machine | Skidoo Scandic 1999 | 1430-00047 |
| A43 | 29 | Light plant #1 | Mag005 Night buster 4000 | 10474 |
| A44 | 30 | Light plant #2 | Mag007 Night buster | 10476 |
| A58 | 32 | Frost Fighter | Totem diesel 500,000 BTU | 1120046 |
| A59 | 33 | Frost Fighter trailer | Totem diesel 1,000,000 BTU | GJ513785 |
| A60 | 35 | Generator | Deutz | 7878610 |
| A61 | 37 | Air Compressor | IIR 185 | 4FVCABAA41U319265 |
| A45 | 41 | Heater | Tioga | 88111246 |
| A46 | 44 | Spill Trailer with spill & equipment in it | Spill Response Van | 53126 |
| A47 | 36 | Generator | Caterpillar XQ350 | E46-JVN89 |
| A48 | 39 | Spill response boat '16 | Honda Jet Lowe Boat | OMCL0928J001 |

Exhibit B-2 Rolling Equipment

EXHIBIT D
PAGE 39 OF 42
FOC 000471

Exhibit B-2 Rolling Equipment
Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

| E# | item | Equipment Name | Model# | Serial# |
|---|---|---|---|---|
| A49 | 45 | Equipment trailer | 15 Ton | N/A |
| A17 | 9 | #1 Crew cab Flatbed Truck for Sander Pull | Ford F550 2000 | 1FDAW57F31EB36746 |
| A2 | 22 | 1991 Diesel SUV | Suburban 4 door Chevrolet | 1GNGV266J8LF15996 |
| A52 | 24 | International Fuel truck 1988 | S1954 | 1HTLDZ5N7JH584462 |
| A53 | 25 | International  Vac Truck | 4070B | 103322228 |
| A8 | 26 | Mack Truck 1982 | End Dump | DML821SX 001023 |
| A7 | 27 | Mack Vac Truck 1981 | Vac truck | DMM6866S1353 |
| A3 | 28 | Gas Crew cab (Pink lady) | FordF350 1993 | 2FTJW36H8PLB01629 |
| b2503 | 10 | #2 Crew cab Pickup | Ford F350 2002 | 1FTSW31F72EB31928 |
| b2504 | 11 | #3 Crew cab Pickup | Ford F350 2002 | 3FTSW31FX2MA14709 |
| b2505 | 12 | #4 Crew cab Pickup | Ford F350 2002 | 1FTSW31F02EB30720 |
| b2506 | 13 | #5  Crew cab Pickup | Ford F350 2002 | 1FTSW31F32EA97115 |
| A18 | 14 | Extended Cab Pickup | Ford F250 1997 | 1FTHX26F6VEC56000 |
| A57 | 23 | Welding truck | Ford F350 With Lincoln portable welder | 2FTJW36MOKCB56405 |
| A1 | | | 1989 Ford  F-350 | 2FTJW36MXKCB08278 |
| A4 | | | 1999 Ford  F-350 | 1FTSW31F6X3A68053 |
| A5 | | Fuel truck | 1974 Chevrolet | CHM9341169628 |
| A6 | | Vac Truck - 60 bbl | 1974 International | 25947DGA18253 |
| A16 | | Back-Hoe | 1975 J.D | 002859T |
| | | Crane | RTT656S | 39142 |

