Brewster H. Jamieson, ASBA No. 8411122
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:     jamiesonb@lanepowell.com
Email:     partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,<br><br>                         Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>                         Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**MOTION TO JOIN FOREST ALASKA**<br>**OPERATING LLC AS PARTY PLAINTIFF** |

       Defendant, having moved to join Forest Alaska Operating LLC as a party plaintiff, and the Court having considered any opposition thereto and being fully advised in the premises:

       IT IS ORDERED that defendant's Motion to Join Forest Alaska Operating LLC as Party Plaintiff is hereby GRANTED.

       Forest Alaska Operating LLC shall be joined as a party plaintiff in this matter. All allegations in the complaint shall be deemed to have also been alleged by Forest Alaska Operating LLC, and all allegations in defendant's counterclaims shall be deemed to have also been alleged against Forest Alaska Operating LLC.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

DATED this ____ day of _____, 2007.

_____
The Honorable Ralph R. Beistline
United States District Court Judge

I certify that on June 19, 2007, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com

  s/ Brewster H. Jamieson
017351.0040/161009.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631