Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:  feldman@frozenlaw.com
  orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNION OIL COMPANY OF CALIFORNIA  )<br>d/b/a UNOCAL ALASKA,  )<br>  )<br>  Defendant.  )<br>_____) | Case No. 3:05-cv-00078-RRB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff Forest Oil Company moves that the time for its opposition to Union Oil Company of California d/b/a Unocal Alaska's Motion to Join Forest Alaska Operating LLC as Party Plaintiff be extended by ten days, until July 19, 2007.  This motion is not opposed by the defendant.

| | |
|---|---|
| Dated: July 5, 2006. | By:   s/ Jeffrey M. Feldman<br>         s/ Susan Orlansky |

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501
Phone: (907) 272-3538
Fax:    (907) 274-0819
Email:  feldman@frozenlaw.com
Email:  orlansky@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8106042]

Certificate of Service

I hereby certify that on July 5, 2006, a copy of the foregoing **Unopposed Motion for Extension of Time** was served electronically on:

Marc D. Bond
Brewster H. Jamieson
Brad E. Ambarian

s/ Jeffrey M. Feldman

*Forest Oil Corporation v. Union Oil Company of California*
Case No. 3:05-cv-00078 -RRB
Unopposed Motion for Extension of Time
Page 2 of 2