Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         feldman@frozenlaw.com
                   orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNION OIL COMPANY OF CALIFORNIA )<br>d/b/a UNOCAL ALASKA, )<br>Defendant. )<br>_____) | Case No. 3:05-cv-00078-RRB<br><br>*(PROPOSED)*<br>**ORDER GRANTING EXTENSION**<br>**OF TIME** |

IT IS ORDERED that plaintiff Forest Oil Company may have until the close of business on July 19, 2007, in which to file its opposition to Union Oil Company of California d/b/a Unocal Alaska's Motion to Join Forest Alaska Operating LLC as Party Plaintiff.

ENTERED this ____ day of _____, 2007.

BY THE COURT

_____
Ralph R. Beistline
United States District Court Judge

Certificate of Service

I hereby certify that on July 5, 2007, a copy of the foregoing **(proposed) Order Granting Extension of Time** was served electronically on:

Brewster H. Jamieson
Marc D. Bond
Brad E. Ambarian

s/Jeffrey M. Feldman

*Forest Oil Corporation v. Union Oil Company of California*
Case No. 3:05-cv-00078-RRB
*(Proposed)* Order Granting Extension of Time
Page 2 of 2