Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-00078-RRB |
| ) | |
| UNION OIL COMPANY OF CALIFORNIA ) | |
| d/b/a UNOCAL ALASKA, ) | ~~(PROPOSED)~~ |
| Defendant. ) | ORDER GRANTING EXTENSION |
| ) | OF TIME |

IT IS ORDERED that plaintiff Forest Oil Company may have until the close of business on July 19, 2007, in which to file its opposition to Union Oil Company of California d/b/a Unocal Alaska's Motion to Join Forest Alaska Operating LLC as Party Plaintiff.

ENTERED this 5 day of July, 2007.

BY THE COURT

_s/RRB_
Ralph R. Beistline
United States District Court Judge

Certificate of Service

I hereby certify that on July 5, 2007, a copy of the foregoing **(proposed) Order Granting Extension of Time** was served electronically on:

Brewster H. Jamieson
Marc D. Bond
Brad E. Ambarian

s/Jeffrey M. Feldman

*Forest Oil Corporation v. Union Oil Company of California*
Case No. 3:05-cv-00078-RRB
*(Proposed)* Order Granting Extension of Time
Page 2 of 2