Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:         feldman@frozenlaw.com
                   orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,             )<br>                                                                  )<br>           Plaintiff,                                )<br>                                                                  )<br>      v.                                                       )<br>                                                                  )<br>UNION OIL COMPANY OF CALIFORNIA )<br>d/b/a UNOCAL ALASKA,                    )<br>                                                                  )<br>           Defendant.                             )<br>_____) | Case No. 3:05-cv-00078-RRB |

**NON-OPPOSITION TO MOTION TO JOIN FOREST
ALASKA OPERATING LLC AS A PARTY PLAINTIFF**

Forest Oil Corporation, by and through their attorneys, Feldman

Orlansky & Sanders, hereby provide notice of their non-opposition to Defendant

Union Oil Company of California's d/b/a UNOCAL Alaska, Motion to Join Forest Alaska Operating LLC as a Party Plaintiff.

Dated this 19th day of July, 2007.

                              FELDMAN ORLANSKY & SANDERS

                              By:    s/ Jeffrey M. Feldman

                                      Jeffrey M. Feldman
                                      Alaska Bar No. 7605029
                                      Susan Orlansky
                                      Alaska Bar No. 8106042

Certificate of Service

I hereby certify that on the 19th day of July, 2007, a copy of the **Non-Opposition to Motion to Join Forest Alaska Operating LLC as a Party Plaintiff** was served electronically on:

Marc D. Bond
Brewster H. Jamieson
Brad E. Ambarian

s/ Jeffrey M. Feldman