Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation
and Forest Alaska Operating LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and FOREST ALASKA OPERATING LLC )<br><br>    Plaintiff,<br><br>    v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)     Case No. A05-0078 CV (RRB)<br>)<br>)<br>)<br>)<br>)<br>)     **ENTRY OF APPEARANCE**<br>) |

The law firm of Feldman Orlansky & Sanders hereby enters its appearance in this

matter as counsel for plaintiff Forest Alaska Operating LLC. Please serve copies of all

pleadings pertaining to the above-captioned matter on Jeffrey Feldman and Susan

Orlansky, Feldman Orlansky & Sanders, 500 L Street, Suite 400, Anchorage, Alaska 99501.

Dated this 26th day of July, 2007, at Anchorage, Alaska.

By: s/Jeffrey M. Feldman
s/Susan Orlansky

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501
Phone: (907) 272-3538
Fax:  (907) 274-0819
Email:  feldman@frozenlaw.com
Email:  orlansky@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8106042]

**Certificate of Service**

I hereby certify that on the 26th day of July, 2007, a copy of the **Entry of Appearance** was served electronically on:

Brewster H. Jamieson
Marc D. Bond
Brad E. Ambarian

s/Jeffrey M. Feldman