Michael Jungreis, ASBA No. 7711184
Jim Wilkson, ASBA No. 0612112
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
michael.jungreis@hartig.com
jcw@hartig.com
mail@hartig.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION, )<br>and )<br>FOREST ALASKA OPERATING LLC, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>UNION OIL COMPANY OF CALIFORNIA )<br>d/b/a UNOCAL ALASKA, )<br> )<br>Defendants. )<br> ) | Case: A05-0078 (RRB) |

### PACIFIC ENERGY ALASKA OPERATING LLC'S MOTION TO CHANGE CAPTION AND PARTY PLAINTIFF'S NAME

In August 2007, Plaintiff Forest Alaska Operating LLC became Pacific Energy Alaska Operating LLC ("PEAO"). PEAO hereby notifies this Court of this name change, and requests that all further pleadings and orders in this case refer to "Pacific Energy Alaska Operating LLC" rather than "Forest Alaska Operating LLC".

**HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352**

On July 23, 2007, Forest Alaska Operating LLC was joined as a party plaintiff in this lawsuit.[1] In August 2007, Pacific Energy Resources Ltd. ("PERL") purchased Forest Alaska Operating LLC. To reflect the new ownership, Forest Alaska Operating changed its name Pacific Energy Alaska Operating LLC ("PEAO"). On August 27, 2007 – three days after PERL purchased Forest Alaska Operating – the State of Alaska Department of Commerce, Community, and Economic Development issued an Amended Certificate of Registration to "Pacific Energy Alaska Operating LLC[,] Formerly Forest Alaska Operating LLC".[2] [Ex. 1] (On August 24, 2007, Forest Alaska Operating LLC had filed a certificate of amendment with the State of Delaware Secretary of State (Forest Alaska's state of registration), changing its name to "Pacific Energy Alaska Operating LLC". [Ex. 2]).

Because Forest Alaska Operating LLC changed its name to PEAO during the course of this litigation – and because this change of name reflects a change of ownership as well –the pleading captions should be amended to name PEAO, rather than Forest Alaska Operating, as the co-plaintiff.

**Local Rule 11.1(a) Notice of Entry of Appearance**

Pursuant to Local Rule 11.1(a), by filing this pleading, attorneys Hartig, Rhodes, Hoge & Lekisch P.C. hereby enter their appearance on behalf of substitute plaintiff Pacific Energy Alaska Operating LLC.

DATED at Anchorage, Alaska, this 20th day of December, 2007.

        HARTIG RHODES HOGE & LEKISCH
        Attorneys for Plaintiff
        Pacific Energy Alaska Operating LLC

By: _____/ S/_____
    Michael Jungreis, ASBA No. 7711184
    Hartig Rhodes Hoge & Lekisch, P.C.
    717 K Street
    Anchorage, Alaska 99501
    Phone: (907) 276-1592
    Fax: (907) 277-4352
    michael.jungreis@hartig.com

HARTIG RHODES HOGE & LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE: (907) 276-1592
FAX: (907) 277-4352

---

[1] Order Granting Motion to Join Forest Alaska Operating LLC as Party Plaintiff, Docket No. 107 (7/23/07).

[2] The Court may take judicial notice of the veracity of these documents. F.R.E. 201(b).

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of
December 2007 a true and correct copy of
the foregoing was served on
Brewster H. Jamieson and R. Scott Taylor
by electronic means through the ECF system
as indicated on the Notice of Electronic Filing.

                    /S/
Becky Nelson Lewis
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\100878\2\PLEADINGS\Motion_to_Substitute_Party_Plaintiff.doc

**HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352**

Motion to Change Party Plaintiff's Name                                                     Page 3 of 3
FOREST V. UNION OIL CO.                                                               A05-0078 (RRB)