Michael Jungreis, ASBA No. 7711184
Jim Wilkson, ASBA No. 0612112
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
michael.jungreis@hartig.com
jcw@hartig.com
mail@hartig.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION, )<br>and )<br>FOREST ALASKA OPERATING LLC, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>UNION OIL COMPANY OF CALIFORNIA )<br>d/b/a UNOCAL ALASKA, )<br> )<br>                    Defendants. )<br> ) | Case: A05-0078 (RRB) |

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND PLEADING CAPTIONS

Upon Pacific Energy Alaska Operating LLC's motion, it is hereby ordered that Pacific Energy Alaska Operating LLC is to be named as party co-plaintiff in place of Forest Alaska Operating LLC. All pleadings and captions shall henceforth refer to this plaintiff as "Pacific Energy Alaska Operating LLC".

DATED at Anchorage, Alaska this _____ day of December, 2007.

_____
HON. DISTRICT JUDGE RALPH R. BEISTLINE

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

FAX:
(907) 277-4352

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of
December 200 7a true and correct copy of
the foregoing was served on
Brewster H. Jamieson and R. Scott Taylor by electronic means
through the ECF system as indicated on
the Notice of Electronic Filing.

_____/S/_____
Becky Nelson Lewis
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\100878\2\PLEADINGS\Substitution_of_Parties_Proposed_Order.doc

**HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352**

**FAX:
(907) 277-4352**