Alaska Entity #:103785

# State of Alaska
## Department of Commerce, Community, and Economic Development
### Corporations, Business and Professional Licensing

# AMENDED CERTIFICATE OF REGISTRATION
## Limited Liability Company

THE UNDERSIGNED, as Commissioner of Commerce, Community, and Economic Development of the State of Alaska, hereby certifies that an Application for Amended Certificate of Registration to transact business in this state, duly signed and verified pursuant to the provisions of Alaska Statutes, has been received in this office and has been found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Commerce, Community and Economic Development, and by virtue of the authority vested in me by law, hereby issues this certificate to

**Pacific Energy Alaska Operating LLC**
Formerly
**Forest Alaska Operating LLC**

and attaches hereto the original copy of the application for such amended certificate.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on **August 27, 2007.**

Emil Notti
Commissioner

Plaintiff EXHIBIT 1 p 1 of 2

AK Entity #: 103785
Date Filed: 08/27/2007 11:51 AM
State of Alaska
Department of Commerce



**Department of Commerce, Community, and Economic Development**
**Division of Corporations, Business and Professional Licensing**
**CORPORATIONS SECTION**
PO Box 110808
Juneau AK 99811-0808

# APPLICATION FOR AMENDED CERTIFICATE OF REGISTRATION
## For Foreign Limited Liability Company and Limited Partnership

Pursuant to the provisions of the Alaska Statutes, the undersigned applies for an amended certificate of registration to transact business in Alaska.

| | |
|---|---|
| **1. Name of the entity** (as it is currently stated on the Certificate of Registration): | **Alaska Entity #:** |
| Forest Alaska Operating LLC | 103785 |

**2. Amended name of entity** (if changing the name of the entity):
Pacific Energy Alaska Operating LLC

**3. The assumed name elected to use in Alaska if the legal name is not available:**

**4. The purpose of the entity other than those set forth in its prior application:**

| Purpose: | NAICS Code: |
|---|---|

**6. Address of the principal office of the entity in the state or country of domicile:**

| Name |
|---|
| Mailing Address |
| City, State, Zip |

**7. Other amendments to the prior registration are as follows:**

The PRINTED name and SIGNATURE by a person who is authorized by the law of the state or other jurisdiction where the company was organized to sign the application:

Signed this __27th__ day of __August__, 20__07__.

| Signature of Authorized Person | Printed Name | Title |
|---|---|---|
| *[signature]* | Pacific Energy Alaska Holdings, LLC By: Pacific Energy Resources Ltd. | Member |

By: Darren Katic, President

If the name of the entity is amended, an original Certificate of Compliance, sometimes referred to as a Certificate of Good Standing or Certificate of Existence, issued by the state of domicile of the entity must be filed with this application. The original certificate must not be older than 60 days.

A certified copy of the articles of amendment from the state of domicile must be attached to the Application for Amended Certificate of Registration.

State of Alaska
Filing Changes 3 Page(s)

08-456 (Rev. 9/05) alh

Plaintiff EXHIBIT 1 p 2 of 2

- 1 -

T0723944097

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "FOREST ALASKA OPERATING LLC", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "PACIFIC ENERGY ALASKA OPERATING LLC", THE TWENTY-FOURTH DAY OF AUGUST, A.D. 2007, AT 7:52 O'CLOCK P.M.



4213787  8320

070957709

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5954593

DATE: 08-27-07

Plaintiff EXHIBIT 2 p 1 of 2

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "PACIFIC ENERGY ALASKA OPERATING LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-SEVENTH DAY OF AUGUST, A.D. 2007.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "PACIFIC ENERGY ALASKA OPERATING LLC" WAS FORMED ON THE FIRST DAY OF SEPTEMBER, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.



4213787  8300

070957709

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5954594

DATE: 08-27-07

Plaintiff
EXHIBIT 2 p 2 of 2