Michael Jungreis, ASBA No. 7711184
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
michael.jungreis@hartig.com
mail@hartig.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING, LLC,<br><br>                  Plaintiffs,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>                  Defendant. | Case: A05-0078 CV (RRB)<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND CROSS-CLAIM** |

It appearing to the Court that the ends of justice will be served thereby, leave is granted to Co-Plaintiff Pacific Energy Alaska Operating LLC to file its amended complaint and cross-claim in the form appended to its motion requesting this relief. The remaining parties shall file their responsive pleadings thereafter in accordance with the time limit specified in Rule 15(a)(3), Fed.R.Civ.Pro.

DATED this _____ day of _____, 2008.

_____
Ralph R. Beistline
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of
January 2008 7a true and correct copy of
the foregoing was served on
Brewster H. Jamieson and Jeffry M. Feldman
by electronic means
through the ECF system as indicated on
the Notice of Electronic Filing.

*Becky Nelson Lewis*
Becky Nelson Lewis
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\100878\2\Pleadings\MOTION TO FILE AMENDED COMLPLAINT011508.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352