Michael Jungreis, ASBA No. 7711184
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
Phone: (907) 276-1592
Fax: (907) 277-4352
michael.jungreis@hartig.com
mail@hartig.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>　　　　　　　Defendant. | Case: A05-0078 CV (RRB)<br><br>**WITHDRAWAL BY CO-PLAINTIFF PACIFIC ENERGY OPERATING ALASKA LLC OF ITS MOTION TO FILE AMENDED COMPLAINT AND CROSS-CLAIM** |

　　　　Pacific Energy Alaska Operating LLC, (PEAO) hereby withdraws its motion to file amended complaint and cross-claim, Docket No. 113, filed January 15, 2008.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Withdrawal of Motion to Amend Complaint
FOREST V. UNION OIL CO.
Page 1 of 2
A05-0078 CV (RRB)

DATED at Anchorage, Alaska, this 18 day of January, 2008.

HARTIG RHODES HOGE & LEKISCH
Attorneys for Plaintiff
Pacific Energy Alaska Operating LLC

By: *Michael Jungreis*
Michael Jungreis

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of
January 2008 7a true and correct copy of
the foregoing was served on
Brewster H. Jamieson and Jeffry M. Feldman
by electronic means
through the ECF system as indicated on
the Notice of Electronic Filing.

*Becky Nelson Lewis*
Becky Nelson Lewis
Hartig Rhodes Hoge & Lekisch PC

F:\Docs\100878\2\Pleadings\wit hdrawal of MOTION TO FILE AMENDED COMLPLAINT011508.doc

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352