Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA, )<br>)<br>Defendant. )<br>_____) | Case No. 3:05-cv-00078-RRB<br><br>**JOINT STATUS REPORT** |

   The parties, Forest Oil Corporation, Pacific Energy Alaska Operating LLC, and Union Oil Company of California, jointly provide the Court with this report of the status of this case.

   The pretrial deadlines were previously stayed pending this Court's decision on a number of motions for partial summary judgment. Shortly after the Court decided these

motions, changes in ownership interests of the relevant assets of both Forest Oil and Unocal affected the claims and counterclaims in this case. (Chevron purchased Unocal in 2005 and Forest Oil conveyed its Alaska assets to Forest Alaska Operating LLC in late 2006.) Forest Alaska Operating LLC was added as a party plaintiff in July 2007. Shortly thereafter, it was purchased by Pacific Energy Resources Ltd., which changed its name to Pacific Energy Alaska Operating LLC. Pacific Energy Alaska Operating LLC retained its own counsel and moved to amend the pleading captions. That motion was granted January 8, 2008. These changes in ownership have introduced a new set of variables, rendering some of the claims moot and raising questions about the parties' alignment on the remaining claims. The parties anticipate the need for further discovery and motion practice to sort out these issues in light of the ownership transfers and to narrow the claims that remain disputed.

Even while the respective ownership interests were being transferred, the parties have worked diligently to narrow the claims and counterclaims that have been raised in this case. Forest Oil and Unocal have exchanged tens of thousands of documents related to these claims and their respective audit teams and counsel have independently reviewed each audit exception claim and response. Through this process, which is on-going, some of the audit exceptions have been narrowed or resolved. Approximately 250 Joint Account audit issues remain outstanding.

Despite the progress the original parties have made in narrowing these claims, the recent addition of Pacific Energy Alaska Operating LLC raises potential new issues that

will require additional discovery.  The parties jointly propose that discovery be extended for an additional six months, with the remaining pretrial deadlines reset accordingly.


Dated:  January 28, 2008          By:  ___s/ Jeffrey M. Feldman_____

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501
Phone: (907) 272-3538
Fax:    (907) 274-0819
Email:  feldman@frozenlaw.com
Email:  orlansky@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8106042]
*Attorneys for Forest Oil Corporation*


Dated:  January 28, 2008          By:  ___s/ Michael Jungreis (Consent) __

HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, Alaska  99501
Phone:  (907) 276-1592
Fax:    (907) 277-4352
Email:  mj@hartig.com
[Alaska Bar No. 7711184]
*Attorneys for Pacific Energy Alaska Operating*


Dated:  January 28, 2008          By:  ___s/ Brewster H. Jamieson (Consent)  __

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Phone:  (907) 277-9511
Fax:    (907) 276-2631
Email:  jamiesonb@lanepowell.com
[Alaska Bar No. 8411122]
*Attorneys for Unocal Alaska*

<u>Certificate of Service</u>

I hereby certify that on January 28, 2008,
a copy of the foregoing **Status Report** was
served electronically on:

Marc D. Bond
Brewster H. Jamieson
Michael Jungreis

<u>s/ Jeffrey M. Feldman</u>