
2006-083965-0

Recording Dist: 301 - Anchorage
12/13/2006 3:19 PM Pages: 1 of 4

DO&G 25-84                                          LEASE ADL __18777_____         _cc_
(LEASE ASSIGNMENT)                             EFFECTIVE DATE
Revised 12/01                                       OF LEASE _9-01-1962_____
DNR #10-113                              Is this lease producing? _X_ yes _____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000___ percent of the lease's working interest (See attached **Exhibit A**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___50.00000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N___, R__13 W__, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** ___C___
**PAGE** __1__ OF _92_

FOC 000753

_____

Assignor's Signature

Glen J. Mizenko, Vice President
Assignor's Name (Print or Type) & Title

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF__COLORADO__            )

_____

Date

Forest Oil Corporation
Company Name

Qualification File #____1641____

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation__, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

> Deborah S. Pottenger
> Notary Public
> State of Colorado
> My Commission Expires:
> May 11, 2008

Notary Public
My Commission expires 5-11-08

_____

Assignee's Signature

Cyrus D. Marter IV, Vice President and Secretary
Assignee's Name (Print or Type) & Title

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF__COLORADO__            )

_____

Date  10/31/06

Forest Alaska Holding LLC
Company Name

Qualification File #____2308____

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC__, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

> Deborah S. Pottenger
> Notary Public
> State of Colorado
> My Commission Expires:
> May 11, 2008

Notary Public
My Commission expires 5-11-08

APPROVAL

EXHIBIT __C__
PAGE _2_ OF _92_

2 of 4
2006-083965-0

FOC 000754

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_William D. Van Dyke, Acting Director_
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18777**
**ASSIGNOR:  FOREST OIL CORPORATION**
**ASSIGNEE:  FOREST ALASKA HOLDING LLC**

**EXHIBIT "A"**

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 17

<u>T. 9 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:   As to a 50.00000% working interest in 1,106.00 acres, more or less, and described as follows:

Section 7:    All  9.a1  SE4, 632.00 acres;
Section 18:   N2, SW4, 474.00 acres;

Pertains to all depths.

<u>Segment 2</u>:   As to a 46.80000% working interest in 796.00 acres, more or less, and described as follows:

Section 18:   SE4, 160.00 acres;
Section 19:   All, 636.00 acres;

Pertains to all land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment A</u>:   As to a 50.00000% working interest in 796.00 acres, more or less, and described as follows:

Section 18:   SE4, 160.00 acres;
Section 19:   All, 636.00 acres;

Pertains to the Grayling Gas Sands defined as the interval in the Trading Bay Unit K-2 well between the measured depths of 1,780 feet and 10,128 feet or its stratigraphic equivalent.

<u>Segment B</u>:   As to a 46.80000% working interest in 796.00 acres, more or less, and described as follows:

EXHIBIT __C__
PAGE __3__ OF __92__

3 of 4
2006-083965-0

FOC 000755

Section 18:    SE4, 160.00 acres;
Section 19:    All, 636.00 acres;

Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _____ / Page _____
*Lease not yet recorded*

4 of 4
2006-083965-0

EXHIBIT _C_
PAGE _4_ OF _92_

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __21068__
EFFECTIVE DATE
OF LEASE __07-01-1963__
Is this lease producing? __X__ yes ____no

*cc*

## STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202____,

as owner of ____46.80000____ percent of the lease's working interest

does hereby assign to ____Forest Alaska Operating LLC____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202____,

1. ____46.80000____ percent working interest;

2. ____zero____ percent overriding royalty interest.

3. The assignor is retaining ____zero____ percent of the lease's working interest.

4. The assignor is retaining ____zero____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__, R __14 W__, ____Seward____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 160 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name ____Forest Alaska Operating LLC____
Attn: __Land Administration__     Address __707 Seventeenth Street, Suite 3600__
____ City, State, Zip __Denver, Colorado 80202__

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT __C__
PAGE __5__ OF __72__

FOC 000749

_____
Assignor's Signature

October 31, 2006
Date

  Cyrus D. Marter IV, Vice President and Secretary
Assignor's Name (Print or Type) & Title

  Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF  COLORADO              )

Qualification File #    2308

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
My Commission expires  2/27/07

_____
Assignee's Signature

  10/31/06
Date

  Leonard C. Gurule, President
Assignee's Name (Print or Type) & Title

  Forest Alaska Operating LLC
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF  ALASKA                )

Qualification File #    2307

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for the State of _____Alaska_____, duly commissioned and sworn, personally appeared __Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

Notary Public
My Commission expires  3/9/2010

2 of 4
2006-083988-0

EXHIBIT  C
PAGE  6  OF  92

FOC 000750

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006

Effective Date of Assignment

3 of 4
2006-083988-0

EXHIBIT _____ Q
PAGE _____ 7 OF _____ 92

FOC 000751

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-21068
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 18

T. 9 N., R. 14 W., Seward Meridian, Alaska

Section 24:    SE4 160.00 acres;

Segment 1:

Pertains to land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the
Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:

Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well
or its stratigraphic equivalent.

