

2006-083959-0

Recording Dist: 301 - Anchorage
12/13/2006 3:15 PM Pages: 1 of 3

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18716_____
EFFECTIVE DATE
OF LEASE __09-01-1962_____
Is this lease producing? __X__ yes _____no

## STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ____Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__8 N__, R__13 W__, ___Seward_____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 462.50 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** ___C___
**PAGE** _31_ OF _72_

FOC 000654

_____  
Assignor's Signature

Date: 10/31/06

Glen J. Mizenko, Vice President  
Assignor's Name (Print or Type) & Title

Forest Oil Corporation  
Company Name

THE UNITED STATES OF AMERICA )  
                              )SS.  
STATE OF COLORADO )

Qualification File # 1641

This certifies that on the **31st** day of **October**, 2006, before me, a notary public in and for the State of **Colorado**, duly commissioned and sworn, personally appeared **Glen J. Mizenko, Vice President of Forest Oil Corporation**, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger  
Notary Public  
State of Colorado  
My Commission Expires:  
May 11, 2008

_____  
Notary Public  
My Commission expires 5-11-08

_____  
Assignee's Signature

Date: 10/31/06

Cyrus D. Marter IV, Vice President and Secretary  
Assignee's Name (Print or Type) & Title

Forest Alaska Holding LLC  
Company Name

THE UNITED STATES OF AMERICA )  
                              )SS.  
STATE OF COLORADO )

Qualification File # 2308

This certifies that on the **31st** day of **October**, 2006, before me, a notary public in and for the State of **Colorado**, duly commissioned and sworn, personally appeared **Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC**, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger  
Notary Public  
State of Colorado  
My Commission Expires:  
May 11, 2008

APPROVAL

_____  
Notary Public  
My Commission expires 5-11-08

EXHIBIT C  
PAGE 32 OF 72

2 of 3  
2006-083959-0

FOC 000655

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

_____
Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18716
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 9

T. 8 N., R. 13 W., Seward Meridian, Alaska

Section 19:    N2, SE4 462.50 acres;

Segment 3:

Pertaining to land from the surface to a depth of 1,780 feet MD or its stratigraphic equivalent in the Trading Bay Unit K-2 well .

Segment C:

Pertaining to land below 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _____ / Page _____
Lease not yet recorded

3 of 3
2006-083959-0

EXHIBIT ___C___
PAGE _33_ OF _92_

FOC 000656

2006-083982-0

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18729__
EFFECTIVE DATE
OF LEASE __10-01-1962__
Is this lease producing? __X__ yes ____no

*CC*

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC____ ,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202____ ,

as owner of __46.80000 & 50.00000__ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ____Forest Alaska Operating LLC____ , the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202____ ,

1. __46.80000 & 50.00000__ percent working interest (See attached **Exhibit "A"**);

2. __zero__ percent overriding royalty interest.

3. The assignor is retaining __zero__ percent of the lease's working interest.

4. The assignor is retaining __zero__ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __8 N__ , R __13 W__ , __Seward__ Meridian

(See attached Exhibit "A" for complete description.)
containing 1,365 acres more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name ____Forest Alaska Operating LLC____
Attn: __Land Administration__    Address __707 Seventeenth Street, Suite 3600__
____ City, State, Zip __Denver, Colorado 80202__

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** __C__
**PAGE** __34__ OF __92__

FOC 000649

_____          October 31, 2006_____
Assignor's Signature                      Date

  Cyrus D. Marter IV, Vice President and Secretary          Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )         Qualification File #    2308
                                )SS.
STATE OF  COLORADO              )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared  Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                                          _____
                                          Notary Public
                                          My Commission expires _____

_____          __10/31/06_____
Assignee's Signature                      Date

  Leonard C. Gurule, President             Forest Alaska Operating LLC___
Assignee's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )         Qualification File #    2307
                                )SS.
STATE OF  ALASKA               )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared  Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

                                          _____
                                          Notary Public
                                          My Commission expires 3/9/2010

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

EXHIBIT    C
PAGE 35 OF 92

2 of 5
2006-083982-0

FOC 000650

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment



3 of 5
2006-083982-0

EXHIBIT ___C___
PAGE _36_ OF _92_

FOC 000651

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18729
ASSIGNOR: FOREST ALASKA HOLDING LLC
ASSIGNEE: FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 10

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 2:   As to a 46.80000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:      W2, SE4, 442.00 acres;
Section 8:      S2, 320.00 acres;
Section 18:    All, 603.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 Well or its stratigraphic equivalent.

