

2006-083985-0
Recording Dist: 301 - Anchorage
12/13/2006 3:31 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18758_____
EFFECTIVE DATE
OF LEASE `09-01-1962_____
Is this lease producing? __X__ yes _____no

*Cc*

## STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

## ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of _____70.00000 & 46.80000____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to _____Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ____zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___9 N___ , R__14 W__ , ___Seward_____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 880 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:

Name _____Forest Alaska Operating LLC_____

Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____

_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _01_ OF _92_

**FOC 000623**

_____

Assignor's Signature

October 31, 2006

Date

  Cyrus D. Marter IV, Vice President and Secretary

Assignor's Name (Print or Type) & Title

   Forest Alaska Holding LLC

Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF  COLORADO              )

Qualification File #  __ 2308 __

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared  Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC _____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_____
Notary Public
My Commission expires __2/29/09__

_____

Assignee's Signature

__10/31/06__

Date

  Leonard C. Gurule, President

Assignee's Name (Print or Type) & Title

   Forest Alaska Operating LLC

Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF  ALASKA                )

Qualification File #  ___ 2307 ___

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for the State of _____Alaska_____, duly commissioned and sworn, personally appeared   Leonard C. Gurule, President of Forest Alaska Operating LLC _____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

_____
Notary Public
My Commission expires __3|9|2010__

EXHIBIT  C
PAGE 62 OF 92

2 of 4
2006-083985-0

FOC 000624

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

3 of 4
2006-083985-0

EXHIBIT   C
PAGE 123 OF 92

FOC 000625

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18758
ASSIGNOR:   FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 13

T. 9 N., R. 14 W., Seward Meridian, Alaska

Segment 1:   As to a 70.00000% working interest in 400.00 acres, more or less, and described as follows:

Section 35:    SE4SE4, 40.00 acres;
Section 36:    S2, SE4NW4, 360.00 acres;

Pertains to all depths.

*480.00 g-a-*

Segment 3:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 25:    E2, 320.00 acres;
Section 36:    NE4, 160.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

*480.00 g-a-*

Segment B:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 25:    E2, 320.00 acres;
Section 36:    NE4, 160.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 3441 / Page 384



EXHIBIT  C
PAGE 64 OF 92

4 of 4
2006-083985-0

FOC 000626

DO&G 25-84                                          LEASE ADL __18758_____
(LEASE ASSIGNMENT)                          EFFECTIVE DATE
Revised 12/01                                        OF LEASE __09-01-1962_____
DNR #10-113                                       Is this lease producing? __X__ yes ____no

*Cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____ Forest Oil Corporation _____,

whose address is _____ 707 Seventeenth Street, Suite 3600, Denver, Colorado 80202 _____,

as owner of _____ 70.00000 & 46.80000 _____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to _____ Forest Alaska Holding LLC _____, the assignee;

whose address is _____ 707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202 _____,

1. _____ 70.00000 & 46.80000 _____ percent working interest (See attached **Exhibit "A"**);

2. _____ zero _____ percent overriding royalty interest.

3. The assignor is retaining _____ zero _____ percent of the lease's working interest.

4. The assignor is retaining _____ zero _____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__ 9 N __, R __14 W __, _____ Seward _____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 880 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____ Forest Alaska Holding LLC _____
Attn: __ Land Administration _____ Address __707 Seventeenth Street, Suite 3600 _____
_____ City, State, Zip __ Denver, Colorado 80202 _____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _65_ OF _92_

FOC 000619

_____     _10/31/06_____
Assignor's Signature                Date

_Glen J. Mizenko, Vice President____     _Forest Oil Corporation_____
Assignor's Name (Print or Type) & Title     Company Name

THE UNITED STATES OF AMERICA    )     Qualification File # ____1641____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_____
Notary Public
My Commission expires _5-11-08_

_____     _10/31/06_____
Assignee's Signature                Date

_Cyrus D. Marter IV, Vice President and Secretary__     _Forest Alaska Holding LLC_____
Assignee's Name (Print or Type) & Title     Company Name

THE UNITED STATES OF AMERICA    )     Qualification File # ____2308____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_____
Notary Public
My Commission expires _5-11-08_

APPROVAL

2 of 4
2006-083963-0

EXHIBIT _C_
PAGE _66_ OF _92_

FOC 000620

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_William D. Van Dyke, Acting Director_
Division of Oil and Gas, DNR, State of Alaska

NOV 0 ＜ 2006

_Effective Date of Assignment_

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18758
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 13

T. 9 N., R. 14 W., Seward Meridian, Alaska

Segment 1:   As to a 70.00000% working interest in 400.00 acres, more or less, and described as follows:

Section 35:    SE4SE4, 40.00 acres;
Section 36:    S2, SE4NW4, 360.00 acres;

Pertains to all depths.

