# FELDMAN ORLANSKY & SANDERS

COUNSELORS AT LAW
500 L STREET, FOURTH FLOOR
ANCHORAGE, ALASKA 99501

WILLIAM D. FALSEY
Tel: 907.272.3538
falsey@frozenlaw.com

TEL: 907.272.3538
FAX: 907.274.0819

**RECEIVED**

AUG 2 4 2007

**LANE POWELL LLC**

August 24, 2007
Via messenger

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK  99503

Re:   *Forest Oil Corp.* v. *Union Oil Co. of California d/b/a Unocal of Alaska,*
      Case No. A05-0078 CV (RRB)

Dear Brewster:

   Mitch Fischbach and his team at Forest Oil have completed an exhaustive review of the Audit Exceptions involved in this case.  I enclose with this letter, in response to your letters of June 27 and July 24, and as a supplement to Forest Oil's responses to Unocal's First Set of Discovery Requests, a "Summary of Outstanding Exceptions" that indicates both the audit exceptions that Forest Oil still considers to be "open," and the value of associated charges that Forest Oil continues to take exception to.

   As you will see, the Summary lists a number of exceptions that Unocal has already "granted."  Together, these exceptions should have resulted in a net credit to Forest of over $1,000,000.  It is my understanding that Unocal believes that it has already credited some portion of this amount to Forest.  As is further explained in footnote 8 of the Summary, if Unocal can provide Forest with documentation sufficient to allow Forest to verify that Unocal has, in fact, credited Forest for some or all of the amount that Forest is owed for the "granted" exceptions, Forest will agree that those amounts can be dropped from this lawsuit.

**Exhibit** G
**Page** 1 **of** 9

Brewster Jamieson
August 24, 2007
Page 2

Please let me know if you require any further information.

Very truly yours,

FELDMAN ORLANSKY & SANDERS

William D. Falsey

Enclosure

WDF:rem

cc:    Scott Taylor
       Cristin Cracraft

FOREST OIL CORPORATION
PROPERTY - TRADING BAY UNIT & FIELD
SUMMARY OF OUTSTANDING EXCEPTIONS
ATTORNEY CLIENT WORK PRODUCT

