Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
         orlansky@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA, <br><br> Defendant. | Case No. 3:05-cv-00078-RRB |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO DEFENDANT'S
MOTION TO DISMISS FOREST OIL CORPORATION [DKT. 120]**

*Forest Oil/Pacific Energy v. Union Oil*                                   Case No. 3:05-cv-00078-RRB
Unopposed Motion for Extension of Time to File                                            Page 1 of 2
Response to Defendant's Motion to Dismiss Forest Oil Corporation

Plaintiff Forest Oil Corporation requests a two-week extension of time until May 27, 2008, within which to file its response to defendant's Motion to Dismiss Plaintiff Forest Oil Corporation [Dkt. 120]. Defendant does not oppose this motion.

Dated this 13th day of May, 2008, at Anchorage, Alaska.

By: s/ Jeffrey M. Feldman
    s/ Susan Orlansky

FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Phone: (907) 272-3538
Fax: (907) 274-0819
Email: feldman@frozenlaw.com
Email: orlansky@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8106042]
*Attorneys for Forest Oil Corporation*

**Certificate of Service**

I hereby certify that on the 13th day of May, 2008, a copy of the **Unopposed Motion for Extension to File Response to Motion To Dismiss Plaintiff Forest Oil Corporation** was served electronically on:

Brewster H. Jamieson
Marc D. Bond
Michael Jungreis

s/ Jeffrey M. Feldman

*Forest Oil/Pacific Energy v. Union Oil*   Case No. 3:05-cv-00078-RRB
Unopposed Motion for Extension of Time to File   Page 2 of 2
Response to Defendant's Motion to Dismiss Forest Oil Corporation