Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:        feldman@frozenlaw.com
              orlansky@frozenlaw.com

*Attorneys for Plaintiff, Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA, <br><br> Defendant. | Case No. 3:05-cv-00078-RRB <br><br> **(proposed)** <br> **ORDER GRANTING MOTION** <br> **FOR EXTENSION TO RESPOND** <br> **TO MOTION TO DISMISS** <br> **FOREST OIL CORPORATION** |

IT IS HEREBY ORDERED that plaintiff Forest Oil Corporation's Motion for

Extension of Time to File Response to Defendant's Motion to Dismiss Forest Oil

Corporation [Dkt. 120] is GRANTED.  Plaintiff Forest Oil shall have until May 27, 2008, to file its response to defendant's Motion to Dismiss Forest Oil Corporation.

      DATED this _____ day of May, 2008.

                            BY THE COURT

                            _____
                            Ralph R. Beistline
                            U.S. District Court Judge