Jeffrey M. Feldman
Alaska Bar No. 7605029
R. Scott Taylor
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska  99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             taylor@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>　　　　　Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**ENTRY OF APPEARANCE** |

　　　R. Scott Taylor, of the law firm of FELDMAN ORLANSKY & SANDERS hereby enters his appearance in this matter as co-counsel for plaintiff Forest Oil Corporation. Please serve copies of all pleadings pertaining to the above-captioned matter on R. Scott

Taylor, FELDMAN ORLANSKY & SANDERS, 500 L Street, Fourth Floor, Anchorage, Alaska 99501.

The Court is authorized to remove Susan Orlansky, of the law firm of FELDMAN ORLANSKY & SANDERS, as co-counsel for plaintiff Forest Oil Corporation.

Dated this 27th day of May, 2008, at Anchorage, Alaska.

By: s/ Jeffrey Feldman
     s/ R. Scott Taylor

FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Phone: (907) 272-3538
Fax: (907) 274-0819
Email: feldman@frozenlaw.com
Email: taylor@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8507110]
*Attorneys for Forest Oil Corporation*

**Certificate of Service**

I hereby certify that on the 27th day of May, 2008, a copy of the foregoing **Entry of Appearance** was served electronically on:

Brewster H. Jamieson
Marc D. Bond
Michael Jungreis

s/ R. Scott Taylor