Jeffrey M. Feldman
Alaska Bar No. 7605029
R. Scott Taylor
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             taylor@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA, <br><br> Defendant. | Case No. 3:05-cv-00078-RRB |

**SECOND UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE TO DEFENDANT'S
MOTION TO DISMISS FOREST OIL CORPORATION [DKT. 120]**

*Forest Oil/Pacific Energy v. Union Oil*                                    Case No. 3:05-cv-00078-RRB
Second Unopposed Motion for Extension of Time to File                                  Page 1 of 2
Response to Defendant's Motion to Dismiss Forest Oil Corporation

Plaintiff Forest Oil Corporation requests an extension of time until June 2, 2008, to file its response to defendant's Motion to Dismiss Plaintiff Forest Oil Corporation [Dkt. 120].   Defendant does not oppose this motion.

Dated this 27th day of May, 2008, at Anchorage, Alaska.

By:   s/ Jeffrey M. Feldman
      s/ R. Scott Taylor

FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska  99501
Phone: (907) 272-3538
Fax:  (907) 274-0819
Email:  feldman@frozenlaw.com
Email:  taylor@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8507110]
*Attorneys for Forest Oil Corporation*

**Certificate of Service**

I hereby certify that on the 27th day of May, 2008, a copy of the **Second Unopposed Motion for Extension to File Response to Motion To Dismiss Plaintiff Forest Oil Corporation** was served electronically on:

Brewster H. Jamieson
Marc D. Bond
Michael Jungreis

s/ R. Scott Taylor

*Forest Oil/Pacific Energy v. Union Oil*                                                                    Case No. 3:05-cv-00078-RRB
Second Unopposed Motion for Extension of Time to File                                                        Page 2 of 2
Response to Defendant's Motion to Dismiss Forest Oil Corporation