Jeffrey M. Feldman
Alaska Bar No. 7605029
R. Scott Taylor
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             taylor@frozenlaw.com

*Attorneys for Plaintiff, Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:05-cv-00078-RRB |
| v. | ) ) | |
| UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA, | ) ) ) ) | **(proposed)** **ORDER GRANTING SECOND MOTION FOR EXTENSION TO TO RESPOND TO MOTION TO** |
| Defendant. | ) ) | **DISMISS FOREST OIL CORPORATION** |

IT IS HEREBY ORDERED that plaintiff Forest Oil Corporation's Second Motion for

Extension of Time to File Response to Defendant's Motion to Dismiss Forest Oil

Corporation [Dkt. 120] is GRANTED.  Plaintiff Forest Oil shall have until June 2, 2008, to file its response to defendant's Motion to Dismiss Forest Oil Corporation.

 DATED this _____ day of May, 2008.

        BY THE COURT


        _____
        Ralph R. Beistline
        U.S. District Court Judge