Unocal - CNAEP
PO Box 9034
Concord CA 94524

CHECK DATE: 02/22/2008
CHECK NO: 0025197907
PAYEE REF: 0010421403
COMPANY NO: 9198
MAIL CODE: 11EC0


Chevron

FOREST OIL CORP
ATTN SHARON WOFFORD
707 17TH ST STE 3600
DENVER, CO 80202

ADDRESS INQUIRIES TO:  PO Box 9034, Concord, CA 94524-1934
PHONE CONTACT: 925-827-7741        FAX CONTACT: 925-680-3534

| INVOICE DATE | INVOICE # | OUR REFERENCE # | GROSS AMT. | DISC. AMT. | NET AMT. |
|---|---|---|---|---|---|
| 02/19/2008<br>AUDIT# 2006-103 11/07 JIB | 080219FOR | 0019003714 | $13,123.96 | | $13,123.96 |

RECEIVED
FEB 2 8 2008
JOINT INTEREST
ACCOUNTING

DETACH AND RETAIN THIS STUB FOR YOUR RECORDS        CHECK #   0025197907  ATTACHED BELOW


Chevron

Unocal - CNAEP
PO Box 9034
Concord CA 94524

62-20
311

NO. 0025197907

02/22/2008

PAY TO
ORDER OF

FOREST OIL CORP
ATTN SHARON WOFFORD
707 17TH ST STE 3600
DENVER, CO 80202


*****$13,123.96
NOT VALID AFTER 1 YEAR

Thirteen thousand one hundred twenty three and 96/100 Dollars


Chevron
AUTHORIZED SIGNATURE

CITIBANK DELAWARE, ONE PENN'S WAY, NEW CASTLE, DE 19720

⑃"002519790?⑃" ⑃:031100209⑃: 3869646 1⑃"

Attachment to
Affidavit of Richard W. Schelin
Case No. 3:05-cv-00078-RRB
Page 1 of 2

II20073000948256

Karen Hom
homk@chevron.com

## Audit Exception Credits

| Audit | Description | Venture | Cost Center/ AFE | CC/AFE Description | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|
| 2006-103 | EXC #13-REVERSE CHARGES COVERED BY OH RATES | C32671 | BCSZ64100 | DOLLY WELLS & FAC | $ (232.00) | $ (108.58) |
| 2006-103 | EXC #20-CODING ERROR CORRECTION | C32671 | BCSZ64200 | GRAYLING WELLS & FAC | $ (21,132.50) | $ (9,890.01) |
| 2006-103 | EXC #13-REVERSE CHARGES COVERED BY OH RATES | C32671 | BCSZ64200 | GRAYLING WELLS & FAC | $ (232.00) | $ (108.58) |
| 2006-103 | EXC #13-REVERSE CHARGES COVERED BY OH RATES | C32671 | BCSZ64300 | KING WELLS & FAC | $ (232.00) | $ (108.58) |
| 2006-103 | EXC #13-REVERSE CHARGES COVERED BY OH RATES | C32671 | BCSZ64500 | STEELHEAD OIL WELLS | $ (228.52) | $ (106.95) |
| 2006-103 | EXC #14-CREDIT FOR SALES TAX FOR OFF HWY USE | C32671 | BCSZ6U11X | DOLLY PIPELINES | $ (2,400.12) | $ (1,123.26) |
| 2006-103 | EXC #21-CREDIT FOR OVERCHARGED INVOICE | C34685 | BCSZ6J65X | TBPF FACILITIES | $ (1,000.00) | $ (468.00) |
| 2006-103 | EXC #13-REVERSE CHARGES COVERED BY OH RATES | C34685 | BCSZ6J65X | TBPF FACILITIES | $ (228.52) | $ (106.95) |
| 2006-103 | EXC #26-CODING ERROR CORRECTION | C34897 | BCTR24100 | MONOPOD WELLS & FAC | $ (2,125.00) | $ (994.50) |
| 2006-103 | EXC #13-REVERSE CHARGES COVERED BY OH RATES | C34897 | BCTR24100 | MONOPOD WELLS & FAC | $ (232.00) | $ (108.58) |
| | | | | | | $ (13,123.96) |

P:\Partners\Forest Oil\30009482566\Audit Exceptions - 200711.xls