Brewster H. Jamieson, ASBA No. 8411122
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:   jamiesonb@lanepowell.com
Email:   partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>　　　　　　　　　Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

COMES NOW defendant Union Oil Company of California d/b/a UNOCAL Alaska, Forest Oil Corporation, by and through counsel, and hereby requests a two-week extension of time until June 26, 2008, within which to file its reply to Forest Oil's Opposition to Unocal's Motion to Dismiss Plaintiff Forest Oil Corporation (Docket 126). Plaintiff's counsel does not object.

DATED this 6th day of June, 2008.

　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　Attorneys for Defendant

I certify that on June 6, 2008, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com
Michael Jungreis, mj@hartig.com

　s/ Brewster H. Jamieson
017351.0040/164754.1

By　s/ Brewster H. Jamieson
　　Brewster H. Jamieson, ASBA No. 8411122
　　301 West Northern Lights Boulevard, Suite 301
　　Anchorage, Alaska  99503-2648
　　Tel:　907-277-9511
　　Fax:　907-276-2631
　　Email: jamiesonb@lanepowell.com

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631