Brewster H. Jamieson, ASBA No. 8411122
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Email:      partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**NOTICE OF FILING<br>PROPOSED ORDER** |

    COMES NOW defendant Union Oil Company of California d/b/a UNOCAL Alaska, Forest Oil Corporation, by and through counsel, and provides notice of filing herewith a proposed order granting Defendant's Unopposed Motion for Extension of Time (Docket 130).

    DATED this 6th day of June, 2008.

    LANE POWELL LLC
    Attorneys for Defendant

I certify that on June 6, 2008, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com
Michael Jungreis, mj@hartig.com

  s/ Brewster H. Jamieson
017351.0040/164760.1

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ASBA No. 8411122
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska  99503-2648
    Tel:    907-277-9511
    Fax:   907-276-2631
    Email:  jamiesonb@lanepowell.com