Brewster H. Jamieson, ASBA No. 8411122
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:   jamiesonb@lanepowell.com
Email:   partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| FOREST OIL CORPORATION, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:05-cv-00078-RRB |
| UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA, | [proposed] **ORDER** |
| Defendant. | |

THIS COURT, having considered Defendant's Unopposed Motion for Extension of Time to file its reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff Forest Oil Corporation at (Docket 126),

IT IS HEREBY ORDERED that defendants' motion is GRANTED. Defendant shall file its reply on or before June 26, 2008.

ORDERED this ____ day of _____, 2008.

_____
The Honorable Ralph R. Beistline
Judge of the United States District Court

I certify that on June 6, 2008, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com
Michael Jungreis, mj@hartig.com

s/ Brewster H. Jamieson
017351.0040/164755.1