Brewster H. Jamieson, ASBA No. 8411122
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Email: partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**NOTICE OF FILING**<br>**PROPOSED ORDER** |

COMES NOW defendant Union Oil Company of California d/b/a UNOCAL Alaska, by and through counsel, and provides notice of filing herewith a proposed order granting the parties' Stipulated Motion to Amend Scheduling and Planning Order (Docket 129).

DATED this 13th day of June, 2008.

LANE POWELL LLC
Attorneys for Defendant

I certify that on June 13, 2008, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com
Michael Jungreis, mj@hartig.com

  s/ Brewster H. Jamieson
017351.0040/164828.1

By  s/ Brewster H. Jamieson
   Brewster H. Jamieson, ASBA No. 8411122
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska 99503-2648
   Tel:   907-277-9511
   Fax:   907-276-2631
   Email: jamiesonb@lanepowell.com

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631