Brewster H. Jamieson, ASBA No. 8411122
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:     jamiesonb@lanepowell.com
Email:     partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION,<br><br>                         Plaintiff,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA,<br><br>                         Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**ORDER** |

THIS COURT, having considered the parties' Stipulated Motion to Amend Scheduling and Planning Order at (Docket 129),

IT IS HEREBY ORDERED that the parties' stipulated motion is GRANTED. All current pretrial deadlines are vacated.

New pretrial deadlines shall be set by the Court after ruling on Unocal's pending Motion to Dismiss Plaintiff Forest Oil Corporation.

ORDERED this 16 day of June, 2008.

_____
The Honorable Ralph R. Beistline
Judge of the United States District Court

I certify that on June 13, 2008, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com
Michael Jungreis, mj@hartig.com

  s/ Brewster H. Jamieson
017351.0040/164825.1