Brewster H. Jamieson, ASBA No. 8411122
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Email: partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

COMES NOW defendant Union Oil Company of California d/b/a UNOCAL Alaska, Forest Oil Corporation, by and through counsel, and hereby requests an additional extension of time until July 9, 2008, within which to file its reply to Forest Oil's Opposition to Unocal's Motion to Dismiss Plaintiff Forest Oil Corporation (Docket 126). Plaintiff's counsel does not object.

DATED this 25th day of June, 2008.

LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
Brewster H. Jamieson, ASBA No. 8411122
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-277-9511
Fax: 907-276-2631
Email: jamiesonb@lanepowell.com

I certify that on June 25, 2008, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com
Michael Jungreis, mj@hartig.com

  s/ Brewster H. Jamieson
017351.0040/164970.1