Brewster H. Jamieson, ASBA No. 8411122
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Email:      partnowp@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**DECLARATION OF PETER C. PARTNOW** |

I, Peter C. Partnow, being first duly sworn, declares as follows:

1.      I am an attorney with Lane Powell LLC, counsel for defendant Union Oil Company of California d/b/a Unocal Alaska, and have personal knowledge of the contents of this declaration.  This declaration is filed in support of Defendant's Reply in Support of Motion to Dismiss Plaintiff Forest Oil Corporation.

2.      Attached hereto as Exhibit J are true and correct copies of portions of Amendment No. 1 to Membership Interest Purchase Agreement, dated July 31, 2007.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

3.     Attached hereto as Exhibit K are true and correct copies of portions of the Membership Interest Purchase Agreement, dated May 24, 2007.

4.     Attached hereto as Exhibit L are true and correct copies of portions of Forest Oil Company's 2000, Exception No. 26, with Unocal's reply to that exception.

5.     Attached hereto as Exhibit M are true and correct copies of portions of Forest Oil Company's 2004, Exception No. 24, with Unocal's reply to that exception.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 9th day of July, 2008.

_____
Peter C. Partnow

I certify that on July 9, 2008, a copy of
the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com
Michael Jungreis, mj@hartig.com

    s/ Brewster H. Jamieson
017351.0040/165110.1