Brewster H. Jamieson, ASBA No. 8411122
Peter C. Partnow, ASBA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:    jamiesonb@lanepowell.com
Email:    partnowp@lanepowell.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>Defendant. | Case No. 3:05-cv-00078-RRB<br><br>**REQUEST FOR ORAL ARGUMENT RE MOTION TO DISMISS <u>PLAINTIFF FOREST OIL CORPORATION</u>** |

Pursuant to Local Rule 7.2(a), defendant Unocal, by and through its counsel of record, requests oral argument on its Motion to Dismiss Plaintiff Forest Oil Corporation. Oral argument will assist the court in addressing and resolving the issues raised in defendant's motion since the interrelationships of the parties and the nature of the "audit claims" which Forest seeks to retain can be complex and confusing without full explanation.

DATED this 9th day of July, 2008.

LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ASBA No. 8411122
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska 99503-2648
    Tel:    907-277-9511
    Fax:    907-276-2631
    Email:  jamiesonb@lanepowell.com

I certify that on July 9, 2008, a copy of the foregoing was served by ECF on:

Jeffrey M. Feldman, feldman@frozenlaw.com
Michael Jungreis, mj@hartig.com

  s/ Brewster H. Jamieson

017351.0040/164742.1