Jeffrey M. Feldman
Alaska Bar No. 7605029
R. Scott Taylor
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska  99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          feldman@frozenlaw.com
                    taylor@frozenlaw.com

*Attorneys for Plaintiff Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and PACIFIC ENERGY ALASKA OPERATING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>Defendant. | Case No. 3:05-cv-00078-RRB |

**UNOPPOSED MOTION TO VACATE AND RESCHEDULE HEARING**

Plaintiff, Forest Oil Corporation, by and through counsel, Feldman Orlansky & Sanders, hereby requests that the oral argument on the Motion to Dismiss (Dkt. 120) currently set for September 5, 2008, at 11:00 a.m. before Judge Ralph Beistline be vacated and rescheduled.  Undersigned counsel is scheduled to be out-of-town on

September 5, 2008, and requests a new date for oral argument. Undersigned counsel has spoken with counsel for plaintiff Pacific Energy Alaska Operating and counsel for defendant Union Oil Company and neither counsel objects to rescheduling the hearing for the week of October 20, 2008. For purposes of rescheduling, counsel for Forest Oil is not available from October 3-17, and counsel for Union Oil is not available the week of October 27, 2008.

Dated this 23rd day of July, 2008, at Anchorage, Alaska.

By:   s/ R. Scott Taylor

FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska  99501
Phone: (907) 272-3538
Fax:  (907) 274-0819
Email:  taylor@frozenlaw.com
[Alaska Bar No. 8507110]
*Attorneys for Forest Oil Corporation*

**Certificate of Service**

I hereby certify that on the 23rd day of July, 2008, a copy of the Foregoing **Unopposed Motion to Vacate and Reschedule Hearing** was served electronically on:

Brewster H. Jamieson
Marc D. Bond
Michael Jungreis

s/ R. Scott Taylor