Jeffrey M. Feldman
Alaska Bar No. 7605029
Susan Orlansky
Alaska Bar No. 8106042
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             orlansky@frozenlaw.com

*Attorneys for Plaintiff, Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| FOREST OIL CORPORATION and ) <br> PACIFIC ENERGY ALASKA ) <br> OPERATING LLC, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v.  ) <br>  ) <br> UNION OIL COMPANY OF ) <br> CALIFORNIA d/b/a ) <br> UNOCAL ALASKA, ) <br>  ) <br> Defendant. ) <br> _____) | Case No. 3:05-cv-00078-RRB <br><br> **(proposed)** <br> **ORDER RESCHEDULING** <br> **HEARING ON MOTION TO** <br> **DISMISS** |

IT IS HEREBY ORDERED that plaintiff Forest Oil Corporation's Unopposed Motion

to Vacate and Reschedule Hearing is GRANTED.   The hearing currently set for September

5, 2008, at 11:00 a.m. is vacated; the hearing is rescheduled for _____,

2008, at _____, in Anchorage Courtroom 2, before Ralph R. Beistline.

    DATED this \_\_\_\_\_ day of _____, 2008.

                                          BY THE COURT

                                        _____
                                        Ralph R. Beistline
                                        U.S. District Court Judge