FOC 000472
EXHIBIT D
PAGE 40 OF 42

Exhibit C Contracts
Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

| Contract ID | Contract Date | Contract Type | Parties | Prospect name |
|---|---|---|---|---|
| 00571-CO-EA-0005 | 12/11/1998 | EA | UNOCAL & FORCENERGY INC. | REDOUBT SHOAL |
| 00571-CO-OA-0001 | 9/9/1997 | OA | UNOCAL & FORCENERGY INC. | REDOUBT SHOAL |
| 00571-CO-PA-0011 | 8/20/2004 | PA | ALASKA DEPARTMENT OF NATURAL RESOURCES | REDOUBT SHOAL |
| 00571-CO-PS-0006 | 5/24/2001 | PS | FORCENERGY INC., DANCO EXPLORATION & DANIEL DONKEL | REDOUBT SHOAL |
| 00571-CO-PS-0007 | 7/5/2000 | PS | FORCENERGY INC., DANCO EXPLORATION & DANIEL DONKEL | REDOUBT SHOAL |
| 00571-CO-PS-0012 | 10/21/1998 | PS | FORCENERGY & FRED ELVSAAS | REDOUBT SHOAL |
| 00571-CO-PS-0013 | 10/12/1999 | PS | FORCENERGY & FRED ELVSAAS | REDOUBT SHOAL |
| 00571-CO-UA-0002 | 8/15/1997 | UA | UNOCAL & FORCENERGY INC. | REDOUBT SHOAL |
| 00571-CO-UA-0003 | 7/1/1998 | SE | UNOCAL & FORCENERGY INC. | REDOUBT SHOAL |
| 00571-CO-VA-0004 | 4/1/1997 | SE | TRICON & FORCENERGY, INC. | REDOUBT SHOAL |
| 00571-CO-VA-0008 | 2/1/2001 | VA | FOREST OIL CORPORATION & STATE OF ALASKA | REDOUBT SHOAL |
| 00571-CO-VA-0010 | 1/1/2000 | VA | COOK INLET REGION INC. & FOREST OIL CORP | REDOUBT SHOAL |
| 00573-CO-OA-0001 | 6/12/1996 | OA | UNOCAL & MARATHON OIL CO | TRADING BAY |
| 00573-CO-OA-0006 | 2/27/1967 | OA | UNOCAL, MARATHON OIL CO., ARCO, ETAL | TRADING BAY |
| 00573-CO-OA-0002 | 2/6/1967 | UA | UNOCAL & MARATHON | TRADING BAY |
| 00573-CO-UA-0007 | 6/25/2003 | UA | UNOCAL & FOREST OIL CORPORATION | TRADING BAY |
| 00573-CO-VA-0003 | 12/30/1996 | VA | MARATHON AND FORCENERGY | TRADING BAY |
| 00573-CO-VA-0004 | 4/15/1998 | SE | UNOCAL & FORCENERGY INC. | TRADING BAY |
| 00573-CO-VA-0008 | 11/25/2002 | VA | UNOCAL & FOREST OIL CORPORATION | TRADING BAY |
| 00573-CO-VA-0009 | 4/1/1997 | PS | TRADING BAY ENERGY CORP | TRADING BAY |
| 00573-CO-VA-0010 | 10/31/1996 | VA | TRADING BAY ENERGY CORP & AURORA GAS INC | TRADING BAY |
| 00574-CO-VA-0001 | 12/7/2000 | VA | FORCENERGY INC. & FOREST OIL CORPORATION | MCARTHUR RIVER |
| 00575-CO-VA-0001 | 1/1/1997 | VA | FORCENERGY (SUCCESSOR) & STEWART PETROLEUM COMPANY | WEST MCARTHUR RIVER |
| 00575-CO-VA-0002 | 1/19/1999 | VA | FORCENERGY INC & STATE OF ALASKA | WEST MCARTHUR RIVER |
| 00575-CO-VA-0003 | 1/1/1997 | VA | FORCENERGY (SUCCESSOR) & STEWART PETROLEUM COMPANY | WEST MCARTHUR RIVER |
| 00575-CO-VA-0004 | 1/1/1997 | VA | FORCENERGY (SUCCESSOR) & STEWART PETROLEUM COMPANY | WEST MCARTHUR RIVER |
| 00575-CO-VA-0005 | 6/1/1997 | VA | FORCENERGY (SUCCESSOR) & STEWART PETROLEUM COMPANY | WEST MCARTHUR RIVER |
| 00575-CO-VA-0006 | 1/1/1997 | VA | FORCENERGY (SUCCESSOR) & STEWART PETROLEUM COMPANY | WEST MCARTHUR RIVER |
| 00580-CO-VA-0001 | 2/29/1988 | VA | FOREST OIL CORPORATION & UNION OIL COMPANY | ASTOSCH |
| 00584-CO-FO-0006 | 11/23/1966 | FO | MIDCOAST ENERGY RESOURCES & STEWART PETROLEUM COMPANY | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00584-CO-FO-0012 | 2/1/2003 | FO | DEVON PRODUCTION COMPANY & FOREST OIL CORPORATION | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00584-CO-PA-0004 | 8/22/1997 | LA | ANADARKO PETROLEUM & FORCENERGY INC. | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00584-CO-OA-0001 | 1/1/2001 | OA | PHILLIPS ALASKA INC. & FOREST OIL CORPORATION | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00584-CO-UA-0001 | -1/1/2001 | UA | PHILLIPS ALASKA INC. & FOREST OIL CORPORATION | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00584-CO-UA-0005 | 8/10/2001 | UA | PHILLIPS ALASKA INC. & FOREST OIL CORPORATION | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00584-CO-UA-0007 | 1/1/2001 | UA | PHILLIPS ALAKSA INC., FOREST OIL CORPORATION & DEVON ENERGY PRODUCTION COMPANY | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00584-CO-VA-0002 | 5/10/2001 | SE | PHILLIPS ALASKA INC. & FOREST OIL CORPORATION | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00584-CO-VA-0008 | 1/1/2002 | VA | PHILLIPS ALAKSA INC., FOREST OIL CORPORATION & DEVON ENERGY PRODUCTION COMPANY | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00584-CO-VA-0009 | | VA | PHILLIPS ALAKSA INC., FOREST OIL CORPORATION & DEVON ENERGY PRODUCTION COMPANY | COSMOPOLITAN (CAPE STARICHIKOV) |