Record in Anchorage RD
Lease Recorded at
Book _68_ / Page _151_

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

4 of 4
2006-083988-0

EXHIBIT _C_
PAGE _8_ OF _92_

FOC 000752

L
A
S
K
A



Recording Dist: 301 - Anchorage
12/13/2006 3:20 PM  Pages: 1 of 3

DO&G 25-84                                    LEASE ADL __21068_____       $CC$
(LEASE ASSIGNMENT)                   EFFECTIVE DATE
Revised 12/01                              OF LEASE __07-01-1963_____
DNR #10-113                               Is this lease producing? _X_ yes ____no

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__, R __14 W__, ___Seward___ Meridian

 **(See attached Exhibit "A" for complete description.)**
containing 160 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address _707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

EXHIBIT ___C___
PAGE __9__ OF __92__                              FOC 000746

_____          __10/31/06_____
Assignor's Signature                      Date

_Glen J. Mizenko, Vice President_____     _Forest Oil Corporation_____
Assignor's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )         Qualification File # ____1641_____
                                )SS.
STATE OF __COLORADO_____     )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

        Deborah S. Pottenger              _Deborah S. Pottenger_____
          Notary Public                   Notary Public
        State of Colorado                 My Commission expires _5-11-08_
      My Commission Expires:
         May 11, 2008

_____          __10/31/06_____
Assignee's Signature                      Date

_Cyrus D. Marter IV, Vice President and Secretary_     _Forest Alaska Holding LLC_____
Assignee's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )         Qualification File # ____2308_____
                                )SS.
STATE OF __COLORADO_____     )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

        Deborah S. Pottenger              _Deborah S. Pottenger_____
          Notary Public                   Notary Public
        State of Colorado                 My Commission expires _5-11-08_
      My Commission Expires:
         May 11, 2008

                        **APPROVAL**



EXHIBIT __C___                  2 of 3
PAGE _10_ OF _92_               2006-083966-0



FOC 000747

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

NOV 0 1 2006

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-21068
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 18

T. 9 N., R. 14 W., Seward Meridian, Alaska

Section 24:    SE4 160.00 acres;

Segment 1:

Pertains to land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:

Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Record in Anchorage RD
Lease Recorded at
Book 68 / Page 151

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

EXHIBIT    C
PAGE 11  OF 92

3 of 3
2006-083966-0

FOC 000748

ALASKA

**2006-083979-0**
Recording Dist: 301 - Anchorage
12/13/2006 3:28 PM Pages: 1 of 4



DO&G 25-84                                          LEASE ADL __17597_____        *CC*
(LEASE ASSIGNMENT)                          EFFECTIVE DATE
Revised 12/01                                   OF LEASE _03-01-1962_____
DNR #10-113                                  Is this lease producing? _X_ yes ____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___50.00000_____ percent of the lease's working interest,

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___50.00000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __10 N__, R __13 W__, ___Seward_____ Meridian
(See attached Exhibit "A" for complete description.)
containing approximately 4,560 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address _707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

EXHIBIT ___C___
PAGE _12_ OF _92_                                    FOC 000672

_____

Assignor's Signature

October 31, 2006
Date

Cyrus D. Marter IV, Vice President and Secretary
Assignor's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF  COLORADO              )

Qualification File #    2308

This certifies that on the   31st   day of   October   , 2006, before me, a notary public in and for the State of   Colorado   , duly commissioned and sworn, personally appeared  Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC  , to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Margaret A. Hoffmaster
Notary Public
My Commission expires   2/27/07

_____

Assignee's Signature

10/31/06
Date

Leonard C. Gurule, President
Assignee's Name (Print or Type) & Title

Forest Alaska Operating LLC
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF  ALASKA                )

Qualification File #    2307

This certifies that on the   31st   day of   October   , 2006, before me, a notary public in and for the State of   Alaska   , duly commissioned and sworn, personally appeared   Leonard C. Gurule, President of Forest Alaska Operating LLC  , to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Rebekah J. Haynes
Notary Public
My Commission expires   3/9/2010

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

EXHIBIT    C
PAGE 13 OF 92

2 of 4
2006-083979-0

FOC 000673

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006

Effective Date of Assignment

3 of 4
2006-083979-0

EXHIBIT _C_
PAGE _14_ OF _92_

FOC 000674

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17597
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit

<u>T. 10 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:   2,560.00 acres, more or less, and described as follows:

| Section 14: | All, 640 acres; |
| Section 15: | All, 640 acres; |
| Section 22: | All, 640 acres; |
| Section 23: | All, 640 acres; |