Segment A:   As to a 46.80000% working interest in 3,085.00 acres, more or less, and described as follows:

Section 5:      All;
Section 6:      All;
Section 7:      All;
Section 8:      All;
Section 18:    All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:   As to a 50.00000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:      W2, SE4 442.00 acres;
Section 8:      S2 320.00 acres;
Section 18:    All, 603.00 acres;

containing 1,365 acres more or less. Pertains the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay unit K-2 well or its stratigraphic equivalent.

4 of 5
2006-083982-0

EXHIBIT ___C___
PAGE _37_ OF _92_

FOC 000652

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 111 / Page 229

EXHIBIT _C_
PAGE 38 OF 92



5 of 5
2006-083982-0

FOC 000653



2006-083960-0
Recording Dist: 301 - Anchorage
12/13/2006 3:16 PM Pages: 1 of 4

A
S
K
A

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18729_____
EFFECTIVE DATE
OF LEASE __10-01-1962_____
Is this lease producing? __X__ yes _____no

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor ____Forest Oil Corporation_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __8 N__, R __13 W__, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 1,365 acres more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT __B__
PAGE_39_ OF_92_

FOC 000645

_Assignor's Signature_

Glen J. Mizenko, Vice President
Assignor's Name (Print or Type) & Title

Date: 10/31/06

Forest Oil Corporation
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF   COLORADO             )

Qualification File #   1641

This certifies that on the __31st__ day of __October__, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation_, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires 5-11-08

_Assignee's Signature_

Cyrus D. Marter IV, Vice President and Secretary
Assignee's Name (Print or Type) & Title

Date: 10/31/06

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF  COLORADO              )

Qualification File #   2308

This certifies that on the __31st__ day of __October__, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

APPROVAL

Notary Public
My Commission expires 5-11-08

EXHIBIT   C
PAGE 40 OF 92

2 of 4
2006-083960-0

FOC 000646

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18729
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 10

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 2:   As to a 46.80000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:    W2, SE4, 442.00 acres;
Section 8:    S2, 320.00 acres;
Section 18:   All, 603.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 Well or its stratigraphic equivalent.

Segment A:   As to a 46.80000% working interest in 3,085.00 acres, more or less, and described as follows:

Section 5:    All;
Section 6:    All;
Section 7:    All;
Section 8:    All;
Section 18:   All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:   As to a 50.00000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:    W2, SE4 442.00 acres;
Section 8:    S2 320.00 acres;
Section 18:   All, 603.00 acres;

EXHIBIT  C
PAGE 41 OF 72

3 of 4
2006-083960-0

FOC 000647

containing 1,365 acres more or less. Pertains the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay unit K-2 well or its stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 111 / Page 229

4 of 4
2006-083960-0

EXHIBIT _C_
PAGE _42_ OF _92_

FOC 000648

2006-083983-0
Recording Dist: 301 - Anchorage
12/13/2006 3:30 PM Pages: 1 of 5

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18730_____

EFFECTIVE DATE

OF LEASE __10-01-1962____

Is this lease producing? __X__ yes ____no

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000___ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___9 N__, R___13 W__, ____Seward____ Meridian
(See attached **Exhibit "A"** for complete description.)
containing approximately 2,880 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _43_ **OF** _92_

FOC 000640

_____    October 31, 2006
Assignor's Signature                Date

Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC
Assignor's Name (Print or Type) & Title              Company Name