480.00 Ə.α.

Segment 3:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 25:    E2, 320.00 acres;
Section 36:    NE4, 160.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

480.00 Ə.α.

Segment B:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 25:    E2, 320.00 acres;
Section 36:    NE4, 160.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

EXHIBIT   _C_
PAGE _67_ OF _72_

3 of 4
2006-083963-0

FOC 000621

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 3441 / Page 384

4 of 4
2006-083963-0

EXHIBIT ___6___
PAGE _68_ OF _92_

FOC 000622

L
A
S
K
A

**2006-083986-0**
Recording Dist: 301 - Anchorage
12/13/2006 3:31 PM Pages: 1 of 4



DO&G 25-84                          LEASE ADL __18772_____
(LEASE ASSIGNMENT)                  EFFECTIVE DATE
Revised 12/01                          OF LEASE _9-01-1962_____          *cc*
DNR #10-113                         Is this lease producing? __X__ yes _____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest,

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. LANDS AFFECTED by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__, R__13 W__, ___Seward___ Meridian

(See attached Exhibit "A" for complete description.)
Containing 1,600 acres more or less.

The Notification Lessee for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: ___Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip ___Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _69_ **OF** _72_

FOC 000615

_____     October 31, 2006
Assignor's Signature                          Date

_Cyrus D. Marter IV, Vice President and Secretary_     _Forest Alaska Holding LLC_
Assignor's Name (Print or Type) & Title           Company Name

THE UNITED STATES OF AMERICA    )         Qualification File # _____2308_____
                              )SS.
STATE OF __COLORADO_____ )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____ Colorado _____, duly commissioned and sworn, personally
appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

                                   _____
                                   Notary Public
                                   My Commission expires 1/29/09

_____     10/31/06
Assignee's Signature                          Date

_Leonard C. Gurule, President_          _Forest Alaska Operating LLC_____
Assignee's Name (Print or Type) & Title          Company Name

THE UNITED STATES OF AMERICA    )         Qualification File # _____2307_____
                              )SS.
STATE OF__ALASKA_____ )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____ Alaska _____, duly commissioned and sworn, personally
appeared __Leonard C. Gurule, President of Forest Alaska Operating LLC____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

                                   _____
                                   Notary Public
                                   My Commission expires 3/9/2010

**APPROVAL**

EXHIBIT _C_
PAGE _70_ OF _92_

2 of 4
2006-083986-0           FOC 000616

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

3 of 4
2006-083986-0

EXHIBIT __C__
PAGE _71_ OF _92_

FOC 000617

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18772
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 14

<u>T. 9 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 2</u>:   As to 1,600.00 acres, more or less, and described as follows:

Section 15:     All;
Section 22:     All;
Section 23:     W1/2;

Pertaining to land from the surface to the top of the Grayling Gas Sands.

<u>Segment B</u>:   As to 1,600.00 acres, more or less, and described as follows:

Section 15:     All;
Section 22:     All;
Section 23:     W1/2;

Pertaining to land below the Grayling Gas Sands.

Record in Anchorage RD
Lease Recorded at
MISC Book 54 / Page 63

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

4 of 4
2006-083986-0

EXHIBIT     C
PAGE 72 OF 92

FOC 000618



L
A
S
K
A

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18772_____
EFFECTIVE DATE
OF LEASE _9-01-1962_____
Is this lease producing? _X_ yes ____no

*cc*

**STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest,

does hereby assign to ____Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__ , R __13 W__ , ___Seward_____ Meridian

(**See attached Exhibit "A" for complete description.**)
Containing 1,600 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: ___Land Administration_____ Address _707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _73_ **OF** _92_

FOC 000612

_____
Assignor's Signature

_10/31/06_____
Date

  Glen J. Mizenko, Vice President_____
Assignor's Name (Print or Type) & Title

  Forest Oil Corporation_____
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF__COLORADO_____    )