| Audit | Exception | Description | Open Exception $ | Exceptions Granted | Footnote |
|---|---|---|---|---|---|
| 2004 | | | | | |
| 05-05-NO | 2 | Miscoded Invoice - Crane Operator | 0.00 | 852.78 | |
| 05-05-NO | 6 | Covered by Overhead - Compliance Support | 72,340.70 | | |
| 05-05-NO | 7 | Excess Overhead Charge | 0.00 | 1,397.30 | |
| 05-05-NO | 8 | Miscoded Invoice - Professional Services | 0.00 | 3,607.04 | |
| 05-05-NO | 9 | Miscoded Invoice - Consulting Services | 2,296.75 | | |
| 05-05-NO | 11 | Covered by Overhead - Professional Services | 20,777.50 | | |
| 05-05-NO | 12 | Covered by Overhead - Consulting Services | 17,180.15 | | |
| 05-05-NO | 13 | Covered by Overhead - Consulting Services | 29,733.79 | 10,684.60 | |
| 05-05-NO | 14 | Covered by Overhead - Gift Cards | 0.00 | 13,302.66 | |
| 05-05-NO | 15 | Covered by Overhead - Mechanical Integrity Audit | 14,105.42 | | |
| 05-05-NO | 16 | Covered by Overhead - Special Awards | 28,169.30 | | |
| 05-05-NO | 17 | Miscoded Invoice - Catering Costs | 3,046.75 | 10,747.21 | |
| 05-05-NO | 18 | Covered by Overhead - Employee Medical Costs | 41,488.47 | | |
| 05-05-NO | 19 | Vendor's Duplicate Charge - Well Safe Inc. | 0.00 | 2,385.00 | |
| 05-05-NO | 20 | Covered by Overhead - Onshore Office Equipment | 21,419.94 | | |
| 05-05-NO | 21 | Covered by Overhead - Office Supplies | 2,967.94 | | |
| 05-05-NO | 22 | Covered by Overhead - Accounting Clerk | 10,772.63 | | |
| 05-05-NO | 24 | Rig Wind Wall Enhancement Not Covered by AFE | 240,464.94 | | |
| 05-05-NO | 26 | Miscoded Invoice - Crane Operator | 0.00 | 2,565.28 | |
| 05-05-NO | 27 | Miscoded Invoice - Crane Operator | 0.00 | 911.68 | |
| 05-05-NO | 31 | Covered by Overhead - Warehousing Charges | 0.00 | 15,491.90 | |
| 05-05-NO | 32 | Covered by Overhead - Warehousing Charges | 10,469.37 | | |
| 05-05-NO | 33 | Credit Due - Conoco/Phillips Workboat Usage | 0.00 | 19,373.22 | |
| 05-05-NO | 34 | Time Writing - Administrative Charges | 335,226.06 | | |
| 05-05-NO | 35 | Time Writing - Managerial Charges | 148,819.10 | | |
| 05-05-NO | 36 | Time Writing - Allocation Basis | 147,837.32 | | |
| 05-05-NO | 37 | Time Writing - ERA Estimated Costs | 72,396.88 | | |
| 05-05-NO | 38 | Credit Due - Expediting Services - Conoco/Phillips | 52,206.00 | | |
| 05-05-NO | 39 | Covered by Overhead - Warehouse Rental | 54,327.98 | 1,593.54 | |
| 05-05-NO | 40 | Covered by Overhead - DOT Audit | 8,712.14 | | |
| 05-05-NO | 42 | Miscoded Invoices - Prorating Errors | 0.00 | 593.88 | |
| 05-05-NO | 43 | Covered by Overhead - Clerical Support Services | 4,632.96 | | |
| 05-05-NO | 44 | Operator's 100% Costs - Contractor Audits | 10,123.86 | | |
| 05-05-NO | 45 | Covered by Overhead - Warehouse Construction | 0.00 | 25,757.65 | |
| 05-05-NO | 46 | Covered by Overhead - Warehouse Utilities | 6,223.25 | | |
| 05-05-NO | 47 | Covered by Overhead - Non-Technical Training | 0.00 | 3,093.08 | |
| 05-05-NO | 48 | Covered by Overhead - Contract Negotiations | 1,485.45 | | |
| 05-05-NO | 49 | Covered by Overhead - Administrative Services | 24,853.47 | 24,853.48 | |
| 05-05-NO | 50 | Covered by Overhead - Purchasing Payroll | 148,599.44 | | |
| 05-05-NO | 51 | Misallocated Charges - EFDF Allocation Cost Center | 73,205.65 | | |
| 05-05-NO | 53 | Covered by Overhead - Social Functions/Dinners | 0.00 | 1,881.90 | |
| 05-05-NO | 55 | Unaccounted For Facility Services - Steelhead Pltfm | TBD | | 1 |
| | | | | | |
| 2003 | | | | | |
| 04-06-NO | 2 | Costs Covered by Overhead - Drilling Account | 28,208.96 | | |
| 04-06-NO | 3 | Credit Due Joint Account - Work Boat Sub-Charter | 0.00 | 53,233.55 | 2 |
| 04-06-NO | 4 | Credit Due Joint Account - Boat Fuel Inventory | 0.00 | 8,995.52 | |
| 04-06-NO | 5 | Time Writing - Legal Charges | 31,020.94 | | |
| 04-06-NO | 8 | Costs Covered by Overhead - Gift Certificates | 0.00 | 71,810.34 | |
| 04-06-NO | 10 | Allocation Error - Peak Oilfield Services | 0.00 | 847.41 | |
| 04-06-NO | 12 | Invoice Coding Errors - Various Vendors | 0.00 | 22,372.60 | |
| 04-06-NO | 13 | Duplicate Charges - McKinley Services | 0.00 | 4,146.19 | |
| 04-06-NO | 14 | Time Writing - Estimated ERA Tickets Usage | 46,736.79 | | |
| 04-06-NO | 15 | Time Writing - Administrative Costs | 283,698.37 | | |
| 04-06-NO | 16 | Time Writing - Cost Allocation Basis | 155,926.74 | | |
| 04-06-NO | 17 | Time Writing - Management Time & Costs | 78,147.09 | 81,333.06 | |
| 04-06-NO | 18 | Credits Due Joint Account - TBPF Catering | 252,306.50 | | |
| 04-06-NO | 19 | Costs Covered by Overhead - Time Writing | 0.00 | 42,115.54 | |