Exhibit C Contracts

Exhibit C Contracts
Attached to and made a part of that certain Assignment and Bill of Sale dated Effective November 1, 2006 by and
between Forest Oil Corporation, as Assignor, and Forest Alaska Holding LLC, as Assignee

| Contract ID | Contract Date | Contract Type | Parties | Prospect name |
|---|---|---|---|---|
| 00584-CO-VA-0011 | 10/1/2001 | VA | PHILLIPS ALAKSA INC., FOREST OIL CORPORATION & DEVON ENERGY PRODUCTION COMPANY | COSMOPOLITAN (CAPE STARICHIKOV) |
| 00586-CO-CA-0001 | 12/10/1997 | OA | UNOCAL & FORCENERGY INC. | OLSEN CREEK |
| 00586-CO-VA-0002 | 10/16/1997 | VA | FORCENERGY INC. & ALASKA OILFIELD CONTRACTORS | OLSEN CREEK |
| 00591-CO-CA-0001 | 8/1/1991 | UA | UNOCAL & FORCENERGY INC. | KUSTATAN |
| 00591-CO-VA-0002 | 8/16/1991 | VA | MARATHON OIL COMPANY & UNOCAL | KUSTATAN |
| 00591-CO-VA-0003 | 8/16/1991 | VA | MARATHON OIL COMPANY & UNOCAL | KUSTATAN |
| 00591-CO-VA-0004 | 9/10/1992 | VA | MARATHON OIL COMPANY & UNOCAL | KUSTATAN |
| 00603-CO-PS-0001 | 9/1/1998 | PS | PHILLIPS PETROLEUM AND FORCENERGY | WEST FORELAND |
| 00603-CO-VA-0002 | 4/1/2001 | VA | CIRI, BLM, STATE OF ALASKA AND FOREST OIL CORP | WEST FORELAND |
| 00603-CO-VA-0003 | 1/1/1990 | VA | SALAMATOF NATIVE ASSN, CIRI, & STEWART PETROLEUM | WEST FORELAND |
| 00603-CO-VA-0004 | 8/27/1999 | VA | SALAMATOF NATIVE ASSOCIATION | WEST FORELAND |
| | 12/31/1998 | PS | UNION OIL COMPANY OF CALIFORNIA & FORCENERGY, INC. | SPURR PLATFORM |

Exhibit C Contracts

FOC 000474

EXHIBIT _D_
PAGE _42_ OF _42_