<u>Segment 2</u>:   2,000.00 acres, more or less, and described as follows:

| Section 27: | N2NE4, W1/2, 400.00 acres; |
| Section 28: | All, 640.00 acres; |
| Section 33: | All, 640.00 acres; |
| Section 34: | W1/2, 320.00 acres; |

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _43_ / Page _32_



4 of 4
2006-083979-0

EXHIBIT ___C___
PAGE _15_ OF _92_

FOC 000675



2006-083957-0
Recording Dist: 301 - Anchorage
12/13/2006 3:13 PM Pages: 1 of 3

DO&G 25-84                                          LEASE ADL __17597_____        CU
(LEASE ASSIGNMENT)                           EFFECTIVE DATE
Revised 12/01                                          OF LEASE __03-01-1962_____
DNR #10-113                                      Is this lease producing? __X__ yes _____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___50.00000_____ percent of the lease's working interest,

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___50.00000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__10 N__, R__13 W__, ____Seward____ Meridian
(See attached Exhibit "A" for complete description.)
containing approximately 4,560 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Holding LLC___
Attn: __Land Administration_____    Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

EXHIBIT ___C___
PAGE _16_ OF _92_

FOC 000669

_____    10/31/06
Assignor's Signature                Date

_Glen J. Mizenko, Vice President_    _Forest Oil Corporation_
Assignor's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )    Qualification File # ____1641____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado          _Deborah S Pottenger_
My Commission Expires:     Notary Public
May 11, 2008               My Commission expires 5-11-06

_____    10/31/06
Assignee's Signature                Date

_Cyrus D. Marter IV, Vice President and Secretary_    _Forest Alaska Holding LLC_
Assignee's Name (Print or Type) & Title              Company Name

THE UNITED STATES OF AMERICA    )    Qualification File # ____2308____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

Deborah S. Pottenger
Notary Public
State of Colorado          _Deborah S Pottenger_
My Commission Expires:     Notary Public
May 11, 2008               My Commission expires 5-11-08

APPROVAL

2 of 3
2006-083957-0

EXHIBIT _C_
PAGE_17_ OF_92_

FOC 000670

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

NOV 01 2006

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17597
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit

T. 10 N., R. 13 W., Seward Meridian, Alaska

Segment 1:  2,560.00 acres, more or less, and described as follows:

Section 14:     All, 640 acres;
Section 15:     All, 640 acres;
Section 22:     All, 640 acres;
Section 23:     All, 640 acres;

Segment 2:  2,000.00 acres, more or less, and described as follows:

Section 27:     N2NE4, W1/2, 400.00 acres;
Section 28:     All, 640.00 acres;
Section 33:     All, 640.00 acres;
Section 34:     W1/2, 320.00 acres;

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 43 / Page 32

EXHIBIT  C
PAGE 18 OF 92



3 of 3
2006-083957-0

FOC 000671



2006-083980-0
Recording Dist: 301 - Anchorage
12/13/2006 3:28 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __17602__

EFFECTIVE DATE
OF LEASE __02-01-1962__
Is this lease producing? __X__ yes ____no

*cc*

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____70.00000 & 46.80000____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ____Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ____70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ____zero_____ percent overriding royalty interest.

3. The assignor is retaining ____zero_____ percent of the lease's working interest.

4. The assignor is retaining ____zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T ___8 N___ , R ___14 W___ , ____Seward____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 1,920 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** __C__
**PAGE** __19__ **OF** __92__

FOC 000665

_____    October 31, 2006    _____
Assignor's Signature    Date

  Cyrus D. Marter IV, Vice President and Secretary    _    Forest Alaska Holding LLC    _____
Assignor's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )    Qualification File # ____2308____
                                 )SS.
STATE OF __COLORADO_____    )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

                                            _____
                                            Notary Public
                                            My Commission expires __2/29/07__

_____    __10/31/06_____
Assignee's Signature    Date

  Leonard C. Gurule, President    _    Forest Alaska Operating LLC    _____
Assignee's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )    Qualification File # ____2307____
                                 )SS.
STATE OF__ALASKA_____    )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared __Leonard C. Gurule, President of Forest Alaska Operating LLC__, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

                                            _____
                                            Notary Public
                                            My Commission expires __3/9/2010__

EXHIBIT    C
PAGE __20__ OF __92__

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_William D. Van Dyke, Acting Director_
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

3 of 4
2006-083980-0

EXHIBIT ___C___
PAGE _21_ OF _92_

FOC 000667

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17602
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 6

T. 8 N., R. 14 W., Seward Meridian, Alaska

Segment 1:   As to a 70.00000% working interest in 1,280.00 acres, more or less, and described as follows:

Section 2:       All, 640.00 acres;
Section 11:     All, 640.00 acres;

Pertains to all depths.