THE UNITED STATES OF AMERICA    )        Qualification File #    2308
                                )SS.
STATE OF   COLORADO             )

This certifies that on the   31st   day of   October   , 2006, before me, a notary public in and for
the State of          Colorado          , duly commissioned and sworn, personally
appeared   Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC   , to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                                        _____
                                        Notary Public
                                        My Commission expires   9/29/07

_____    10/31/06
Assignee's Signature                Date

  Leonard C. Gurule, President        Forest Alaska Operating LLC
Assignee's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )        Qualification File #    2307
                                )SS.
STATE OF   ALASKA               )

This certifies that on the   31st   day of   October   , 2006, before me, a notary public in and for
the State of          Alaska          , duly commissioned and sworn, personally
appeared     Leonard C. Gurule, President of Forest Alaska Operating LLC     , to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

                                        _____
                                        Notary Public
                                        My Commission expires  3/9/2010

2 of 5
2006-083983-0

EXHIBIT   C
PAGE 44 OF 92

FOC 000641

## APPROVAL

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

EXHIBIT
PAGE 45 OF 92



3 of 5
2006-083983-0

FOC 000642

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18730
ASSIGNOR:   FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 11

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment A:  As to a 46.80000% working interest in 2,880.00 acres, more or less, and described as follows:

Section 26:     W1/2;
Section 27:     All;
Section 28:     All;
Section 33:     All;
Section 34:     All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:  As to a 50.00000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:     W2, 320.00 acres;
Section 27:     E2, 320.00 acres;
Section 34:     E2, SW4, 480.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 2:  As to a 46.80000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:     W2, 320.00 acres;
Section 27:     E2, 320.00 acres;
Section 34:     E2, SW4, 480.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 3:  As to a 50.00000% working interest in 960.00 acres, more or less, and described as follows:

EXHIBIT     C
PAGE 46 OF 92



FOC 000643

4 of 5
2006-083983-0

Section 26:    E2, 320.00 acres;
Section 35:    All, 640.00 Acres

Pertains to all depths.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _III_ / Page _220_

**EXHIBIT** _C_
**PAGE** _47_ **OF** _92_



5 of 5
2006-083983-0

FOC 000644



2006-083961-0
Recording Dist: 301 - Anchorage
12/13/2006 3:17 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18730__
EFFECTIVE DATE
OF LEASE __10-01-1962__
Is this lease producing? __X__ yes ____no

*Cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____ ,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202____ ,

as owner of __46.80000 & 50.00000__ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC___ , the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202____ ,

1. __46.80000 & 50.00000__ percent working interest (See attached **Exhibit "A"**);

2. ___zero___ percent overriding royalty interest.

3. The assignor is retaining ___zero___ percent of the lease's working interest.

4. The assignor is retaining ___zero___ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__, R__13 W__, ___Seward___ Meridian
(See attached Exhibit **"A"** for complete description.)
containing approximately 2,880 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name ____Forest Alaska Holding LLC___
Attn: __Land Administration__    Address __707 Seventeenth Street, Suite 3600__
_____ City, State, Zip __Denver, Colorado 80202__

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT __C__
PAGE __48__ OF __92__

FOC 000636

_____        _10/31/06_____
Assignor's Signature                                     Date

_Glen J. Mizenko, Vice President_____        _Forest Oil Corporation_____
Assignor's Name (Print or Type) & Title                  Company Name

THE UNITED STATES OF AMERICA    )                Qualification File #    1641____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_____        _Deborah S. Pottenger_____
Assignee's Signature                                     Notary Public
                                                         My Commission expires _5-11-08_

                                                         _10/31/06_____
_Cyrus D. Marter IV, Vice President and Secretary        Date
Assignee's Name (Print or Type) & Title                  _Forest Alaska Holding LLC_____
                                                         Company Name

THE UNITED STATES OF AMERICA    )                Qualification File #    2308____
                                )SS.
STATE OF_COLORADO_____    )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_____        _Deborah S Pottenger_____
                                                         Notary Public
                                                         My Commission expires _5-11-08_