Qualification File # ____1641____

This certifies that on the __31st___ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

            Deborah S. Pottenger
            Notary Public
            State of Colorado
            My Commission Expires:
            May 11, 2008

_Deborah S Pottenger_____
Notary Public
My Commission expires _5-11-08_

_____
Assignee's Signature

_10/31/06_____
Date

  Cyrus D. Marter IV, Vice President and Secretary
Assignee's Name (Print or Type) & Title

  Forest Alaska Holding LLC_____
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF__COLORADO_____    )

Qualification File # ____2308____

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

            Deborah S. Pottenger
            Notary Public
            State of Colorado
            My Commission Expires:
            May 11, 2008

_Deborah S Pottenger_____
Notary Public
My Commission expires _5-11-08_

APPROVAL

2 of 3
2006-083964-0

EXHIBIT ___C___
PAGE _14_ OF _72_

FOC 000613

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

NOV 01 2006

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18772
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 14

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 2:   As to 1,600.00 acres, more or less, and described as follows:

Section 15:    All;
Section 22:    All;
Section 23:    W1/2;

Pertaining to land from the surface to the top of the Grayling Gas Sands.

Segment B:   As to 1,600.00 acres, more or less, and described as follows:

Section 15:    All;
Section 22:    All;
Section 23:    W1/2;

Pertaining to land below the Grayling Gas Sands.

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Misc Book 54 / Page 63



3 of 3
2006-083964-0

EXHIBIT C
PAGE 25 OF 72

FOC 000614

ALASKA

**2006-083978-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:27 PM Pages: 1 of 5



DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __17594__
EFFECTIVE DATE
OF LEASE __03-01-1962__
Is this lease producing? __X__ yes ____no

*CC*

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

## ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____ ,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____ ,

as owner of ___46.80000 & 50.00000___ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____ , the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____ ,

1. ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__ , R__13 W__ , ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,396 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _76_ OF _92_

FOC 000607

_____    October 31, 2006 _____
Assignor's Signature                Date

  Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC
Assignor's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.    Qualification File # ____ 2308 ____
STATE OF __COLORADO_____   )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

                                _____
                                Notary Public
                                My Commission expires _____

_____    __10/31/06_____
Assignee's Signature                Date

  Leonard C. Gurule, President        Forest Alaska Operating LLC
Assignee's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.    Qualification File # ____ 2307 ____
STATE OF __ALASKA_____    )

This certifies that on the __31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared ____Leonard C. Gurule, President of Forest Alaska Operating LLC____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

                                _____
                                Notary Public
                                My Commission expires __3/9/2010__

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

2 of 5
2006-083978-0

EXHIBIT _C_
PAGE __77__ OF __92__

FOC 000608

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

_____NOV 0 1 2006_____
Effective Date of Assignment

3 of 5
2006-083978-0

EXHIBIT ___C___
PAGE ___18___ OF ___92___

FOC 000609

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17594
ASSIGNOR:   FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 3

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1:   As to a 46.80000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16:     W2, NE4, 480.00 acres;
Section 17:     S2, NE4, 480.00 acres;
Section 20:     W2, NE4 480.00 acres;
Section 30:     All, 637.00 acres;
Section 31:     W2, 319.00 acres;

Pertains to land within the Trading Bay Unit Tract 3 and from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 3:   As to a 50.00000% working interest in 160.00 acres, more or less, and described as follows:

Section 17:     NW4, 160.00 acres;

Pertains to all depths.

Segment A:   As to a 46.80000% working interest in 4,956.00 acres, more or less, and described as follows:

Section 16:     All;
Section 17:     S1/2, NE1/4;
Section 20:     All;
Section 21:     All;
Section 29:     All;
Section 30:     All;
Section 31:     All;
Section 32:     All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

4 of 5
2006-083978-0

EXHIBIT   C
PAGE 79 OF 92

FOC 000610

Segment B:  As to a 50.00000% working interest in 2,396.00 acres, more or less, and described as follows:

| | |
|---|---|
| Section 16: | W2, NE4, 480.00 acres; |
| Section 17: | S2, NE4, 480.00 acres; |
| Section 20: | W2, NE4 480.00 acres; |
| Section 30: | All 637.00 acres; |
| Section 31: | W2 319.00 acres; |

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2, or its stratigraphic equivalent. Contains 2,396 acres, more or less.