FOREST OIL CORPORATION
PROPERTY - TRADING BAY UNIT & FIELD
SUMMARY OF OUTSTANDING EXCEPTIONS
ATTORNEY CLIENT WORK PRODUCT

| Audit | Exception | Description | Open Exception $ | Exceptions Granted | Footnote |
|---|---|---|---|---|---|
| 04-06-NC | 21 | Duplicate Charges - McKinley Services | 0.00 | 3,282.36 | |
| 04-06-NC | 22 | Costs Covered by Overhead - Trophy Fish | 567.10 | | |
| 04-06-NC | 23 | Costs Covered by Overhead - Payroll | 0.00 | 112,176.65 | |
| 04-06-NC | 24 | Credit Due Joint Account - Heliport Usage | 0.00 | 25,440.00 | |
| 04-06-NC | 25 | Costs Covered by Overhead - Administrative Costs | 0.00 | 44,022.49 | |
| 04-06-NC | 26 | Costs Covered by Overhead - Services | 0.00 | 36,554.10 | |
| 04-06-NC | 27 | Allocation Error - Peak Oilfield Services | 10,748.32 | | |
| 04-06-NC | 28 | Costs Covered by Overhead - Contract Employee | 14,608.46 | | |
| 04-06-NC | 29 | Costs Covered by Overhead - Warehouse Costs | 85,655.63 | | |
| 04-06-NC | 30 | Costs Covered by Overhead - Medical Services | 61,007.42 | | |
| 04-06-NC | 32 | Allocation Error - EFDF Cost Center | 27,736.07 | | |
| 04-06-NC | 33 | Costs Covered by Overhead - Switchboard Operator | 0.00 | 4,856.61 | |
| 04-06-NC | 35 | Invoice Coding Error - State of Alaska | 0.00 | 1,345.14 | |
| 04-06-NC | 36 | Costs Covered by Overhead - Company Forms | 4,926.35 | | |
| 04-06-NC | 38 | Rental Tool Rate Discount | 46,544.93 | | 3 |
| 04-06-NC | 39 | Time Writing - Employees' Expenses | 17,848.35 | | |
| | | | | | |
| 2002 | | | | | |
| 04-04-NC | 4 | Charges Covered by Overhead | 60,132.98 | | |
| 04-04-NC | 6 | Rental Tool Rate Discount | 201,936.44 | | 3 |
| 04-04-NC | 9 | Miscoded Invoices | 0.00 | 21,405.21 | |
| 04-04-NC | 12 | Duplicate Billed Rental Tool | 0.00 | 5,594.72 | |
| 04-04-NC | 14 | Charges Covered by Overhead | 1,568.48 | | |
| 04-04-NC | 15 | Unsupported Time Writing Charges | 135,434.02 | | |
| 04-04-NC | 16 | Charges Covered by Overhead - Office Supplies | 6,244.64 | | |
| 04-04-NC | 18 | Charges for Legal Time and Expenses | 0.00 | 88,761.77 | |
| 04-04-NC | 19 | Bruce Grind & Inject Project | 0.00 | 118,045.64 | |
| 04-04-NC | 21 | Miscoded Charges | 0.00 | 7,817.70 | |
| 04-04-NC | 22 | Drilling Training/Peer Assist | 9,788.71 | | |
| 04-04-NC | 25 | Time Writing Charges For 2001 | 753,449.78 | | |
| 04-04-NC | 26 | Costs Covered by Overhead | 179,579.06 | | |
| 04-04-NC | 27 | State Tax on No. 2 Diesel Fuel (Non-Marine Use) | 15,109.74 | | |
| 04-04-NC | 28 | Legal Charges Covered by Overhead | 14,319.54 | | |
| 04-04-NC | 29 | Misallocated Charges | 38,514.43 | | |
| 04-04-NC | 30 | Unaccounted for CISPRI Credit | 0.00 | 33,032.57 | |
| 04-04-NC | 33 | Contract Services Covered by Overhead | 0.00 | 43,187.26 | |
| 04-04-NC | 34 | Charges Covered by Overhead | 1,063.54 | | |
| 04-04-NC | 35 | Services Covered by Overhead | 0.00 | 11,775.15 | |
| 04-04-NC | 36 | Medical Costs Covered by Overhead | 32,306.80 | | |
| 04-04-NC | 37 | Special Recognition Awards | 0.00 | 33,819.13 | |
| 04-04-NC | 38 | Newspaper Subscription and Advertisements | 0.00 | 857.54 | |
| 04-04-NC | 39 | Bruce Injection Facility Rates | 2,114,347.95 | | |
| 04-04-NC | 40 | Time Writing Charges Covered by Overhead | 527,193.33 | 24,809.66 | |
| 04-04-NC | 41 | Time Writing - Estimated Charges | 58,768.99 | 106,777.41 | |
| 04-04-NC | 43 | Cost Center 1009903000 Clearing | 103,968.54 | 36,215.58 | |
| 04-04-NC | 44 | Time Writing Allocation Basis | 496,938.24 | | |
| | | | | | |
| 2001 | | | | | |
| 03-07-NC | 1 | Coding Errors - Swanson River, Granite Point | 0.00 | 21,419.46 | |
| 03-07-NC | 2 | Trading Bay Unit Operator Fee Allocation | 0.00 | 84,092.45 | |
| 03-07-NC | 5 | Miscoded Charges - Cook Inlet Pipeline Company | 52,909.67 | | |
| 03-07-NC | 8 | Area Operating Expense Overcharge | 134,714.27 | | |
| 03-07-NC | 9 | JIAK Technical Employees | 27,133.34 | | |
| 03-07-NC | 10 | Drilling Foreman Salary and Expense Distribution | 174,231.61 | | |
| 03-07-NC | 11 | Sales Tax on #2 Diesel Fuel (Non-Marine Use) | 13,244.59 | | |
| 03-07-NC | 12 | Medical Services Covered by Overhead | 44,124.86 | 5,565.16 | |
| 03-07-NC | 13 | Newspaper Subscription & Classified Ad Displays | 0.00 | 3,094.14 | |
| 03-07-NC | 14 | Warehouse Costs | 224,776.22 | | |
| 03-07-NC | 15 | Special Recognition/Bonus Awards | 12,402.00 | | |