Segment 3:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:       E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent.

Segment B:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:       E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well of the stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Record in Anchorage RD
Lease Recorded at
Book 42 / Page 273

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

EXHIBIT ____C____
PAGE 22 OF 92



4 of 4
2006-083980-0

FOC 000668



2006-083958-0
Recording Dist: 301 - Anchorage
12/13/2006 3:15 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __17602_____
EFFECTIVE DATE
OF LEASE __02-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____70.00000 & 46.80000____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__8 N__, R__14 W__, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**

containing 1,920 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:

Name _____Forest Alaska Holding LLC_____

Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____

_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT _____C_____
PAGE _23_ OF _92_

FOC 000661

_____          __10/31/06_____
Assignor's Signature                      Date

  Glen J. Mizenko, Vice President           Forest Oil Corporation
Assignor's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )         Qualification File # ____1641____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

          Deborah S. Pottenger            _____
            Notary Public                 Notary Public
          State of Colorado               My Commission expires 5-11-08
         My Commission Expires:
           May 11, 2008                   __10/31/06_____
_____          Date
Assignee's Signature

  Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC
Assignee's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )         Qualification File # ____2308____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

  Deborah S. Pottenger                     _____
    Notary Public                          Notary Public
  State of Colorado                        My Commission expires 5-11-08
My Commission Expires:
   May 11, 2008              APPROVAL

EXHIBIT  C
PAGE 24 OF 92              2 of 4
                         2006-083958-0           FOC 000662

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

NOV 01 2006

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17602
ASSIGNOR:   FOREST OIL CORPORATION
ASSIGNEE:   FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 6

T. 8 N., R. 14 W., Seward Meridian, Alaska

Segment 1:   As to a 70.00000% working interest in 1,280.00 acres, more or less, and described as follows:

Section 2:       All, 640.00 acres;
Section 11:     All, 640.00 acres;

Pertains to all depths.

Segment 3:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:       E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent.

Segment B:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:       E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well of the stratigraphic equivalent.

EXHIBIT __C__
PAGE _25_ OF _92_

3 of 4
2006-083958-0

FOC 000663

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book  42  / Page  273

4 of 4
2006-083958-0

**EXHIBIT**  C
**PAGE** 26 **OF** 92

FOC 000664



2006-083981-0
Recording Dist: 301 - Anchorage
12/13/2006 3:28 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18716_____    *CC*
EFFECTIVE DATE
OF LEASE __09-01-1962_____
Is this lease producing? _X__ yes ____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ___Forest Alaska Holding LLC_____ ,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____ ,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Operating LLC_____ , the assignee,

whose address is ___707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____ ,

1. ___46.80000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. LANDS AFFECTED by this assignment of interest (Attach Exhibit A if necessary)

T __8 N__ , R __13 W__ , ___Seward____ Meridian

__(See attached Exhibit "A" for complete description.)__
containing 462.50 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

EXHIBIT _C_
PAGE _27_ OF _92_          FOC 000657

_____  
Assignor's Signature

October 31, 2006  
Date

Cyrus D. Marter IV, Vice President and Secretary  
Assignor's Name (Print or Type) & Title

Forest Alaska Holding LLC  
Company Name

THE UNITED STATES OF AMERICA  )  
                                                          )SS.  
STATE OF   COLORADO                        )

Qualification File #  _____2308_____

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

_____  
Notary Public  
My Commission expires  _1/29/09_

_____  
Assignee's Signature

_10/31/06_____  
Date

Leonard C. Gurule, President  
Assignee's Name (Print or Type) & Title

Forest Alaska Operating LLC  
Company Name

THE UNITED STATES OF AMERICA  )  
                                                          )SS.  
STATE OF   ALASKA                            )

Qualification File #  _____2307_____

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for the State of _____Alaska_____, duly commissioned and sworn, personally appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public  
REBEKAH J. HAYNES  
State of Alaska  
My Commission Expires Mar. 9, 2010

_____  
Notary Public  
My Commission expires  _3/9/2010_

2 of 4  
2006-083981-0

EXHIBIT ___C___  
PAGE _28_ OF _92_

FOC 000658

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

3 of 4
2006-083981-0

EXHIBIT _C_
PAGE 29 OF 92

FOC 000659

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18716
ASSIGNOR:   FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 9

T. 8 N., R. 13 W., Seward Meridian, Alaska

Section 19:    N2, SE4 462.50 acres;

Segment 3:

Pertaining to land from the surface to a depth of 1,780 feet MD or its stratigraphic equivalent in the Trading Bay
Unit K-2 well .

Segment C:

Pertaining to land below 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _____ / Page _____
*Lease not yet recorded*

4 of 4
2006-083981-0

EXHIBIT   C
PAGE 30 OF 22

FOC 000660