APPROVAL

2 of 4
2006-083961-0

EXHIBIT    C
PAGE 49 OF 72

FOC 000637

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18730
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 11

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment A:  As to a 46.80000% working interest in 2,880.00 acres, more or less, and described as follows:

| Section 26: | W1/2; |
| Section 27: | All; |
| Section 28: | All; |
| Section 33: | All; |
| Section 34: | All; |

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:  As to a 50.00000% working interest in 1,120.00 acres, more or less, and described as follows:

| Section 26: | W2, 320.00 acres; |
| Section 27: | E2, 320.00 acres; |
| Section 34: | E2, SW4, 480.00 acres; |

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 2:  As to a 46.80000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:    W2, 320.00 acres;

3 of 4
2006-083961-0

EXHIBIT  C
PAGE 50 OF 92

FOC 000638

Section 27:    E2, 320.00 acres;
Section 34:    E2, SW4, 480.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 3:    As to a 50.00000% working interest in 960.00 acres, more or less, and described as follows:

Section 26:    E2, 320.00 acres;
Section 35:    All, 640.00 Acres

Pertains to all depths.

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 111 / Page 220

4 of 4
2006-083961-0

EXHIBIT    C
PAGE 51 OF 92

2006-083984-0

Recording Dist: 301 - Anchorage
12/13/2006 3:30 PM Pages: 1 of 5

███████████████████████████████████

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18731_____
EFFECTIVE DATE
OF LEASE __10-01-1962_____
Is this lease producing? __X__ yes ____no

*CC*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____50.00000 & 46.80000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___50.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining __zero_____ percent of the lease's working interest.

4. The assignor is retaining __zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N___, R__13 W__, ___Seward_____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 3,840 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip ___Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** __C__
PAGE _52_ OF _92_

FOC 000631

_____    October 31, 2006_____
Assignor's Signature                Date

 Cyrus D. Marter IV, Vice President and Secretary____    Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title            Company Name

THE UNITED STATES OF AMERICA        )        Qualification File # ____2308____
                                     )SS.
STATE OF__COLORADO_____        )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                                    _____
                                    Notary Public
                                    My Commission expires _2/27/07_

_____    _10/31/06_____
Assignee's Signature                Date

 Leonard C. Gurule, President_____    Forest Alaska Operating LLC___
Assignee's Name (Print or Type) & Title            Company Name

THE UNITED STATES OF AMERICA        )        Qualification File # ____2307____
                                     )SS.
STATE OF__ALASKA_____       )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Alaska_____, duly commissioned and sworn, personally
appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

                                    _____
Notary Public                       Notary Public
REBEKAH J. HAYNES                   My Commission expires _3/9/2010_
State of Alaska
My Commission Expires Mar. 9, 2010

2 of 5
2006-083984-0

EXHIBIT __C__
PAGE_53_ OF_72_

FOC 000632

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

_____NOV 0 1 2006_____
Effective Date of Assignment

3 of 5
2006-083984-0

EXHIBIT _C_
PAGE 54 OF 92

FOC 000633

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18731
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 12

<u>T. 9 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:  As to a 46.8000% working interest in 3,840.00 acres, more or less, and described as follows:

| Section 3: | All 640.00 acres; |
|---|---|
| Section 4: | All 640.00 acres; |
| Section 5: | All 640.00 acres; |
| Section 8: | All 640.00 acres; |
| Section 9: | All 640.00 acres; |
| Section 10: | All 640.00 acres; |

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment A</u>:  As to a 50.00000% working interest in 3,840.00 acres, more or less, and described as follows:

| Section 3: | All 640.00 acres; |
|---|---|
| Section 4: | All 640.00 acres; |
| Section 5: | All 640.00 acres; |
| Section 8: | All 640.00 acres; |
| Section 9: | All 640.00 acres; |
| Section 10: | All 640.00 acres; |