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _III_ / Page _237_

EXHIBIT _C_
PAGE _80_ OF _92_

FOC 000611

2006-083956-0
Recording Dist: 301 - Anchorage
12/13/2006 3:13 PM Pages: 1 of 4



DO&G 25-84                                          LEASE ADL __17594_____      *cc*
(LEASE ASSIGNMENT)                                 EFFECTIVE DATE
Revised 12/01                                         OF LEASE __03-01-1962_____
DNR #10-113                                        Is this lease producing? __X__ yes _____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000____ percent of the lease's working interest (See attached Exhibit "A"),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is ___707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000 & 50.00000_____ percent working interest (See attached Exhibit "A");

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__ , R __13 W__ , ___Seward_____ Meridian

(See attached Exhibit "A" for complete description.)
containing 2,396 acres more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT __C__
PAGE __81__ OF __92__

FOC 000603

_____     _____10/31/06_____
Assignor's Signature     Date

__Glen J. Mizenko, Vice President__     __Forest Oil Corporation__
Assignor's Name (Print or Type) & Title     Company Name

THE UNITED STATES OF AMERICA     )     Qualification File # ____1641____
                                 )SS.
STATE OF __COLORADO__            )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation__, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_____
Notary Public
My Commission expires __5-11-2008__

_____     _____10/31/06_____
Assignee's Signature     Date

__Cyrus D. Marter IV, Vice President and Secretary__     __Forest Alaska Holding LLC__
Assignee's Name (Print or Type) & Title     Company Name

THE UNITED STATES OF AMERICA     )     Qualification File # ____2308____
                                 )SS.
STATE OF __COLORADO__            )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC__, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

_____
Notary Public
My Commission expires __5-11-06__

APPROVAL

EXHIBIT __C__
PAGE __82__ OF __92__

2 of 4
2006-083956-0

FOC 000604

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_William D. Van Dyke, Acting Director_
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17594
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 3

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1:   As to a 46.80000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16:    W2, NE4, 480.00 acres;
Section 17:    S2, NE4, 480.00 acres;
Section 20:    W2, NE4 480.00 acres;
Section 30:    All, 637.00 acres;
Section 31:    W2, 319.00 acres;

Pertains to land within the Trading Bay Unit Tract 3 and from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 3:   As to a 50.00000% working interest in 160.00 acres, more or less, and described as follows:

Section 17:    NW4, 160.00 acres;

Pertains to all depths.

Segment A:   As to a 46.80000% working interest in 4,956.00 acres, more or less, and described as follows:

Section 16:    All;
Section 17:    S1/2, NE1/4;
Section 20:    All;
Section 21:    All;

EXHIBIT ___C___
PAGE _83_ OF _92_

3 of 4
2006-083956-0

FOC 000605

Section 29:     All;
Section 30:     All;
Section 31:     All;
Section 32:     All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

<u>Segment B</u>:     As to a 50.00000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16:     W2, NE4, 480.00 acres;
Section 17:     S2, NE4, 480.00 acres;
Section 20:     W2, NE4 480.00 acres;
Section 30:     All 637.00 acres;
Section 31:     W2 319.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2, or its stratigraphic equivalent. Contains 2,396 acres, more or less.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at:
Book _111_ / Page _237_

4 of 4
2006-083956-0

EXHIBIT _C_
PAGE _84_ OF _92_

FOC 000606

2006-083977-0
Recording Dist. 301 - Anchorage
12/13/2006 3:27 PM Pages: 1 of 4

DO&G 25-84                                    LEASE ADL __17579__                    $Cc$
(LEASE ASSIGNMENT)                          EFFECTIVE DATE
Revised 12/01                                  OF LEASE _02-01-1962_____
DNR #10-113                                 Is this lease producing? _X_ yes ____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000_____ percent working interest;

2. __zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __8 N__, R __13 W__, __Seward____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,240 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address _707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT __C__
PAGE _85_ OF _92_

FOC 000599

_____    October 31, 2006
Assignor's Signature                Date

_Cyrus D. Marter IV, Vice President and Secretary_    _Forest Alaska Holding LLC_
Assignor's Name (Print or Type) & Title              Company Name