Exhibit G
Page 4 of 9

FOREST OIL CORPORATION
PROPERTY - TRADING BAY UNIT & FIELD
SUMMARY OF OUTSTANDING EXCEPTIONS
ATTORNEY CLIENT WORK PRODUCT

| Audit | Exception | Description | Open Exception $ | Exceptions Granted | Footnote |
|---|---|---|---|---|---|
| 03-07-NC | 16 | Office Services, Equipment and Supplies | 131,151.55 | | |
| 03-07-NC | 17 | Administrative Type of Equipment | 10,434.87 | | |
| 03-07-NC | 18 | Non-Technical Training | 20,643.35 | 4,836.22 | |
| 03-07-NC | 19 | JIAK District Expense | 512,288.54 | 66,676.63 | |
| 03-07-NC | 20 | Gift Certificates | 61,641.61 | | |
| 03-07-NC | 21 | Miscoded Vouchers - Bruce and Anna Platforms | 0.00 | 2,264.16 | |
| 03-07-NC | 22 | Costs Covered by Overhead - Drilling Accountant | 51,076.58 | | |
| 03-07-NC | 25 | Government Compliance Charges Covered by Overhead | 36,760.71 | | |
| 03-07-NC | 26 | JIAK District Expense/Timewriting | 0.00 | 146,721.72 | |
| 03-07-NC | 27A | Unsupported Boat and Helicopter Charges | 40,693.74 | | |
| 03-07-NC | 27B | Unsupported Boat and Helicopter Charges | 120,000.00 | | 4 |
| 03-07-NC | 29 | Surplus 7" Casing - K1 RD2 | 3,743.86 | | |
| 03-07-NC | 30 | Surplus 4-1/2" Tubing - K1 RD2 | 0.00 | 3,247.84 | |
| 03-07-NC | 32 | Surplus 4-1/2" Tubing - Steelhead M-29 | 7,213.54 | | |
| 03-07-NC | 36 | Coding Error - Inspection Charges | 0.00 | 3,294.71 | |
| 03-07-NC | 37 | Coding Error - McKinley Services & Equipment | 0.00 | 2,377.70 | |
| 03-07-NC | 40 | Duffel Bag Charges | 0.00 | 18,784.11 | |
| 03-07-NC | 41 | Misidentified Charges to AFE 147382 | 644,849.53 | | |
| | | | | | |
| 2000 | | | | | |
| 03-06-NC | 1 | Coding Errors - Steelhead Platform Well M-32RD | 66,506.41 | 13,013.80 | |
| 03-06-NC | 2 | Well M-32RD Drilling Mud | 81,327.14 | | |
| 03-06-NC | 3 | Covered by Overhead - Gift Certificates | 45,359.52 | | |
| 03-06-NC | 5 | Coding Errors - Dillon Platform | 5,540.62 | | |
| 03-06-NC | 6 | Coding Error - 5-1/2" Casing | 2,163.00 | | |
| 03-06-NC | 7 | Surplus Tubing - Well M-32RD | 8,632.44 | 216.18 | |
| 03-06-NC | 8 | Diamond Drill Bit Salvage Value | 28,673.00 | | 5 |
| 03-06-NC | 11 | Duplicate Charges - Alaska Communication | 19,551.85 | | |
| 03-06-NC | 12 | Covered by Overhead - Pre-Employment Services | 28,016.32 | 4,683.47 | |