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment B</u>:  As to a 46.80000% working interest in 3,840.00 acres, more or less, and described as follows:

| Section 3: | All 640.00 acres; |
|---|---|
| Section 4: | All 640.00 acres; |
| Section 5: | All 640.00 acres; |
| Section 8: | All 640.00 acres; |
| Section 9: | All 640.00 acres; |
| Section 10: | All 640.00 acres; |



4 of 5
2006-083984-0

FOC 000634

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 109 / Page 10

5 of 5
2006-083984-0

EXHIBIT ___C___
PAGE 56 OF 92

A
L
A
S
K
A

2006-083962-0
Recording Dist: 301 - Anchorage
12/13/2006 3:17 PM Pages: 1 of 4



DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18731_____
EFFECTIVE DATE
OF LEASE __10-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___50.00000 & 46.80000___ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___50.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__, R __13 W__, __Seward__ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 3,840 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** __C__
**PAGE** __57__ **OF** __92__

FOC 000627

_____  
Assignor's Signature

  Glen J. Mizenko, Vice President_____  
Assignor's Name (Print or Type) & Title

THE UNITED STATES OF AMERICA )  
                             )SS.  
STATE OF__COLORADO_____ )

_____10/31/06_____  
Date

  Forest Oil Corporation_____  
Company Name

Qualification File #_____1641_____

This certifies that on the _31st__ day of __October_____, 2006, before me, a notary public in and for the State of_____Colorado_____, duly commissioned and sworn, personally appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger  
Notary Public  
State of Colorado  
My Commission Expires:  
May 11, 2008

_____  
Notary Public  
My Commission expires _5-11-08_

_____10/31/06_____  
Date

  Forest Alaska Holding LLC_____  
Company Name

_____  
Assignee's Signature

  Cyrus D. Marter IV, Vice President and Secretary  
Assignee's Name (Print or Type) & Title

THE UNITED STATES OF AMERICA )  
                             )SS.  
STATE OF__COLORADO_____ )

Qualification File #_____2308_____

This certifies that on the _31st_____ day of __October_____, 2006, before me, a notary public in and for the State of_____Colorado_____, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger  
Notary Public  
State of Colorado  
My Commission Expires:  
May 11, 2008

_____  
Notary Public  
My Commission expires _5-11-08_

APPROVAL

2 of 4  
2006-083962-0

EXHIBIT __C__  
PAGE_58_ OF _92_

FOC 000628

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____ for          NOV 0 1 2006
William D. Van Dyke, Acting Director         Effective Date of Assignment
Division of Oil and Gas, DNR, State of Alaska

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18731**
**ASSIGNOR:  FOREST OIL CORPORATION**
**ASSIGNEE:  FOREST ALASKA HOLDING LLC**

**EXHIBIT "A"**

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 12

<u>T. 9 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:   As to a 46.8000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:       All 640.00 acres;
Section 4:       All 640.00 acres;
Section 5:       All 640.00 acres;
Section 8:       All 640.00 acres;
Section 9:       All 640.00 acres;
Section 10:      All 640.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment A</u>:   As to a 50.00000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:       All 640.00 acres;
Section 4:       All 640.00 acres;
Section 5:       All 640.00 acres;
Section 8:       All 640.00 acres;
Section 9:       All 640.00 acres;
Section 10:      All 640.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment B</u>:   As to a 46.80000% working interest in 3,840.00 acres, more or less, and described as follows:

EXHIBIT _C_
PAGE_59_ OF _92_



3 of 4
2006-083962-0

FOC 000629

| Section 3: | All 640.00 acres; |
| Section 4: | All 640.00 acres; |
| Section 5: | All 640.00 acres; |
| Section 8: | All 640.00 acres; |
| Section 9: | All 640.00 acres; |
| Section 10: | All 640.00 acres; |

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

> Record in Anchorage RD
> Lease Recorded at
> Book 109 / Page 10

4 of 4
2006-083962-0

EXHIBIT _C_
PAGE _60_ OF _92_

FOC 000630