THE UNITED STATES OF AMERICA    )    Qualification File #    2308
                                .)SS.
STATE OF  COLORADO              )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

                                _____
                                Notary Public
                                My Commission expires _____

_____    _10/31/06_
Assignee's Signature                Date

_Leonard C. Gurule, President_      _Forest Alaska Operating LLC_
Assignee's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )    Qualification File #    2307
                                )SS.
STATE OF  ALASKA                )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared __Leonard C. Gurule, President of Forest Alaska Operating LLC____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

                                _____
                                Notary Public
                                My Commission expires _3/9/2010_

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

EXHIBIT  _C_
PAGE _86_ OF _92_

2 of 4
2006-083977-0

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

3 of 4
2006-083977-0

EXHIBIT   _C_
PAGE _87_ OF _92_

FOC 000601

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17579
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 2

<u>T. 8 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 1:</u>   As to 2,240.00 acres, more or less, and described as follows:

Section 4:      All;
Section 9:      W1/2;
Section 16:     NW1/4;
Section 17:     All;
Section 20:     N1/2, SW1/4;

Pertains to land from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment B:</u>   As to 2,240.00 acres, more or less, and described as follows:

Section 4:      All;
Section 9:      W1/2;
Section 16:     NW1/4;
Section 17:     All;
Section 20:     N1/2, SW1/4;

Pertains to land below the Grayling Gas Sands or 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Record in Anchorage RD
Lease Recorded at
Book  *42* / Page  *323*

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

EXHIBIT  *C*
PAGE *88* OF *92*



4 of 4
2006-083977-0

FOC 000602



DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __17579__    *CC*
EFFECTIVE DATE
OF LEASE __02-01-1962__
Is this lease producing? _X_ yes ____no

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE**

The undersigned assignor ____Forest Oil Corporation____ ,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202____ ,

as owner of ___46.80000___ percent of the lease's working interest

does hereby assign to ___Forest Alaska Holding LLC___ , the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202____ .

1. ___46.80000___ percent working interest;

2. ___zero___ percent overriding royalty interest.

3. The assignor is retaining ___zero___ percent of the lease's working interest.

4. The assignor is retaining ___zero___ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __8 N__ , R __13 W__ , __Seward__ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,240 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name ____Forest Alaska Holding LLC____
Attn: __Land Administration__    Address __707 Seventeenth Street, Suite 3600__
_____ City, State, Zip __Denver, Colorado 80202__

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** __C__
**PAGE** __89__ **OF** __92__

FOC 000595

_____        __10/31/06_____

Assignor's Signature           Date

_Glen J. Mizenko, Vice President_        _Forest Oil Corporation_____
Assignor's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )       Qualification File # ___·1641___
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

                Deborah S. Pottenger
                Notary Public              _Deborah S Pottenger_
                State of Colorado          Notary Public
                My Commission Expires:     My Commission expires _5-11-08_
                May 11, 2008

_____        __10/31/06_____
Assignee's Signature           Date

_Cyrus D. Marter IV, Vice President and Secretary_     _Forest Alaska Holding LLC_____
Assignee's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )       Qualification File # ___2308____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

                Deborah S. Pottenger
                Notary Public              _Deborah S Pottenger_
                State of Colorado          Notary Public
                My Commission Expires:     My Commission expires _5-11-08_
                May 11, 2008  APPROVAL

EXHIBIT ___C____               2 of 4
PAGE _90_ OF _92_             2006-083955-0

                                          FOC 000596

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17579
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 2

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 1:   As to 2,240.00 acres, more or less, and described as follows:

Section 4:       All;
Section 9:       W1/2;
Section 16:      NW1/4;
Section 17:      All;
Section 20:      N1/2, SW1/4;

Pertains to land from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:   As to 2,240.00 acres, more or less, and described as follows:

Section 4:       All;
Section 9:       W1/2;
Section 16:      NW1/4;
Section 17:      All;
Section 20:      N1/2, SW1/4;

Pertains to land below the Grayling Gas Sands or 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

3 of 4
2006-083955-0

EXHIBIT    C
PAGE 91 OF 92

FOC 000597

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 42 / Page 323



4 of 4
2006-083955-0

EXHIBIT    C
PAGE 92 OF 92

FOC 000598