| 03-06-NC | 14 | Covered by Overhead - Non-Technical Training | 0.00 | 4,236.65 | |
| 03-06-NC | 15 | Covered by Overhead - Newspaper Subscription and Classified Ad Disp | 5,827.80 | 1,268.37 | |
| 03-06-NC | 16 | Covered by Overhead - Gift Certificates and Clothing | 77,806.08 | | |
| 03-06-NC | 17 | Covered by Overhead - Office Services, Equipment and Supplies | 41,531.44 | | |
| 03-06-NC | 18 | Covered by Overhead - Contract Buyer | 26,660.59 | | |
| 03-06-NC | 19 | Covered by Overhead - Contract Clerical Labor | 44,310.53 | | |
| 03-06-NC | 21 | Covered by Overhead - JIAK Technical Employees | 10,508.52 | | |
| 03-06-NC | 22 | Covered by Overhead - JIAK District Expenses | 314,079.26 | | |
| 03-06-NC | 23 | Covered by Overhead - JIAK Technical Production Employees | 241,147.93 | | |
| 03-06-NC | 24 | Trading Bay Unit Operator Fee | 27,774.46 | | |
| 03-06-NC | 26 | Covered by Overhead - Warehouse Costs | 245,336.99 | | |
| 03-06-NC | 28 | Covered by Overhead - Labor Costs | 84,104.01 | | |
| 03-06-NC | 29 | Coding Error - Swanson River | 6,511.02 | | |
| 03-06-NC | 30 | Coding Error - Offshore Systems, Inc. | 0.00 | 2,028.79 | |
| 03-06-NC | 31 | Journal Voucher Cash Calls Not Reversed | 59,340.00 | | |
| 03-06-NC | 33 | Covered by Overhead - Warehouse General Administrative | 0.00 | 3,606.92 | |
| 03-06-NC | 34 | Surplus Tubing - AFE 140441 | 43,783.53 | | |
| 03-06-NC | 39 | Well G-18 Drilling Mud | 14,004.74 | | |
| 03-06-NC | 40 | Coding Errors - 3-1/2" Drill Pipe | 0.00 | 9,373.00 | |
| 03-06-NC | 41 | Covered by Overhead - Bonus Payments | 1,545.00 | | |
| 03-06-NC | 42 | Duplicate Charges - Statewide Services, Inc. | 11,873.36 | | |
| 03-06-NC | 43 | Drilling Foreman Employee Expenses | 175,681.92 | | |
| 03-06-NC | 44 | Ending Fuel Inventory - Workboat Champion | 0.00 | 20,685.15 | |
| 03-06-NC | 45 | Prorated Workboat Charges | 0.00 | 219,351.59 | |
| 03-06-NC | 46 | Coding Errors | 0.00 | 4,838.57 | |
| 03-06-NC | 49 | Unsupported Charge - Manual Journal Voucher | 33,257.22 | | |
| 03-06-NC | 50 | State Tax on #2 Diesel Fuel (Non-Marine Use) | 16,024.07 | 217.70 | |
| 03-06-NC | 51 | Miscoded Charges | 14,432.53 | | |
| | | | | | |
| 1999 | | | | | |

3

**FOREST OIL CORPORATION**
**PROPERTY - TRADING BAY UNIT & FIELD**
**SUMMARY OF OUTSTANDING EXCEPTIONS**
**ATTORNEY CLIENT WORK PRODUCT**

| Audit | Exception | Description | Open Exception $ | Exceptions Granted | Footnote |
|---|---|---|---|---|---|
| 01-03-NC | 1 | Coding Error -- Pollard Wireline | 6,180.00 | | |
| 01-03-NC | 2 | Coding Error -- Pollard Wireline | 12,799.56 | | |
| 01-03-NC | 3 | Steelhead Grayling Gas Sands Surplus Stock | 0.00 | 88,155.00 | |
| 01-03-NC | 4 | Costs Covered by Overhead -- Corporate Restructuring | 0.00 | 21,123.74 | |
| 01-03-NC | 5 | Unit Operator Fees | 59,669.54 | | |
| 01-03-NC | 7 | Costs Covered by OH -- Purch Salary/Burden -- Logistic Group | 15,341.06 | | |
| 01-03-NC | 8 | Duplication of VS&D Costs -- Logistics Group Allocation | 0.00 | 12,656.97 | |
| 01-03-NC | 9 | Costs Covered by Overhead -- Gift Certificates | 0.00 | 3,211.00 | |
| 01-03-NC | 11 | Production Foremen Allocation | 39,128.30 | | |
| 01-03-NC | 12 | Bruce Platform Disposal Fees | 192,740.23 | | 6 |
| 01-03-NC | 13 | Costs Covered by Overhead -- Gift Certificates | 0.00 | 16,306.80 | |
| 01-03-NC | 14 | Costs Covered by Overhead -- Warehousing | 258,420.68 | | |
| 01-03-NC | 15 | Technical Employee Labor -- JIAK Tech Emp J5 10 | 62,509.28 | | |
| 01-03-NC | 17 | Costs Covered by Overhead -- Kenai Office Accounting | 111,195.55 | | |
| 01-03-NC | 18 | Production Foreman -- Beneficiary Payments | 9,526.34 | | |
| 01-03-NC | 21 | District Expense Allocation -- Burden Application to Kenai Clerk | 0.00 | 508.52 | |
| 01-03-NC | 22 | Costs Covered by OH - District Exp Alloc Kenai Office Acct | 16,484.98 | | |
| 01-03-NC | 23 | Costs Covered by OH -- Non-Tech/Management Training | 0.00 | 3,005.44 | |
| | | | | | |
| 1998 | | | | | |
| 00-20-NC | 1 | Property Miscode - DSR Companies | 14,008.96 | | |
| 00-20-NC | 3 | Logistics Group Payroll | 0.00 | 27,636.50 | |
| 00-20-NC | 4 | District Expense Allocation - Forklifts | 5,078.92 | 5,833.89 | |
| 00-20-NC | 5 | District Expense Allocation - Accounting Personnel | 24,179.49 | 12,167.72 | |
| 00-20-NC | 6 | District Expense Allocation - Burden and Benefits | 0.00 | 3,164.04 | |
| 00-20-NC | 8 | Steelhead Gas Sands Surplus Stock | 72,661.74 | | |
| 00-20-NC | 9 | Swanson River Surplus Stock | 791.80 | | |
| 00-20-NC | 10 | New Ventures AFE 125214 | 4,703.22 | | |
| 00-20-NC | 11 | Purchasing Agent - Tech Employee Allocation | 0.00 | 25,915.42 | |
| 00-20-NC | 12 | Computer Equipment - Covered by Overhead | 81,728.62 | | |
| 00-20-NC | 13 | Management Training - Covered by Overhead | 0.00 | 1,584.70 | |
| 00-20-NC | 14 | Allocation Miscode | 0.00 | 2,145.00 | |
| 00-20-NC | 15 | Kenai Office Equipment Rental | 20,469.18 | | |
| 00-20-NC | 17 | Computer Technician - Covered by Overhead | 15,437.98 | | |
| 00-20-NC | 18 | Project Aide Kenai Office Accounting | 14,264.70 | | |
| 00-20-NC | 19 | CMMS Program Administrator and Secretary | 20,966.20 | | |
| 00-20-NC | 20 | Project Aide - Kenai Office - O & G Inspections | 34,210.45 | | |
| 00-20-NC | 22 | Unsupported Entries | 0.00 | 1,461.92 | |
| 00-20-NC | 24 | Warehouse Rental - Arness Dock | 171,137.00 | | |
| 00-20-NC | 25 | Electrical Power - Kenai Office | 1,198.08 | | |
| 00-20-NC | 26 | Electrical Power - Warehouse - Arness Dock | 5,040.49 | | |
| 00-20-NC | 27 | Electrical Power - Lockco Building | 2,371.23 | | |
| 00-20-NC | 29 | Safety Awards - Allocated | 19,467.10 | | |
| 00-20-NC | 30 | Warehouse Rent - Technical Employee Allocation | 17,510.00 | | |
| 00-20-NC | 31 | Warehouse Rental - Systems Clearing | 6,753.47 | | |
| 00-20-NC | 33 | Steelhead Platform - Surplus Stock Purchase | 95,600.79 | | |
| 00-20-NC | 34 | Unit Operator Fee | 0.00 | 19,179.00 | |
| | | | | | |
| 1997 | | | | | |
| 99-25-NC | 1 | Marathon Oil Company Sub-Operator Billings | 0.00 | 108,044.79 | |
| 99-25-NC | 2 | Logistics Group Payroll | 0.00 | 18,676.67 | |
| 99-25-NC | 3 | District Expense Allocation - Forklifts | 5,808.97 | 6,672.48 | |
| 99-25-NC | 4 | District Expense Allocation - Accounting Personnel | 39,776.78 | 16,990.61 | |
| 99-25-NC | 5 | District Expense Allocation - Burden and Benefits | 0.00 | 8,323.40 | |
| 99-25-NC | 7 | New Ventures AFE 125214 | 34,317.22 | | |
| 99-25-NC | 8 | Property Miscode - Dailey Oil Tools | 0.00 | 12,133.40 | |
| 99-25-NC | 9 | Purchasing Agent - Tech Employee Allocation | 0.00 | 16,721.64 | |
| 99-25-NC | 11 | Safety Awards - Allocated | 18,640.38 | | |
| 99-25-NC | 12 | Warehouse Rent - Technical Employee Allocation | 13,109.63 | | |

4

**Exhibit** G
**Page** 6 **of** 9

**FOREST OIL CORPORATION**
**PROPERTY - TRADING BAY UNIT & FIELD**
**SUMMARY OF OUTSTANDING EXCEPTIONS**
**ATTORNEY CLIENT WORK PRODUCT**

| Audit | Exception | Description | Open Exception $ | Exceptions Granted | Footnote |
|---|---|---|---|---|---|
| 99-25-NC | 13 | Warehouse Rental - Systems Clearing | 71,911.89 | | |
| 99-25-NC | 14 | Electric Services - Warehouse Facilities | 2,029.94 | | |
| 99-25-NC | 16 | Unit Operator Fee - Zone Adjustments | 0.00 | TBD | 7 |
| | | | | | |
| | | Gross Totals | 13,202,751.93 | 2,261,236.24 | 8 |
| | | | | | |
| | | Forest Net Interest | 0.4680 | 0.4680 | |
| | | | | | |
| | | Net Totals | 6,178,887.90 | 1,058,258.56 | |

5

**Exhibit** _G_
**Page** _1_ **of** _9_

| Footnote # | Audit Number | Exception Number | Service Year | Footnote Description |
|---|---|---|---|---|
| 1 | 05-05-NO | 55 | 2004 | During the Steelhead Platform facilities tour, the review team noted the following operating systems that provide operational benefits to both the Oil WIPA operations and the Gas WIPA operations: |
| | | | | 1. The power generation system provides electrical power for the oil production and water injection operations and the remaining power goes to platform hotel and miscellaneous systems. However, it was also noted that the Gas WIPA operations relies on the byproduct "waste heat" delivered via a thermal energy system from the power generation system operations to dehydrate their gas sales stream. This service provided by the Oil WIPA saves the Gas WIPA operations dehydration costs that range from five to ten cents per mcf. |
| | | | | 2. The Water Injection System relies on the electrical power to drive the water injection pumps and charge pumps. Cook Inlet water is pumped into the system pressurized and injected for formation waterflood. It was also noted that the Gas WIPA operations utilizes cooling from Inlet water, pumped onto the platform for waterflood operations, to cool interstage compression for the gas stream via a closed loop heat exchange system. |
| | | | | The above two facilities primarily serve the Oil WIPA operations with costs being billed to the Oil WIPA owners. However, the Operator has failed to establish any accounting for the benefits which are derived from these facilities operations by the Gas WIPA. |
| | | | | The Operator is requested to establish appropriate accounting measures to ensure that the Gas WIPA operations are charged, and the Oil WIPA operations are credited, for the benefits derived from the Steelhead Platform facility operations that are charged to the Oil WIPA. |
| 2 | 04-06-NO | 3 | 2003 | (additional invoices identified by Unocal as requiring credit to the Joint Account). This results in a total credit to be granted of $53,233.55. Please see Unocal's response to Exception number 3 Unocal audit reference 04-04. |
| 3 | 04-06-NO | 38 | 2003 | This exception amount represents the 20% discount not granted on rental tools charged. Total exception |
| 3 | 04-04-NO | 6 | 2002 | calculated as follows: Exception 38 $232,724.64 X.2 = $46,544.93, Exception 6 $1,009,682.19 X .2 = $201,936.44 |
| 4 | 03-07-NO | 27B | 2001 | Contract information provided by Unocal for 2000 for the use of vessels Monarch and Champion by Phillips Petroleum and Cross Timbers Operating indicated the rate was to be $5,000.00 per day plus fuel. In determining a value for this exception Forest has used a day rate of $5,000.00 for the vessel and $1,000.00 per day for fuel (fuel rate is an estimate of what actual usage would be). This results in a rate of $6,000 per day. The total days the vessels were used per the exception documentation indicated twenty (20) days were used for a total exception credit due of $120,000 ($6,000 x 20 = $120,000.00). Upon receipt of requested contract supplements for 2001 and actual fuel costs documentation the actual credit amounts can be calculated. |
| 5 | 03-06-NO | 8 | 2000 | A review of the original exception revealed the bits were in condition "C" when they were removed from the property. The bits have been stored in Unocal's warehouse therefore should not have deteriorated and are being valued at "C" condition for this exception. |
| 6 | 01-03-NO | 12 | 1999 | Exception amount converted from TBD to $192,740.23 This value was determined using the $80.00 per barrel disposal fee used in 04-04-NO exception 39 as a valid rate per barrel for the disposal fee. Calculation: 1,399 barrels disposed of times $137.77 (amount charged $217.77 - amount should have been charged $80.00 = $137.77) = $192,740.23. |
| 7 | 99-25-NO | 16 | 1997 | Listed below is Unocal's response to this exception which indicates credit is to be granted, but the amount to be granted is "To Be Determined". |
| | | | | Unocal Response: The auditor is correct, the Steelhead GGS partially owned by Marathon should be charged a portion of the operator fee. The auditor's methodology requiring monthly calculations is too burdensome in the operator's opinion. Unocal will attempt to find a methodology that will be simple, reasonable and less burdensome. Credit to be determined. |

**Exhibit** C₄
**Page** 8 **of** 9

8    N/A    N/A    N/A    Accounting Guidelines 19 (AG-19), Section III. Audit Resolution, A. Operator, Paragraph 4 states, "The Operator is also responsible for ensuring that any granted credits are fully documented and identified as a separate line for each Exception on the JIB. If the JIBs not sufficiently detailed to allow the verification of the credits, the Operator is required to provide additional documentation such as the voucher entry, additional supporting schedules, and other relevant information." Forest requests for each credit granted that Unocal provide the information listed in the paragraph above in order for Forest to verify that the credits in the amounts noted have been granted. Forest requests that payment for the net credits be made directly to Forest for the credits that have not been granted.